# Davis Process Service L.L.C.

1524 S. Main Street
Little Rock, AR 72202
501-376-8379   FAX 501-376-8479

## UNITED STATES DISTRICT COURT

**STATE OF ARKANSAS**

**COUNTY OF PULASKI**

**Case Number:** 4:18-CV-886-KGB

**Date Received:** 30-Nov-18

**Attorney:** Teresa Bloodman

**Attorney:**

**Plaintiff:** Patricia Walker-Swinton

On Saturday, December 01, 2018 at 09:52 AM I have duly served this

SUMMONS IN CIVIL ACTION/COMPLAINT/EXHIBIT 1 - 2

on Roderick Smothers, Sr. by the following manner of service: In Person at his residence by delivering a true copy to: Roderick Smothers, Sr.. Address where party served: 41 Bretagne Circle, Little Rock, AR 72223.

Process server: Larry Davis

Client No:
Fee: $60.00

Subscribed and sworn to before me on Wednesday, December 26, 2018

My Commission expires 12/10/2020

Ethel S. Davis, Notary Public

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Roderice Smothers
was received by me on *(date)* 11/30/18 .

☒ I personally served the summons on the individual at *(place)* 41 Bretagne,
Little Rock, AR on *(date)* 12/1/18 @ 9:52 AM

☐ I left the summons at the individual's residence or usual place of abode with *(name)*
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is
designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 12/1/2018

_____
Server's signature

1524 Main Street
Little Rock, AR 72202
501-376-8379

Server's address

Additional information regarding attempted service, etc: