**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION**

**PATRICIA WALKER-SWINTON**                                       **PLAINTIFF**

**v.**                          **Case No. 4:18-CV-886 (KGB)**

**PHILANDER SMITH COLLEGE, AND
DR. RODERICK SMOTHERS, SR., PRESIDENT,
IN HIS INDIVIDIAL AND OFFICIAL CAPACITY,
AND DR. ZOLLIE STEVENSON, JR., VICE-PRESIDENT,
ACADEMIC AFFAIRS, IN HIS INDIVIDIAL AND
OFFICIAL CAPACITY**                                  **DEFENDANTS**

**PLAINTIFF'S COMBINED MOTION FOR EXTENSION OF TIME TO
FILE RESPONSES TO DEFENDANTS' MOTION TO DISQUALIFY
COUNSEL AND STRIKE PLAINTIFF'S COMPLAINT AS A NULLITY
AND MOTION TO DISMISS PLAINTIFF'S COMPLAINT**

Pursuant to Rule 6 of the Federal Rules of Civil Procedure, Plaintiff files this combined motion for extension of time to file responses in opposition to Defendants' Motion to Disqualify Counsel and Strike Plaintiff's Complaint as a Nullity and Motion to Dismiss Plaintiff's Complaint (Dkts. 4, 7, hereafter "Motions") and states:

1. On November 28, 2018, Plaintiff filed a Complaint in this matter. (Dkt. 1).

2. On December 21, 2018, Defendants filed a Motion to Disqualify Counsel and Strike Plaintiff's Complaint as a Nullity. (Dkt. 4).

3. On December 21, 2018, Defendants filed a Motion to Dismiss Plaintiff's Complaint. (Dkt. 7).

4. The deadline to file responses to Defendants' Motions has not yet expired.

5. There is "good cause" to grant Plaintiff's motion. This motion will enable Plaintiff to assemble necessary information to provide responses to Defendants' Motions, is in good faith, and is not interposed for any delay or prejudice, but is in the best interest of justice. The granting of this motion will not prejudice any of the parties to this action.

6. Given the significance of the issues involved in the Motions, the Plaintiff is in need of an additional fourteen (14) days to respond.

7. Plaintiff did not have an opportunity to confer with opposing counsel prior to filing this motion.

**WHEREFORE,** Plaintiff prays that this Court grant an extension of time to file responses to the Defendants' Motions until January 18, 2019, and for all other proper and just relief.

Respectfully submitted,

/s/Teresa Bloodman, #2005055
Attorney for the Plaintiff
P.O. Box 13641
Maumelle, AR  72113
(870) 550-1940 - Direct
teresabloodman@yahoo.com

## **CERTIFICATE OF SERVICE**

    I, Teresa Bloodman, hereby certify that I have electronically filed a correct copy of the foregoing with the United States District Court on this 3rd day of January, 2019 using the CM/ECF system. Copies will be electronically served using CM/ECF system notification on participants:

Ms. Carolyn B. Witherspoon
Cross, Gunter, Witherspoon & Galchus, P.C.
500 President Clinton Avenue, Suite 200
Little Rock, AR  72201
501-371-9999
cspoon@cgwg.com
Counsel for Defendants

                                                                      /s/Teresa Bloodman