# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# LITTLE ROCK DIVISION

**PATRICIA WALKER-SWINTON**                                            **PLAINTIFF**

**v.**                      **Case No. 4:18-CV-886 (KGB)**

**PHILANDER SMITH COLLEGE, AND**
**DR. RODERICK SMOTHERS, SR., PRESIDENT,**
**IN HIS INDIVIDIAL AND OFFICIAL CAPACITY,**
**AND DR. ZOLLIE STEVENSON, JR., VICE-PRESIDENT,**
**ACADEMIC AFFAIRS, IN HIS INDIVIDIAL AND**
**OFFICIAL CAPACITY**                                            **DEFENDANTS**

## PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO DEFENDANTS' MOTION FOR SHOW CAUSE HEARING

Pursuant to Rule 6 of the Federal Rules of Civil Procedure, Plaintiff files this motion for extension of time to file response in opposition to Defendants' Motion for Show Cause Hearing (Dkt. 30, hereafter "Motion") and states:

1. On November 28, 2018, Plaintiff filed a Complaint in this matter. (Dkt. 1).

2. On March 11, 2018, Defendants filed a Motion for Show Cause Hearing (Dkt. 30).

3. The deadline to file a response to Defendants' Motion has not yet expired.

4. There is "good cause" to grant Plaintiff's motion. This motion will enable Plaintiff to provide responses in opposition to Defendants' assertions, is in good faith, and is not interposed for any delay or prejudice, but is in the best interest of

justice. The granting of this motion will not prejudice any of the parties to this action.

5. Given the significance of addressing the assertions propounded in the Motion, the Plaintiff is in need of an additional eight (8) days to respond.

6. Plaintiff emailed opposing counsel prior to filing this motion but has not received response indicating her posture on an extension.

    **WHEREFORE,** Plaintiff prays that this Court grant an extension of time to file a response to the Defendants' Motion until April 2, 2019, and for all other proper and just relief.

                                        Respectfully submitted,

                                        <u>/s/Teresa Bloodman</u>, #2005055
                                        Attorney for the Plaintiff
                                        P.O. Box 13641
                                        Maumelle, AR  72113
                                        (870) 550-1940 - Direct
                                        teresabloodman@yahoo.com