# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# LITTLE ROCK DIVISION

**PATRICIA WALKER-SWINTON**                                         **PLAINTIFF**

**v.**                              **Case No. 4:18-CV-886 (KGB)**

**PHILANDER SMITH COLLEGE, AND**
**DR. RODERICK SMOTHERS, SR., PRESIDENT,**
**IN HIS INDIVIDIAL AND OFFICIAL CAPACITY,**
**AND DR. ZOLLIE STEVENSON, JR., VICE-PRESIDENT,**
**ACADEMIC AFFAIRS, IN HIS INDIVIDIAL AND**
**OFFICIAL CAPACITY**                                         **DEFENDANTS**

## MOTION FOR LEAVE TO AMEND ORIGINAL COMPLAINT

Comes now the Plaintiff and moves the Court for leave to amend the original pleading pursuant to Federal Rule Civil Procedure 15 and as the basis for said motion states:

1. That a Complaint was duly filed in this matter on or about November 28, 2018. (Dkt. No 1).

2. That prior to the filing of the Complaint, Plaintiff attempted to obtain certain information to which she believed that she was entitled from the defendants but was otherwise locked out and denied access to her work related computer generated files. .

3. That the information requested was believed to be germane and important to maintaining a cause of action against the Defendants.

4. That the Plaintiff has independently received and located partial

information related to the requested materials at various times since the filing of the Complaint.

5. That the Plaintiff also independently obtained information which is relevant to the manner in which the Defendants operate in derogation of federal laws which is relevant to the matter pending before this Court.

6. That the Plaintiff has amended her claims to more accurately narrow and reflect her claims and causes of action.

7. That the Plaintiff has amended her complaint of mistakes and errors.

8. That this motion is not made for the purpose of delay but because justice requires that the same be granted.

9. That a copy of the proposed amended complaint is attached hereto.

**WHEREFORE,** the Plaintiff prays that she be permitted to amend the original complaint filed in this matter and for all other proper and just relief.

Respectfully submitted,

Teresa Bloodman
#2005055
Attorney for Plaintiff
P.O. Box 13641
Maumelle, AR 72113
(870) 55-1940 - Direct
teresabloodman@yahoo.com