**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION**

**PATRICIA WALKER-SWINTON**                                  **PLAINTIFF**

**v.**                      **Case No. 4:18-CV-886 (KGB)**

**PHILANDER SMITH COLLEGE, AND
DR. RODERICK SMOTHERS, SR., PRESIDENT,
IN HIS INDIVIDIAL AND OFFICIAL CAPACITY,
AND DR. ZOLLIE STEVENSON, JR., VICE-PRESIDENT,
ACADEMIC AFFAIRS, IN HIS INDIVIDIAL AND
OFFICIAL CAPACITY**                                          **DEFENDANTS**

**<u>PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO
FILE RESPONSE TO DEFENDANTS' MOTION FOR
RECONSIDERATION</u>**

Pursuant to Rule 6 of the Federal Rules of Civil Procedure, Plaintiff files this unopposed motion for extension of time to file response in opposition to Defendants' Motion for Reconsideration (Dkt. 42, hereafter "Motion") and states:

1. On September 5, 2019, the Court entered an Order on all pending motions. (Dkt. 41)

2. On September 10, 2019, Defendants filed a Motion for Reconsideration and Brief in Support. (Dkts. 42, 43)

3. The deadline to file a response to Defendants' Motion has not yet expired.

4. The undersigned has recently experienced the loss of a close family friend and is unable to complete the response.

5. This is "good cause" to grant Plaintiff's motion. This motion is in good faith, and is not interposed for any delay or prejudice, but is in the best interest of justice. The granting of this motion will not prejudice any of the parties to this action.

6. The Plaintiff is requesting an additional ten (10) days to respond.

7. Plaintiff contacted opposing counsel prior to filing this motion and received communication kindly unopposing the extension.

**WHEREFORE,** Plaintiff prays that this Court grant an extension of time to file a response to the Defendants' Motion until October 4, 2019, and for all other proper and just relief.

Respectfully submitted,

Teresa Bloodman, #2005055
Attorney for the Plaintiff
P.O. Box 13641
Maumelle, AR  72113
(870) 550-1940 - Direct
teresabloodman@yahoo.com