**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**PATRICIA WALKER-SWINTON**                                                              **PLAINTIFF**

v.                                         **Case No. 4:18-CV-886 (KGB)**

**PHILANDER SMITH COLLEGE, AND**
**DR. RODERICK SMOTHERS, SR., PRESIDENT,**
**IN HIS INDIVIDIAL AND OFFICIAL CAPACITY,**
**AND DR. ZOLLIE STEVENSON, JR., VICE-PRESIDENT,**
**ACADEMIC AFFAIRS, IN HIS INDIVIDIAL AND**
**OFFICIAL CAPACITY**                                                                       **DEFENDANTS**

## PLAINTIF'S RESPONSE TO DEFENDANT'S MOTION FOR PROTECTIVE ORDER

Comes now Plaintiff, by and through her attorney Teresa Bloodman and, for her *Response* states:

1. To date, the Parties have not requested documents that are confidential or privileged. Any employee or student files, if later requested, will be redacted.

2. The defendants failed to cite any authority for the basis of their Motion as required by Local Rule 7 and the motion should be denied.

3. The defendants have failed to inform the Court of the specific documents they deem as confidential.

4. On January 28, this Court entered an Order for Defendants to respond to the discovery requests up to and including January 31, 2020.

5. The Defendants failed to Comply with the Court's Order and provided deficient responses.

6. Even after the defendants failed to comply with the Court's deadline of January 31,

2020, the Plaintiff requested that defendants provide the untimely and deficient responses by February 7, 2020.  Defendant did not provide the deficient discovery and have still not supplemented their deficient responses.  Additionally, the defendants did not provide a protective log by February 14, 2020, as they previously advised the Court in their frivolous Emergency Motion to Quash Depositions – filed after depositions were previously cancelled. (***Dkt. 58***)  On February 25, 2020, after deponent Watson's deposition, Mr. Mehdizadegant tossed a deficient Privilege Log across the table to Plaintiff's counsel. The log lists 11 deemed privilege documents -emails **(Ex 1)** However, the Defendants objected to each request in their Responses to Plaintiff's First Set of Requests for Production of Documents.   None of those requested items are listed on the log.  On February 28, 2020, during deposition of Ms. Walker-Swinton, Mr. Mehdizadegan presented a few email exhibits not previously provided in responses to interrogatories and requests for production of documents, which he previously objected to as confidential and privilege documents.  Of the Interrogatories and Requests for Production of Documents propounded to Defendants, the only partial response provided was a deficient personnel file of Ms. Walker-Swinton.  The untimely and deficient responses to the First Set of Interrogatories and the First Set of Requests for Production of Documents have still not been provided or supplemented by the defendants.

    7.   Entry of the protective order will further prejudice the Plaintiff.

WHEREFORE, the Plaintiff objects to the entry of the defendant's  proposed protective order.

                Respectfully submitted,

                <u>Teresa Bloodman #2005055</u>
                Attorney for Plaintiff
                P.O. Box 13641
                Maumelle, AR 72113
                (870) 550-1940 (Direct)
                teresabloodman@yahoo.com