IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

PATRICIA WALKER-SWINTON                                                    PLAINTIFF

v.                      Case No. 4:18-cv-00886-KGB

PHILANDER SMITH COLLEGE, *et al.*                                    DEFENDANTS

**ORDER**

Pending before the Court is a motion for extension of time to file response filed by plaintiff Patricia Walker-Swinton and an unopposed motion to extend deadline to file motion for summary judgment filed by defendants Philander Smith College, Dr. Roderick Smothers, and Dr. Zollie Stevenson (collectively, "defendants") (Dkt. Nos. 91; 92).

In her timely filed motion for extension of time to file response, Ms. Walker-Swinton notes that defendants filed a motion to compel on June 2, 2020 (Dkt. No. 91, ¶ 1). Accordingly, Ms. Walker-Swinton's response to this motion was due on June 16, 2020. Ms. Walker-Swinton's counsel was unable to comply with the filing of her response due to a computer malfunction which caused the loss of part of her responsive brief (*Id.*, ¶ 3). Ms. Walker-Swinton requests a two-day extension to file a response (*Id.*, ¶ 4). Ms. Walker-Swinton asserts that this motion is not made for the purpose of delay or other illegitimate purposes, and Ms. Walker-Swinton maintains that this motion is in the best interest of justice and no party will be prejudiced by granting this motion (*Id.*, ¶¶ 5, 7). For good cause shown, the Court grants Ms. Walker-Swinton's motion for extension of time to file response and grants her a two-day extension to file her response to defendants' motion to compel (Dkt. No. 91).

In defendants' unopposed motion to extend deadline to file motion for summary judgment, defendants note that the Court's amended final scheduling order established June 18, 2020, as the

deadline for the parties to file their motions for summary judgment (Dkt. Nos. 85, ¶ 4; 92, ¶ 1). Defendants request a one-week extension through June 25, 2020, within which to file their forthcoming Rule 56 motion (Dkt. No. 92, ¶ 2). Defendants assert that good cause exists for this motion because the transcript of Dr. Stevenson's deposition has not yet been made available by the court reporter, though it is nearly prepared (*Id.*, ¶¶ 3-4). Defendants maintain that additional time will serve the interests of justice by affording the Court an opportunity to consider their pending motion to file under seal, and defendants do not believe this extension will require any further adjustment to the Court's final amended scheduling order (*Id.*, ¶¶ 7-8). Ms. Walker-Swinton's counsel has no opposition to the relief requested in this motion (*Id.*, ¶ 9). For good cause shown, the Court grants defendants' unopposed motion to extend deadline to file motion for summary judgment (Dkt. No. 92). The parties shall have up to, and including, June 25, 2020, to file any forthcoming Rule 56 motions.

It is so ordered this 18th day of June, 2020.

*[signature: Kristine G. Baker]*

Kristine G. Baker
United States District Judge