# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

**PATRICIA WALKER-SWINTON**                                                             **PLAINTIFF**

**v.**                           **Case No. 4:18-CV-886 (KGB)**

**PHILANDER SMITH COLLEGE, AND**
**DR. RODERICK SMOTHERS, SR., PRESIDENT,**
**IN HIS INDIVIDIAL AND OFFICIAL CAPACITY,**
**AND DR. ZOLLIE STEVENSON, JR., VICE-PRESIDENT,**
**ACADEMIC AFFAIRS, IN HIS INDIVIDIAL AND**
**OFFICIAL CAPACITY**                                                  **DEFENDANTS**

## MOTION FOR EXTENSION OF TIME TO FILE RESPONSE

Plaintiff, Patricia Walker-Swinton, by and through her attorney Teresa Bloodman, pursuant to Federal Rule of Civil Procedure 6 and hereby moves this Court for An order granting a three (3) extension of time to file Plaintiff's Response and Brief to Defendants' Motion to Quash Subpoenas and as the basis for said motion states:

1. On June 5, 2020, Defendants filed a Motion to Quash Subpoenas.

2. That the time for Plaintiff's response and brief has not expired.

3. That the undersigned is unable to comply with filing the response due to computer malfunctions originating on Tuesday night of this week - while preparing a response to another pending motion – thereby causing an impediment to completion of the response to the motion to quash subpoenas.

4. An extension of time is needed for a period of three (3) days.

5. That this motion is not made for the purpose of delay or other illegitimate

purposes.

6. That pursuant to Local Rule 7, the undersigned emailed opposing counsel earlier today, of the request for a three (3) day extension, with no response.

7. That this motion is in the best interest of justice and no party will be prejudiced if the three (3) day requested extension is granted.

**WHEREFORE,** the undersigned prays that the motion for extension to file brief be granted for a period of three (3) days up to and including June 22, 2020, and for all other proper and just relief.

Respectfully submitted,

Teresa Bloodman #200505
Attorney for Plaintiff
P.O. Box 13641
Maumelle, AR 72113
(870) 550-1940 Direct
teresabloodman@yahoo.com