# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**PATRICIA WALKER-SWINTON**                                             **PLAINTIFF**

**v.**                     **Case No. 4:18-cv-00886-KGB**

**PHILANDER SMITH COLLEGE,** *et al.*                               **DEFENDANTS**

## ORDER

Pending before the Court is plaintiff Patricia Walker-Swinton's motion for extension of time to file response (Dkt. No. 105). Defendants Philander Smith College, Dr. Roderick Smothers, and Dr. Zollie Stevenson (collectively, "defendants") filed a motion to quash subpoenas on June 5, 2020 (Dkt. No. 88). The Court previously granted Ms. Walker-Swinton an extension of time to respond to this motion and gave Ms. Walker-Swinton up to, and including, June 22, 2020, to file a response (Dkt. No. 99). Ms. Walker-Swinton asserts that thunderstorms on June 22, 2020, caused a power outage while her counsel was working on the response (Dkt. No. 105, ¶ 5). This power outage lasted about 12 hours and caused interruption in completion of Ms. Walker-Swinton's response and scanning for filing (*Id.*). Ms. Walker-Swinton's counsel's troubles were compounded by her having to prepare for a family funeral (*Id.*). Ms. Walker-Swinton asserts that this motion is not made for the purpose of delay or other illegitimate purposes (*Id.*, ¶ 6). Ms. Walker-Swinton requests a one-day extension (*Id.*, ¶¶ 7-8). For good cause shown, the Court grants Ms. Walker-Swinton's motion for extension (Dkt. No. 105). Ms. Walker-Swinton shall have up to, and including, June 23, 2020, to file a response to defendants' motion to quash subpoenas.

It is so ordered this 23rd day of June, 2020.

_____
Kristine G. Baker
United States District Judge