**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**PATRICIA WALKER-SWINTON**                                               **PLAINTIFF**

**v.**                              **Case No. 4:18-cv-00886-KGB**

**PHILANDER SMITH COLLEGE,** *et al.*                                    **DEFENDANTS**

<u>**ORDER**</u>

On June 24, 2020, counsel for defendants Philander Smith College, Dr. Roderick Smothers, and Dr. Zollie Stevenson communicated with the Court *via* telephone and electronic mail that portions of certain documents recently filed by plaintiff Patricia Walker-Swinton might violate the Protective Order in place in this case (Dkt. No. 76) and the Family Educational Rights and Privacy Act ("FERPA"), 20 U.S.C. § 1232g. *See* Court's Ex. A. Specifically, defense counsel identified Dkt. Nos. 100, 101, 102, 103, 108, 108-1, 108-2, 108-4, 109, 110, 111, and 112 as filings containing information that should possibly be under seal. *See id.*

The Court has reviewed these filings, the Protective Order, and FERPA. At this time, on its own motion and pending further argument from the parties, the Court directs the Clerk to place under seal Dkt. Nos. 100, 101, 102, 103, 108, 108-1, 108-2, 108-4, 109, 110, 111, and 112. If any party objects to these docket entries remaining under seal or proposes redactions to protect under seal information in the filing but to permit the remaining portion of the filing to be unsealed, the party should file a written motion with the Court within ten days from the entry of this Order objecting to the under-seal filing.

It is so ordered this 24th day of June, 2020.

Kristine G. Baker
United States District Judge

# Exhibit A

| From: | Abtin Mehdizadegan |
| To: | Jared Lax |
| Cc: | Teresa Bloodman; Carolyn Witherspoon |
| Subject: | FW: Walker-Swinton v. Philander Smith College, 4:18-cv-886 |
| Date: | Wednesday, June 24, 2020 12:42:57 PM |
| Attachments: | image005.png |

Mr. Lax,

I am writing to request the Court's emergency assistance with regard to confidential, protected student information that Plaintiff's counsel recently filed in the Court's public docket. I note that the Court previously entered a Protective Order (Dkt. 76) that appears to address this matter. Likewise, the Parties had a prior understanding that any documents referencing the College's students would be redacted or that their initials would be used in place of their full names. Despite that, Plaintiff's counsel recently filed, as outlined in the Chart below, multiple documents that reference student identities. In addition, a portion of one deposition transcript (*Dkt. 108-4*) references unsubstantiated allegations by Plaintiff's counsel regarding ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮. These allegations are incendiary and were wholly denied; these pages of the deposition were not referenced in the Brief; and it is believed that this information was included in Plaintiff's filing without any legitimate purpose. As the Court is aware, there is a motion to file documents under seal pending and awaiting Plaintiff's counsel's response. In the meantime, the College would like to know whether the Court would provide interim relief by placing the following documents under seal until the Court has an opportunity to rule on the pending motion.

| DKT # | PAGE | BASIS TO SEAL |
|---|---|---|
| 100 | P. 5 at ¶¶ 3–17 | Student Information pertaining to T.G. and J.M. |
| 101 | P. 5 at ¶¶ 3–8 | Student Information pertaining to T.G. and J.M. |
| 102 | P. 5 at ¶¶ 7–9 | Student Information pertaining to J.M. |
| 103 | P. 5 at ¶¶ 1–11 | Student Information pertaining to J.M. |
| 108 | P. 12 | Student Information pertaining to J.M. |
| | P. 13 | Student |

| | | |
|---|---|---|
| | | Information pertaining to J.M. |
| 108-1 | P. 4 at ¶¶ 3–17 | Student Information pertaining to T.G and  J.M. |
| | P. 8 at ¶¶ 3–8 | Student Information pertaining to J.M. |
| | P. 12 at ¶¶ 7–9 | Student Information pertaining to J.M. |
| | P. 16 at ¶¶ 1–11 | Student Information pertaining to J.M. |
| 108-2 | P. 6–8 at RFP 4, 9–25 | Student Information pertaining to J.M. and T.G. |
| 108-4 | P. 3, 8, 11, 13, 16, 19, 20, 22, 25, & 27 | Student Information pertaining to J.M. and T.G., and scandalous, impertinent, and unsubstantiated allegations by counsel's testimony pertaining to a College employee intended for no purpose but to harass. Notably, the materials referenced on Pages 25 and 27 of Dkt. 108-4 are not even cited in the Brief. |
| 109 | P. 6 at ¶¶ 3–8 | Student Information pertaining to T.G. and J.M. |
| 110 | P. 6 at ¶¶ 3–17 | Student Information pertaining to |

| | | T.G. and J.M. |
|---|---|---|
| 111 | P. 6 at ¶¶ 7–9 | Student Information pertaining to J.M. |
| 112 | P. 6 at ¶¶ 1–11 | Student Information pertaining to J.M. |

Thank you for your assistance. I have copied Plaintiff's counsel on this correspondence.

Best,

Abtin

ABTIN MEHDIZADEGAN | DIRECTOR



abtin@cgwg.com | www.cgwg.com

Direct: (501) 212-1814 | Office: (501) 371-9999 | Cell: (501) 529-1163 | Fax: (501) 371-0035

500 President Clinton Avenue, Suite 200

Little Rock, Arkansas 72201

CGWG Is A Proud Member Of The Employment Law Alliance.



CONFIDENTIALITY STATEMENT

This electronic message transmission, and any prior or subsequent transmissions in the same "e-mail chain," contains information from the law firm of Cross, Gunter, Witherspoon & Galchus, P.C. and is confidential or privileged. The information is intended to be for the use of the individual or entity named above. If you are not the intended recipient, be aware that any disclosure, copying, distribution, or use of the contents of this information is prohibited. If you have received this electronic transmission in error, please notify us by telephone (501-371-9999) immediately.