IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**PATRICIA WALKER-SWINTON**                                                                 **PLAINTIFF**

v.                          Case No. 4:18-CV-886 (KGB)

**PHILANDER SMITH COLLEGE, AND**
**DR. RODERICK SMOTHERS, SR., PRESIDENT,**
**IN HIS INDIVIDIAL AND OFFICIAL CAPACITY,**
**AND DR. ZOLLIE STEVENSON, JR., VICE-PRESIDENT,**
**ACADEMIC AFFAIRS, IN HIS INDIVIDIAL AND**
**OFFICIAL CAPACITY**                                                                 **DEFENDANTS**

PLAINTIFF'S RESPONSE IN OPPOSITION TO THE DEFENDANT'S
MOTION FOR SUMMARY JUDGMENT

Comes the plaintiff Patricia Walker-Swinton, by and through her attorney Teresa Bloodman, and for her response in opposition to the defendant's motion for summary judgment she states the following:

1. The plaintiff denies the averments as stated in ¶ 1 of the defendant's motion. The plaintiff admits that she was over 40 years - old African American female employed as an English instructor for Philander Smith College. On April 9, 2018, while administering an exam, an adult male student, J.M., had his cellular phone out - in violation of the classroom rules and PSC's Student Handbook Policies. Several times the plaintiff requested that J.M. put his phone away during testing. **J.M. became angered and bolted out of the classroom**. T.G., the adult girlfriend of J.M., remained in the classroom. The plaintiff reminded the remaining students of the importance of following classroom and school rules, policies and procedures. The plaintiff made a statement **"it is retarded for any student to believe that he can have a phone out during testing.**" The plaintiff did not

call or refer to J.M. or any student directly. J.M. was never identified as a disabled student.

2. The plaintiff denies the averments as stated in ¶ 2 of the defendant's motion.

3. The plaintiff denies the averments as stated in ¶ 3 of the defendant's motion.

4. The plaintiff denies the averments as stated in ¶ 4 of the defendant's motion.

5. The plaintiff denies the averments as stated in ¶ 5 of the defendant's motion. The plaintiff admits that she filed a discrimination lawsuit against the Philander Smith College, and Dr. Roderick Smother and Dr. Zollie Stevenson in their individual and official capacities contending that she was the victim of discrimination based on ~~race,~~ gender, age, retaliation, harassment, and breach of contract when she was terminated and that her cause of action is being brought pursuant to Title VII of the Civil Rights Act of 1964 (as amended) and 42 U.S.C.S. § 1983.

6. The plaintiff denies the averments as stated in ¶ 6 of the defendant's motion.

7. The plaintiff denies the averments as stated in ¶ 7 of the defendant's motion.

8. The plaintiff denies the averments as stated in ¶ 8 of the defendant's motion.

9. The plaintiff denies the averments as stated in ¶ 9 of the defendant's motion.

10. The plaintiff denies the averments as stated in ¶ 10 of the defendant's motion.

11. The plaintiff denies the averments as stated in ¶ 11 of the defendant's motion.

12. The plaintiff denies the averments as stated in ¶ 12 of the defendant's motion.

13. The plaintiff denies the averments as stated in ¶ 13 of the defendant's motion.

14. The plaintiff denies the averments as stated in ¶ 14 of the defendant's motion.

15. The plaintiff denies the averments as stated in ¶ 15 of the defendant's motion.

16. The plaintiff admits that the defendant's motion is supported by the documents as listed in ¶ 16 of the defendant's motion; however, she denies the statements and averments as contained therein.

17. The plaintiff denies the averments as stated in ¶ 17 of the defendant's motion.

18. The plaintiff admits that her response to defendant's motion is simultaneously accompanied by a brief in support, affidavits and exhibits contained therein.

THEREFORE, the plaintiff requests that the defendant's motion for summary judgment be denied, and for all other just and proper relief that she is entitled to receive.

Respectfully submitted,

Teresa Bloodman #200505
Attorney for Plaintiff
P.O. Box 13641
Maumelle, AR 72113
(870) 550-1940 Direct
teresabloodman@yahoo.com