**From:** Patricia Walker-Swinton  pwalker-swinton@philander.edu  
**Subject:** Fwd: uniforms 2014
**Date:** February 15, 2018 at 4:59 PM
**To:** pswinton1908@icloud.com

Best regards,
Patricia Swinton

Begin forwarded message:

> **From:** Terry Wallace <twallace@philander.edu>
> **Date:** October 31, 2014 at 8:46:55 AM CDT
> **To:** Patricia Walker-Swinton <pwalker-swinton@philander.edu>
> **Cc:** Thurlon Weaver <tweaver@philander.edu>
> **Subject: RE: uniforms**
>
> Ms. Swinton,
> My suggestion at this point is to set a meeting and discuss. As mentioned earlier I am out until mid afternoon today. Please get with Coach Weaver and let's set a time for later today.
>
> 
>
> Terry C. Wallace | VP for Fiscal Affairs/CFO
> 900 Daisy Bates Drive  Little Rock AR 72202
> 501.370.5224 office | 501.804.0037 cell
> twallace@philander.edu
>
> **From:** Patricia Walker-Swinton [mailto:pwalker-swinton@philander.edu]
> **Sent:** Friday, October 31, 2014 8:43 AM
> **To:** Terry Wallace
> **Cc:** Thurlon Weaver
> **Subject:** Re: uniforms
>
> Mr Wallace:
>
> I don't recall you ever asking me for a budget for my team; however, I do recall you continuously telling me that there are no funds for my team. In addition, I also recall you telling me in the spring of 2012 that the board had approved $10,000 in scholarships for me to scholarship ten ladies for 2013-2014, yet none of them received any money. When asked, you said they aren't getting any money because there isn't any, so what happened to it?
>
> As instructed from Weaver, my direct supervisor, I met with Jasmine in athletics at the end of the school year last year and discussed the needs of my team and how much it would



take to do the things we needed.

You are aware that we are a part of athletics. Therefore, it is unfair that we are not included in any budget that you are over. May I ask why not?

Please comply.

Patricia Swinton, MA
English Instructor|Cheer-Dance Coach
Philander Smith College
Academic Affairs, Ste. 235
900 Daisy Bates Drive
Little Rock, AR 72202
501-975-8553
www.philander.edu

Sent from my iPhone

On Oct 31, 2014, at 8:03 AM, Terry Wallace <twallace@philander.edu> wrote:

> Ms. Swinton,
> Thanks for your concern. I do recall speaking with you last/earlier this year about developing a budget for your program. I requested from you a budget for uniforms and such. I never received one. Therefore, the College's Budget for 2014-15 did not include funds for your program. Please submit a budget of your needs so that I may review.
> I am copying Coach Weaver on this email as he should be aware of your needs. As been expressed many times to the entire campus community funds are tight. But if we never received a budget then it could never be considered.
> I will be out of the office until mid afternoon today. Please contact me to set up a time to meet and to review your needs.
>
> Thanks
>
>
> <image001.png>
>
> Terry C. Wallace | VP for Fiscal Affairs/CFO
> 900 Daisy Bates Drive  Little Rock AR 72202
> 501.370.5224 office| 501.804.0037 cell
> twallace@philander.edu
>
> ---
> **From:** Walker-Swinton, Patricia [mailto:pwalker-swinton@philander.edu]
> **Sent:** Thursday, October 30, 2014 7:58 PM
> **To:** Terry Wallace
> **Subject:** uniforms

Mr. Wallace:

I am writing you concerning uniforms for the dance team. I was informed by Jasmine Green with athletics that you said there is no money to buy the dance team "anymore" uniforms; however, you (the school) have never purchased uniforms for the dance team under my direction, which began in July 2012. What you purchased were cheerleading uniforms for the cheerleaders. Whatever the dance team has performed in was purchased from my own bank account and from money I raised from fund raisers and sponsorships. In addition, with no help from the school, I feed the girls when they miss lunch or dinner to attend games.

We have raised money this semester through sponsorships in addition to money the girls have given to help purchase jackets or warm up suits and a "real" performance uniform, yet we are still short on the needed funds. Therefore we are doing more fundraisers so that we can pay for the order when it arrives in January. However, we are in need of a uniform for Homecoming so that the ladies will look their best. As a result of no money being set aside for my team through Philander and in order to have a temporary uniform before the Homecoming game, I am now having to use the money we are currently raising that was set aside for the purchase of a "professional style college" uniform that will represent Philander well.

I feel that it is unfair that there is no budget and no money set aside for my team. These ladies work hard daily to raise the spirit of the school and to ensure they represent the school well for alumni, faculty, staff, other students, and fans of PSC. I a cheer team of eight, a pom squad of fifteen, a dance team of nine to eleven, and approximately ten drum line members who are also in need of uniforms and sticks.

What do you suggest that would be in the best interest of the students and the college?


Cordially,
P. Swinton


--

**Patricia Swinton, M.A.**
Instructor of English | Panther Dolls Cheer-Dance Coach | Drumline & 6th Man Advisor
Philander Smith College | ML Harris 2nd Floor | Academic Success Center, Ste. 2
900 West Daisy Bates Drive
Little Rock, AR 72202
office 501.975.8553 | fax 501.975.8555
http://www.philander.edu/academics/academicsuccess.aspx