7:28





Deidra >

Aug 13, 2015, 12:27 AM

> Hey Dr Coleman. I received an email from Dr Smothers acknowledging my request for a meeting then he said he met with Dr James today and was disappointed to hear that I hadn't submitted my grades and he expects me to submit them by 5:00 tomorrow! He never mentioned my pay or anything! Smh. I'm so damn pissed off. I called Dr Ervin, and she said to go ahead and submit them bc Mr Anglin is working on the money and I'll get paid she just doesn't know when but not to worry.......

When is he planning to meet with you?

> He said he would haves Hatley schedule. He's probably lying. I think he just really wanted to

  iMessage 

      



EXHIBIT 10

7:28

Deidra >

> He said he would haves Hailey schedule. He's probably lying. I think he just really wanted to tell me to submit my grades but he knew he had to acknowledge my request first

> If he really does schedule the meeting then it's because he wants to tell me how disappointed he is

> Dr Ervin sd I shouldn't meet with him unless he insists

> She said just let me work speak for itself and not to try and plead my case about anything with him

Smh

Aug 13, 2015, 9:55 AM

Forward me the email he sent you

ok

7:28




Deidra

Oh ok

I read your response. I wish I could send it. It sounds very bold. I need my job and he is so arrogant I think he would ask Dr Ervin to release me if I replied about my pay. I'm so frustrated

I get that which is why I said as your colleague I will support whatever decision you make

Send the grades and let's focus on grad school.

Ok thanks a lot!

Aug 13, 2015, 6:09 PM

I'll call in a few minutes

Ok

Text Message
Sep 4, 2015, 11:31 PM

What date did we choose for our ASC workshop

  

