**usa5585@fedex.com**

**From:** Patricia Swinton <pswinton1908@icloud.com>
**Sent:** Friday, December 13, 2019 5:23 PM
**To:** usa5585@fedex.com
**Subject:** [EXTERNAL] Fwd: Professional Development Pay

Begin forwarded message:

**From:** Patricia Walker-Swinton <pwalker-swinton@philander.edu>
**Subject: Fwd: Professional Development Pay**
**Date:** February 14, 2018 at 10:37:22 PM EST
**To:** pswinton1908@icloud.com

Best regards,
Patricia Swinton

Begin forwarded message:

> **From:** Philander Smith <zstevenson@philander.edu>
> **Date:** December 1, 2016 at 2:52:18 PM CST
> **To:** "Walker-Swinton, Patricia" <pwalker-swinton@philander.edu>
> **Subject: Re: Professional Development Pay**
>
> As far as I know after sharing this issue with executive cabinet, no one has been paid for over loads or over subscriptions to classes. Ms Hayes will generate a list of all faculty who taught overloads or had reallly large class loads and that list will be the basis of overload/over subscription pay. No timeline was provided for this but I will follow up when I return to the office.
>
> Regarding the division chair pay, Ms Hayes was to identify a source to pay that from since I believe that your position is fully funded by Title III. I will follow up with her on this
>
> Z Stevenson, Jr.
>
> Sent from my iPhone.  Please excuse any typos or confusing words that are created by auto spell
>
> On Dec 1, 2016, at 1:59 PM, Walker-Swinton, Patricia <pwalker-swinton@philander.edu> wrote:

1


EXHIBIT 12

Ok great. I will let everyone else know. Also, have you found out anything about the Division Chair? And, I still have not gotten paid for the overload class that I am teaching this semester. The paper was submitted awhile ago.

On Thu, Dec 1, 2016 at 1:56 PM, Philander Smith <zstevenson@philander.edu> wrote:
It has been approved by the Business folk after Ellison's and my conversation with them. I don't know their timelines but I would expect that checks will be cut next week depending on their check cutting cycle

Z Stevenson, Jr.

Sent from my iPhone.  Please excuse any typos or confusing words that are created by auto spell

On Dec 1, 2016, at 1:52 PM, Walker-Swinton, Patricia <pwalker-swinton@philander.edu> wrote:

> Dr. Stevenson:
>
> What is the status of the pay for professional development? Gen Ed faculty members and others who participated are asking me for an update.
>
> Also, have you found out anything about the Division Chair?
>
> Finally, I still have not gotten paid for the overload class that I am teaching this semester. The paper was submitted awhile ago.
>
> Thanks.
>
> P. Swinton
>
> --
> **Patricia Swinton, M.A.**
> Division of General Education Interim Chair |
> Instructor of English | Panther Dolls Cheer &
> Dance Coach
> Philander Smith College | Academic Affairs Ste.
> E-235
> 900 West Daisy Bates Drive
> Little Rock, AR 72202
> office 501.975.8553 | fax 501.975.8555 | cell
> 1.501.676.1719
> http://www.philander.edu

2