**usa5585@fedex.com**

---

**From:** Patricia Swinton <pswinton1908@icloud.com>
**Sent:** Friday, December 13, 2019 5:24 PM
**To:** usa5585@fedex.com
**Subject:** [EXTERNAL] Fwd: Concerns regarding compensation

Begin forwarded message:

**From:** Patricia Walker-Swinton <pwalker-swinton@philander.edu>
**Subject: Fwd: Concerns regarding compensation**
**Date:** February 14, 2018 at 10:39:05 PM EST
**To:** pswinton1908@icloud.com

Best regards,
Patricia Swinton

Begin forwarded message:

> **From:** Patricia Walker-Swinton <pwalker-swinton@philander.edu>
> **Date:** January 4, 2017 at 10:26:57 AM CST
> **To:** Zollie Stevenson <zstevenson@philander.edu>
> **Subject: Fwd: Concerns regarding compensation**
>
> Hey Dr. Stevenson:
>
> As a reminder, please check on my pay from PSMI and overload. See the concerns below.
>
> Best regards,
> Patricia Swinton
>
> Begin forwarded message:
>
>> **From:** "Walker-Swinton, Patricia" <pwalker-swinton@philander.edu>
>> **Date:** December 16, 2016 at 4:08:18 PM CST
>> **To:** Zollie Stevenson <zstevenson@philander.edu>
>> **Subject: Concerns regarding compensation**
>>
>> Dr. Stevenson:

1



Below is a list of concerns that I have concerning compensation for work completed and my contract for us to discuss at the start of the new semester.

1. Compensation for Overload (and/or double loaded equivalent to 2 joined classes)
    a. ENG012.01, Dev Eng  (2 credit hours) but 41 students

    b. ENG012.03, Dev Eng  (2 credit hours) but 38 students
    c. ENG113.01, Comp I  (3 credit hours) but 53 students
    d. ENG112.02, Comp I  (3 credit hours) but 52 students
    e. ENG123.01, Comp II  (3 credit hours) = 25 students
    f. ENG123.02, Comp II  (3 credit hours) = 20 students

    Total: 229 students

2. Hours reduced on contract from 15 to 12

3. Compensation for PSMI
    ENG203.59 Advanced Comp  (3 credit hours) = 12 students
    Cohorts 58 and 59

4. Division Chair Pay

5. Compensation for Coach/Director of Panther Dolls Cheer and Dance
    Program (hence: Dr. Egbe has been receiving pay as the faculty rep for
    athletics)

6. Professional Development (resolved, payment may go in the mail next week)


Best regards,
P. Swinton


--
**Patricia Swinton, M.A.**
Division of General Education Interim Chair | Instructor of English | Panther Dolls Cheer & Dance Coach
Philander Smith College | Academic Affairs Ste. E-235
900 West Daisy Bates Drive
Little Rock, AR 72202
office 501.975.8553 | fax 501.975.8555 | cell 1.501.676.1719
http://www.philander.edu

2



--

**Patricia Swinton, M.A.**
Division of General Education Interim Chair | Instructor of English | Panther Dolls Cheer & Dance Coach
Philander Smith College | Academic Affairs Ste. E-235
900 West Daisy Bates Drive
Little Rock, AR 72202
office 501.975.8553 | fax 501.975.8555 | cell 1.501.676.1719
http://www.philander.edu

