Case 4:18-cv-00886-KGB   Document 144-7   Filed 08/01/20   Page 1 of 10

# LITTLE ROCK POLICE DEPARTMENT INCIDENT REPORT

☐ JUVENILE INFORMATION

## INCIDENT

Report generated: 4/13/2018 6:25 AM

| INCIDENT NUMBER | UNIT ASSIGNED | CALL DATE | CALL TIME | TYPE OF CALL |
|---|---|---|---|---|
| 2018-041606 | 1X51 | 04/09/2018 | 14:10:00 | TERTHR |

| INCIDENT DATE | LOCATION OF INCIDENT (ADDRESS / BUSINESS NAME) | DISTRICT |
|---|---|---|
| 4/9/2018 2:07:00 PM | 900 W DAISY L GATSON BATES DR<br>PHILANDER SMITH | 51 |

## OFFENSE

**INCIDENT OFFENSE TYPE**
1. TERRORISTIC THREATENING 2ND DEGREE
2.
3.
4.
5.
6.
7.
8.

**OFFENSE STATUS**
Attempted / Completed: 1 ☑  2 ☐  3 ☐  4 ☐
Attempted / Completed: 5 ☐  6 ☐  7 ☐  8 ☐

**SUSPECTS USED:**
- ☐ (A) Alcohol
- ☐ (D) Drugs
- ☐ (C) Computer Equip
- ☑ (N) Not Applicable / Unknown

**TYPE OF CRIMINAL ACTIVITY:**
- ☐ (B) Buying / Receiving
- ☐ (E) Exploiting Children
- ☐ (T) Transport / Transmit / Import
- ☐ (D) Distributing / Selling
- ☐ (C) Cultivate / Manufacture / Publish
- ☐ (O) Operating / Promoting / Assisting
- ☐ (U) Using / Consuming
- ☐ (P) Possessing / Concealing

**GANG RELATED INFO:**
- ☐ (J) Juvenile Gang
- ☐ (G) Other Gang
- ☑ (N) None / Unknown

**LOCATION CODE:**
- ☐ (01) Air / Bus / Train Terminal
- ☐ (02) Bank / Savings & Loan
- ☐ (03) Bar / Night Club
- ☐ (04) Church / Synagogue / Temple
- ☐ (05) Commercial / Office Building
- ☐ (06) Construction Site
- ☐ (07) Convenience Store
- ☐ (08) Department / Discount Store
- ☐ (09) Drug Store / DR Office / Hospital
- ☐ (10) Field / Woods
- ☐ (11) Government / Public Building
- ☐ (12) Grocery / Supermarket
- ☐ (13) Highway / Road / Alley
- ☐ (14) Hotel / Motel / Etc
- ☐ (15) Jail / Penitentiary
- ☐ (16) Lake / Waterway
- ☐ (17) Liquor Store
- ☐ (18) Parking Lot / Garage
- ☐ (19) Rental / Storage Facility
- ☐ (20) Residence / House
- ☐ (21) Restaurant
- ☑ (22) School / College
- ☐ (23) Service / Gas Station
- ☐ (24) Specialty Store (TV, Fur, Etc)
- ☐ (25) Other / Unknown
- ☐ (37) Abandoned/Condemned Structure
- ☐ (38) Amusement Park
- ☐ (39) Arena / Stadium / Fairgrounds
- ☐ (40) ATM Separate from Bank
- ☐ (41) Auto Dealership New / Used
- ☐ (42) Camp / Campground
- ☐ (44) Daycare Facility
- ☐ (45) Dock / Wharf / Freight Terminal
- ☐ (46) Farm Facility
- ☐ (47) Gambling / Casino / Racetrack
- ☐ (48) Industrial Site
- ☐ (49) Military Installation
- ☐ (50) Park / Playground
- ☐ (51) Rest Area
- ☐ (52) School - College / University
- ☐ (53) School - Elementary / Secondary
- ☐ (54) Shelter - Mission / Homeless
- ☐ (55) Shopping Mall
- ☐ (56) Tribal Lands
- ☐ (57) Community Center

**WEAPON FORCE:** (on 11-15, an "A" denotes Automatic or Semi-Automatic)
- ☐ (11) Firearm (Unknown)
- ☐ (12) Handgun
- ☐ (13) Rifle
- ☐ (14) Shotgun
- ☐ (15) Other Firearm
- ☐ (20) Knife / Cutting Instr (Axe, etc)
- ☐ (30) Blunt Object (Club, etc)
- ☐ (35) Motor Vehicle (as weapon)
- ☐ (40) Personal Weapons (hands, etc)
- ☐ (50) Poison
- ☐ (60) Explosives
- ☐ (65) Fire / Incendiary Device
- ☐ (70) Narcotics / Drugs / Sleeping Pills
- ☐ (85) Asphyxiation
- ☐ (90) Other
- ☐ (95) Unknown
- ☐ (99) None

**(FOR BURGLARY ONLY)**
NUMBER OF PREMISES ENTERED: ___
METHOD OF ENTRY: ☐ (F) Forcible  ☐ (N) No Force


EXHIBIT 21

| ENTRY DATE | REPORTING OFFICER | ORIGINAL APPROVING SUPERVISOR | |
|---|---|---|---|
| 04/09/2018  16:56:32 | DARRELL SIMS - ▮▮▮ | ROBERT OLDHAM - ▮▮▮ | ☑ MVR in use |

PSC BATES 000081  5501-01 Rev. RMS-2018-01-24      Page 1 of 10

| INCIDENT NUMBER 2018-041606 | ☐ JUVENILE INFORMATION | Report generated: 4/13/2018 6:25 AM |
|---|---|---|

## VICTIM

| VICTIM # | NAME (Last, First, Middle) or BUSINESS |
|---|---|
| 1 | SWINTON, PATRICIA |

**ADDRESS:** 8516 CHICKAMAUGA CT  MABELVALE AR 72103

| HOME PHONE: 6761719 | WORK PHONE: | MOBILE PHONE: | OTHER PHONE: |
|---|---|---|---|

| SEX: ☐ (M) Male  ☑ (F) Female  ☐ (U) Unk. | ETHNICITY: ☐ (H) Hispanic  ☑ (N) Non-Hispanic  ☐ (U) Unk. | RACE: ☐ (W) White  ☑ (B) Black  ☐ (I) American Indian  ☐ (A) Asian / Pacific Islander  ☐ (U) Unknown | DATE OF BIRTH 06/14/1971 |
|---|---|---|---|

| RES. STATUS: ☐ (R) Resident  ☑ (N) Nonresident  ☐ (U) Unknown | MENTALLY AFFLICTED? ☐ (Y) Yes  ☑ (N) No  ☐ (U) Unk. | OCCUPATION / EMPLOYER: |
|---|---|---|

**AGE:**
Exact Age: 46
Range: ___
☐ (NN) Under 24 Hrs. Old
☐ (NB) 1-6 Days Old
☐ (BB) 7-364 Days Old
☐ (99) Over 98 Years Old
☐ (00) Unknown

**NIC:**

**D.L. / ID No. (STATE)**

**RELATIONSHIP OF THIS VICTIM TO SUSPECTS**
SUSPECT(S) VICTIM WAS: (by Suspect Number)

| (SE) Spouse | | 21 (AQ) Acquaintance |
| (CS) Common-Law Spouse | | (FR) Friend |
| (PA) Parent | | (NE) Neighbor |
| (SB) Sibling | | (BB) Babysitter (baby) |
| (CH) Child | | (BG) Boy/Girl Friend |
| (GP) Grandparents | | (CF) Child of BF / GF |
| (GC) Grandchild | | (HR) Homosexual Rel. |
| (IL) Inlaw | | (XS) Ex-Spouse |
| (SP) Stepparent | | (EE) Employee |
| (SC) Stepchild | | (ER) Employer |
| (SS) Stepsibling | | (OK) Otherwise Known |
| (OF) Other Family | | (RU) Relationship Unknown |
| (ST) Stranger | | (VO) Victim Was Suspect |

**THIS VICTIM RELATED TO WHICH OFFENSES?**
☑ 1  ☐ 2  ☐ 3  ☐ 4  ☐ 5  ☐ 6  ☐ 7  ☐ 8

**VICTIM TYPE:** ☑ (I) Individual  ☐ (B) Business  ☐ (F) Financial Inst.  ☐ (U) Unknown  ☐ (G) Government  ☐ (R) Religious  ☐ (S) Society / Public  ☐ (O) Other

**VICTIM INJURY:**
☑ (N) None
☐ (I) Possible Internal Injury
☐ (O) Other Major Injury
☐ (M) Apparent Minor Injury
☐ (T) Loss of Teeth
☐ (U) Unconsciousness
☐ (B) Apparent Broken Bones
☐ (L) Severe Laceration

**AGGRAVATED ASSAULT / HOMICIDE:**
☐ (01) Argument
☐ (04) Gangland
☐ (08) Other Felony Involved
☐ (21) Criminal Killed by Police Officer
☐ (33) Other Negligent Weapon Handling
☐ (05) Juvenile Gang
☐ (09) Other Circumstances
☐ (30) Child Playing w/ Weapon
☐ (34) Other Negligent Killings
☐ (02) Assault on Law Enf Officer
☐ (06) Lover's Quarrel
☐ (10) Unknown Circumstances
☐ (31) Gun-Cleaning Accident
☐ (03) Drug Deal
☐ (07) Mercy Killings
☐ (20) Criminal Killed by Private Citizen
☐ (32) Hunting Accident

**CLOTHING DESCRIPTION**
HAT ___  SHIRT ___  SHOES ___
COAT ___  PANTS/DRESS ___

| INCIDENT NUMBER 2018-041606 | ☐ JUVENILE INFORMATION | Report generated: 4/13/2018 6:25 AM |
|---|---|---|

# VICTIM

| VICTIM # | NAME (Last, First, Middle) or BUSINESS |
|---|---|
| 2 | [REDACTED] |

**ADDRESS:** 8516 CHICKAMAUGA CT  MABELVALE AR 72103

| HOME PHONE: 6761719 | WORK PHONE: | MOBILE PHONE: | OTHER PHONE: |
|---|---|---|---|

| SEX: ☑(M) Male ☐(F) Female ☐(U) Unk. | ETHNICITY: ☐(H) Hispanic ☑(N) Non-Hispanic ☐(U) Unk. | RACE: ☐(W) White ☑(B) Black ☐(I) American Indian ☐(A) Asian/Pacific Islander ☐(U) Unknown | DATE OF BIRTH 02/04/1996 |
|---|---|---|---|

| RES. STATUS: ☐(R) Resident ☑(N) Nonresident ☐(U) Unknown | MENTALLY AFFLICTED? ☐(Y) Yes ☑(N) No ☐(U) Unk. | OCCUPATION / EMPLOYER: |
|---|---|---|

**AGE:** Exact Age: 22
Range: ___
☐(NN) Under 24 Hrs. Old
☐(NB) 1-6 Days Old
☐(BB) 7-364 Days Old
☐(99) Over 98 Years Old
☐(00) Unknown

**NIC:**

**D.L. / ID No. (STATE):**

**RELATIONSHIP OF THIS VICTIM TO SUSPECTS**
SUSPECT(S) VICTIM WAS:  (by Suspect Number)

| (SE) Spouse | | 2 1 (AQ) Acquaintance |
| (CS) Common-Law Spouse | | (FR) Friend |
| (PA) Parent | | (NE) Neighbor |
| (SB) Sibling | | (BE) Babysitter (baby) |
| (CH) Child | | (BG) Boy/Girl Friend |
| (GP) Grandparents | | (CF) Child of BF / GF |
| (GC) Grandchild | | (HR) Homosexual Rel. |
| (IL) Inlaw | | (XS) Ex-Spouse |
| (SP) Stepparent | | (EE) Employee |
| (SC) Stepchild | | (ER) Employer |
| (SS) Stepsibling | | (OK) Otherwise Known |
| (OF) Other Family | | (RU) Relationship Unknown |
| (ST) Stranger | | (VO) Victim Was Suspect |

**THIS VICTIM RELATED TO WHICH OFFENSES?**
☑1 ☐2 ☐3 ☐4 ☐5 ☐6 ☐7 ☐8

**VICTIM TYPE:** ☑(I) Individual ☐(B) Business ☐(F) Financial Inst. ☐(U) Unknown ☐(G) Government ☐(R) Religious ☐(S) Society/Public ☐(O) Other

**VICTIM INJURY:**
☐(N) None
☐(I) Possible Internal Injury
☐(O) Other Major Injury
☐(M) Apparent Minor Injury
☐(T) Loss of Teeth
☐(U) Unconsciousness
☐(B) Apparent Broken Bones
☐(L) Severe Laceration

**AGGRAVATED ASSAULT / HOMICIDE:**
☐(01) Argument
☐(04) Gangland
☐(08) Other Felony Involved
☐(21) Criminal Killed by Police Officer
☐(33) Other Negligent Weapon Handling
☐(05) Juvenile Gang
☐(09) Other Circumstances
☐(30) Child Playing w/ Weapon
☐(34) Other Negligent Killings
☐(02) Assault on Law Enf Officer
☐(06) Lover's Quarrel
☐(10) Unknown Circumstances
☐(31) Gun-Cleaning Accident
☐(03) Drug Deal
☐(07) Mercy Killings
☐(20) Criminal Killed by Private Citizen
☐(32) Hunting Accident

**CLOTHING DESCRIPTION**
HAT _____ SHIRT _____ SHOES _____
COAT _____ PANTS/DRESS _____

| INCIDENT NUMBER 2018-041606 | ☐ JUVENILE INFORMATION | Report generated: 4/13/2018 6:25 AM |
|---|---|---|

# VICTIM

| VICTIM # | NAME (Last, First, Middle) or BUSINESS |
|---|---|
| 3 | [REDACTED] |

**ADDRESS:** 8516 CHICKAMAUGA CT MABELVALE AR 72103

| HOME PHONE: | WORK PHONE: | MOBILE PHONE: | OTHER PHONE: |
|---|---|---|---|
| 5394132 | | | |

**SEX:** ☐ (M) Male ☑ (F) Female ☐ (U) Unk.
**ETHNICITY:** ☐ (H) Hispanic ☑ (N) Non-Hispanic ☐ (U) Unk.
**RACE:** ☐ (W) White ☑ (B) Black ☐ (I) American Indian ☐ (A) Asian / Pacific Islander ☐ (U) Unknown
**DATE OF BIRTH:** 10/05/1997

**RES. STATUS:** ☐ (R) Resident ☑ (N) Nonresident ☐ (U) Unknown
**MENTALLY AFFLICTED?** ☐ (Y) Yes ☑ (N) No ☐ (U) Unk.
**OCCUPATION / EMPLOYER:**

**AGE:** Exact Age: 20
Range: ___
☐ (BB) 7-364 Days Old
☐ (NN) Under 24 Hrs. Old
☐ (99) Over 98 Years Old
☐ (NB) 1-6 Days Old
☐ (00) Unknown

**NIC:**

**D.L. / ID No. (STATE):**

**RELATIONSHIP OF THIS VICTIM TO SUSPECTS**
SUSPECT(S) VICTIM WAS: (by Suspect Number)
(SE) Spouse ___
(CS) Common-Law Spouse ___
(PA) Parent ___
(SB) Sibling ___
(CH) Child ___
(GP) Grandparents ___
(GC) Grandchild ___
(IL) Inlaw ___
(SP) Stepparent ___
(SC) Stepchild ___
(SS) Stepsibling ___
(OF) Other Family ___
(ST) Stranger ___
(AQ) Acquaintance 2 1
(FR) Friend ___
(NE) Neighbor ___
(BE) Babysitter (baby) ___
(BG) Boy/Girl Friend ___
(CF) Child of BF / GF ___
(HR) Homosexual Rel. ___
(XS) Ex-Spouse ___
(EE) Employee ___
(ER) Employer ___
(OK) Otherwise Known ___
(RU) Relationship Unknown ___
(VO) Victim Was Suspect ___

**THIS VICTIM RELATED TO WHICH OFFENSES?**
☑ 1 ☐ 2 ☐ 3 ☐ 4 ☐ 5 ☐ 6 ☐ 7 ☐ 8

**VICTIM TYPE:** ☑ (I) Individual ☐ (B) Business ☐ (F) Financial Inst. ☐ (U) Unknown ☐ (G) Government ☐ (R) Religious ☐ (S) Society / Public ☐ (O) Other

**VICTIM INJURY:**
☐ (N) None ☐ (M) Apparent Minor Injury ☐ (B) Apparent Broken Bones
☐ (I) Possible Internal Injury ☐ (T) Loss of Teeth ☐ (L) Severe Laceration
☐ (O) Other Major Injury ☐ (U) Unconsciousness

**AGGRAVATED ASSAULT / HOMICIDE:**
☐ (01) Argument ☐ (02) Assault on Law Enf Officer ☐ (03) Drug Deal
☐ (04) Gangland ☐ (05) Juvenile Gang ☐ (06) Lover's Quarrel ☐ (07) Mercy Killings
☐ (08) Other Felony Involved ☐ (09) Other Circumstances ☐ (10) Unknown Circumstances ☐ (20) Criminal Killed by Private Citizen
☐ (21) Criminal Killed by Police Officer ☐ (30) Child Playing w/ Weapon ☐ (31) Gun-Cleaning Accident ☐ (32) Hunting Accident
☐ (33) Other Negligent Weapon Handling ☐ (34) Other Negligent Killings

**CLOTHING DESCRIPTION**
HAT ___ SHIRT ___ SHOES ___
COAT ___ PANTS/DRESS ___

| INCIDENT NUMBER: 2018-041606 | ☐ JUVENILE INFORMATION | Report generated: 4/13/2018 6:25 AM |
|---|---|---|

## SUSPECT #1

| SUSPECT # | NAME (Last, First, Middle) | AKA: |
|---|---|---|
| 1 | M████ J████ | |

| ARRESTEE # | ADDRESS: 900 W DAISY GATSONS BATES ST  LITTLE ROCK AR 72204 |
|---|---|

| HOME PHONE: | WORK PHONE: | MOBILE PHONE: | OTHER PHONE: |
|---|---|---|---|

| SEX: ☑(M) Male  ☐(F) Female  ☐(U) Unk. | ETHNICITY: ☐(H) Hispanic  ☑(N) Non-Hispanic  ☐(U) Unk. | RACE: ☐(W) White  ☑(B) Black  ☐(I) American Indian  ☐(A) Asian/Pacific Islander  ☐(U) Unknown | DATE OF BIRTH 02/08/1998 |
|---|---|---|---|

| RES. STATUS: ☑(R) Resident  ☐(N) Nonresident  ☐(U) Unknown | MENTALLY AFFLICTED? ☐(Y) Yes  ☑(N) No  ☐(U) Unk. | OCCUPATION / EMPLOYER: |
|---|---|---|

| AGE: Exact Age: 20  Range: -  ☐(99) Over 98 Years Old  ☐(00) Unknown | SUSPECTS ACTIONS RELATED TO: ☑V1 ☑V2 ☑V3 ☐V4 ☐V5 ☐V6 ☐V7 ☐V8  DISPOSITION OF JUVENILE: ☐(H) Handled within Department  ☐(R) Referred outside Department | NIC:  D.L./ID No. (STATE) | HEIGHT: Ft ___ In ___  WEIGHT: Lbs ___ | WEAPONS AT ARREST: ☐(01) Unarmed  ☐(11) Firearm (Unk)  ☐(12) Handgun  ☐(13) Rifle  ☐(14) Shotgun  ☐(15) Other Firearm  ☐(16) Illegal Cutting Instrument  ☐(17) Club/Blackjack/Brass  (A — automatic) |
|---|---|---|---|---|

| THIS SUSPECT RELATES TO WHICH OFFENSES? ☑1 ☐2 ☐3 ☐4 ☐5 ☐6 ☐7 ☐8 | ARREST TYPE: ☐(S) Summons/Cited  ☐(O) On View Arrest  ☐(T) Taken Into Custody | |
|---|---|---|
| ARREST LOCATION: | ARREST DATE: | |

CHARGE:  5-13-301M

| ARRESTING OFFICERS | | | |
|---|---|---|---|
| OFFICER 1: _____ | ☐MVR | OFFICER 5: _____ | ☐MVR |
| OFFICER 2: _____ | ☐MVR | OFFICER 6: _____ | ☐MVR |
| OFFICER 3: _____ | ☐MVR | OFFICER 7: _____ | ☐MVR |
| OFFICER 4: _____ | ☐MVR | OFFICER 8: _____ | ☐MVR |

Suspect information continued on next page.

| INCIDENT NUMBER 2018-041606 | ☐ JUVENILE INFORMATION | Report generated: 4/13/2018 6:25 AM |
|---|---|---|

## SUSPECT #1

| SUSPECT # | NAME (Last, First, Middle) | AKA: |
|---|---|---|
| 1 | M█████, J█████ | |

**COMPLEXION:**
- ☐ (1) Light
- ☐ (2) Medium
- ☐ (3) Dark
- ☐ (4) Acne
- ☐ (5) Freckled
- ☐ (6) Ruddy
- ☐ (7) Other
- ☑ (8) Unknown

**HAIR LENGTH:**
- ☐ (1) Long
- ☐ (2) Medium
- ☐ (3) Short
- ☐ (4) Bald(ing)
- ☐ (5) Other
- ☑ (6) Unknown

**HAIR STYLE:**
- ☐ (01) Afro
- ☐ (02) Wavy
- ☐ (03) Straight
- ☐ (04) Curly
- ☐ (05) Braided
- ☐ (06) Ponytail
- ☐ (07) Military
- ☐ (08) Processed
- ☐ (09) Wig/Toupee
- ☐ (10) Other
- ☑ (11) Unknown

**BUILD:**
- ☐ (1) Light
- ☐ (2) Medium
- ☐ (3) Heavy
- ☐ (4) Muscular
- ☑ (5) Unknown

**HAIR COLOR:**
- ☐ (1) Black
- ☐ (2) Blonde
- ☐ (3) Brown
- ☐ (4) Grey
- ☐ (5) Red
- ☐ (6) Sandy
- ☐ (7) Other
- ☑ (8) Unknown

**EYE COLOR:**
- ☐ (1) Blue
- ☐ (2) Brown
- ☐ (3) Grey
- ☐ (4) Green
- ☐ (5) Hazel
- ☐ (6) Other
- ☑ (7) Unknown

**FACIAL HAIR:**
- ☐ (01) Clean Shaven
- ☐ (02) Unshaven
- ☐ (03) Full Beard
- ☐ (04) Must. (hvy)
- ☐ (05) Must. (thin)
- ☐ (06) Brows (hvy)
- ☐ (07) Brows (thin)
- ☐ (08) Side Burns
- ☐ (09) Goatee
- ☐ (10) Other
- ☑ (11) Unknown

**DEMEANOR:**
- ☐ (01) Angry
- ☐ (02) Apologetic
- ☐ (03) Calm
- ☐ (04) Irrational
- ☐ (05) Nervous
- ☐ (06) Polite
- ☐ (07) Professional
- ☐ (08) Stupor
- ☐ (09) Violent
- ☐ (10) Drunk / High
- ☐ (11) Other
- ☑ (12) Unknown

**SCAR / MARK:**
- ☐ (01) Head
- ☐ (02) Neck
- ☐ (03) Hand (rt)
- ☐ (04) Hand (lft)
- ☐ (05) Arm (rt)
- ☐ (06) Arm (lft)
- ☐ (07) Body
- ☐ (08) Leg (rt)
- ☐ (09) Leg (lft)
- ☐ (10) Other
- ☐ (11) None
- ☑ (12) Unknown

**TATTOO:**
- ☐ (1) Designs
- ☐ (2) Initials
- ☐ (3) Names
- ☐ (4) Pictures
- ☐ (5) Words
- ☐ (6) Numbers
- ☐ (7) Insignia
- ☐ (8) None
- ☑ (9) Unknown

**TATTOO LOC:**
- ☐ (01) Arm (lft)
- ☐ (02) Arm (rt)
- ☐ (03) Leg (lft)
- ☐ (04) Leg (rt)
- ☐ (05) Hand (lft)
- ☐ (06) Hand (rt)
- ☐ (07) Face
- ☐ (08) Neck
- ☐ (09) Finger(s)
- ☐ (10) Chest
- ☐ (11) Back

**CLOTHING DESCRIPTION:**
- HAT _____
- COAT _____
- SHIRT _____
- PANTS/DRESS _____
- SHOES _____

**ADDED DESCRIPTION:**
n/a

| INCIDENT NUMBER 2018-041606 | ☐ JUVENILE INFORMATION | Report generated: 4/13/2018 6:25 AM |

## SUSPECT #2

| SUSPECT # | NAME (Last, First, Middle) | AKA: |
|---|---|---|
| 2 | G▓▓▓, T▓▓▓ | |

| ARRESTEE # | ADDRESS: 900 W DAISY GATSON BATES ST  LITTLE ROCK AR 72202 |

| HOME PHONE: | WORK PHONE: | MOBILE PHONE: | OTHER PHONE: |

| SEX: ☐(M) Male  ☑(F) Female  ☐(U) Unk. | ETHNICITY: ☐(H)Hispanic  ☑(N) Non-Hispanic  ☐(U) Unk. | RACE: ☐(W) White  ☑(B) Black  ☐(I) American Indian  ☐(A) Asian/Pacific Islander  ☐(U) Unknown | DATE OF BIRTH 02/20/1998 |

| RES. STATUS: ☑(R) Resident  ☐(N) Nonresident  ☐(U) Unknown | MENTALLY AFFLICTED? ☐(Y) Yes  ☑(N) No  ☐(U) Unk. | OCCUPATION / EMPLOYER: |

| AGE: Exact Age: 20  Range: ___ - ___  ☐(99) Over 98 Years Old  ☐(00) Unknown | SUSPECTS ACTIONS RELATED TO: ☑V1 ☑V2 ☑V3 ☐V4 ☐V5 ☐V6 ☐V7 ☐V8  DISPOSITION OF JUVENILE: ☐(H) Handled within Department  ☐(R) Referred outside Department | NIC:  D.L. / ID No. (STATE) | HEIGHT: Ft ___ In ___  WEIGHT: Lbs ___ | WEAPONS AT ARREST: ☐(01) Unarmed  ☐(11) Firearm (Unk)  ☐(12) Handgun  ☐(13) Rifle  ☐(14) Shotgun  ☐(15) Other Firearm  ☐(16) Illegal Cutting Instrument  ☐(17) Club/Blackjack/Brass |

| THIS SUSPECT RELATES TO WHICH OFFENSES? ☑1 ☐2 ☐3 ☐4 ☐5 ☐6 ☐7 ☐8 | ARREST TYPE: ☐(S) Summons / Cited  ☐(O) On View Arrest  ☐(T) Taken Into Custody |
| ARREST LOCATION: | ARREST DATE: |

CHARGE:  5-13-301M

### ARRESTING OFFICERS

| OFFICER 1: _____ ☐MVR | OFFICER 5: _____ ☐MVR |
| OFFICER 2: _____ ☐MVR | OFFICER 6: _____ ☐MVR |
| OFFICER 3: _____ ☐MVR | OFFICER 7: _____ ☐MVR |
| OFFICER 4: _____ ☐MVR | OFFICER 8: _____ ☐MVR |

Suspect information continued on next page.

| INCIDENT NUMBER 2018-041606 | ☐ JUVENILE INFORMATION | Report generated: 4/13/2018 6:25 AM |
|---|---|---|

## SUSPECT #2

| SUSPECT # | NAME (Last, First, Middle) | AKA: |
|---|---|---|
| 2 | G███, T███ | |

**COMPLEXION:**
- ☐ (1) Light
- ☐ (2) Medium
- ☐ (3) Dark
- ☐ (4) Acne
- ☐ (5) Freckled
- ☐ (6) Ruddy
- ☐ (7) Other
- ☑ (8) Unknown

**HAIR LENGTH:**
- ☐ (1) Long
- ☐ (2) Medium
- ☐ (3) Short
- ☐ (4) Bald(ing)
- ☐ (5) Other
- ☑ (6) Unknown

**HAIR STYLE:**
- ☐ (01) Afro
- ☐ (02) Wavy
- ☐ (03) Straight
- ☐ (04) Curly
- ☐ (05) Braided
- ☐ (06) Ponytail
- ☐ (07) Military
- ☐ (08) Processed
- ☐ (09) Wig/Toupee
- ☐ (10) Other
- ☑ (11) Unknown

**BUILD:**
- ☐ (1) Light
- ☐ (2) Medium
- ☐ (3) Heavy
- ☐ (4) Muscular
- ☑ (5) Unknown

**HAIR COLOR:**
- ☐ (1) Black
- ☐ (2) Blonde
- ☐ (3) Brown
- ☐ (4) Grey
- ☐ (5) Red
- ☐ (6) Sandy
- ☐ (7) Other
- ☑ (8) Unknown

**EYE COLOR:**
- ☐ (1) Blue
- ☐ (2) Brown
- ☐ (3) Grey
- ☐ (4) Green
- ☐ (5) Hazel
- ☐ (6) Other
- ☑ (7) Unknown

**FACIAL HAIR:**
- ☐ (01) Clean Shaven
- ☐ (02) Unshaven
- ☐ (03) Full Beard
- ☐ (04) Must. (hvy)
- ☐ (05) Must. (thin)
- ☐ (06) Brows (hvy)
- ☐ (07) Brows (thin)
- ☐ (08) Side Burns
- ☐ (09) Goatee
- ☐ (10) Other
- ☑ (11) Unknown

**DEMEANOR:**
- ☐ (01) Angry
- ☐ (02) Apologetic
- ☐ (03) Calm
- ☐ (04) Irrational
- ☐ (05) Nervous
- ☐ (06) Polite
- ☐ (07) Professional
- ☐ (08) Stupor
- ☐ (09) Violent
- ☐ (10) Drunk / High
- ☐ (11) Other
- ☑ (12) Unknown

**SCAR / MARK:**
- ☐ (01) Head
- ☐ (02) Neck
- ☐ (03) Hand (rt)
- ☐ (04) Hand (lft)
- ☐ (05) Arm (rt)
- ☐ (06) Arm (lft)
- ☐ (07) Body
- ☐ (08) Leg (rt)
- ☐ (09) Leg (lft)
- ☐ (10) Other
- ☐ (11) None
- ☑ (12) Unknown

**TATTOO:**
- ☐ (1) Designs
- ☐ (2) Initials
- ☐ (3) Names
- ☐ (4) Pictures
- ☐ (5) Words
- ☐ (6) Numbers
- ☐ (7) Insignia
- ☐ (8) None
- ☑ (9) Unknown

**TATTOO LOC:**
- ☐ (01) Arm (lft)
- ☐ (02) Arm (rt)
- ☐ (03) Leg (lft)
- ☐ (04) Leg (rt)
- ☐ (05) Hand (lft)
- ☐ (06) Hand (rt)
- ☐ (07) Face
- ☐ (08) Neck
- ☐ (09) Finger(s)
- ☐ (10) Chest
- ☐ (11) Back

**CLOTHING DESCRIPTION:**
- HAT ___
- COAT ___
- SHIRT ___
- PANTS/DRESS ___
- SHOES ___

**ADDED DESCRIPTION:**
n/a

## NARRATIVE

OFFICERS RESPONDED TO THE LISTED LOCATION AND MADE CONTACT WITH PATRICA SWINTON. SWINTON ADVISED THIS MORNING DURING HER CLASS AT PHILANDER SMITH COLLEGE, J▇▇ M▇▇ WAS BEING DISRESPECTFUL TOWARDS HER. SWINTON STATED M▇▇ LEFT THE CLASS MUMBLING UNDER HIS BREATH, AFTER SHE TOOK HIS QUIZ FROM HIM. SWINTON ADVISED SHE ADDRESSED THE CLASS AS WHOLE ABOUT PROPER CLASS ROOM ETIQUETTE. SWINTON STATED DURING THIS LECTURE THE GIRLFRIEND OF M▇▇, T▇▇ G▇▇ BECAME UPSET AND BEGAN ARGUING WITH HER. SWINTON THEN STATED M▇▇ CAME BACK INTO THE CLASS ROOM THREATENING TO DO PHYSICAL HARM TO HER. SWINTON ADVISED M▇▇ HAD TO BE RESTRAINED BY SEVERAL STUDENTS DURING THIS INCIDENT. SWINTON STATED LATER SHE WAS WALKING DOWN THE HALL AT THE COLLEGE WITH HER SON C▇▇ S▇▇, AND HER DAUGHTER S▇▇ S▇▇. SWINTON ADVISED M▇▇ WALKED UP THREATENING HER AND C▇▇ S▇▇, WHILE G▇▇ THREATENED S▇▇ S▇▇ WITH PYSICAL HARM. OFFICERS ADVISED SWINTON TO SEEK WARRANTS, AND OBTAIN A NO CONTACT ORDER.
MVR WAS IN USE.


OFC. E.WARREN 29635 ------04/21/2020 @1230 HOURS

SWINTON STATED SHE NEVER ADVISED THE PREVIOUS OFFICER THAT SHE WAS WALKING DOWN THE HALLWAY WITH HER SON OR DAUGHTER. SHE STATED SHE WAS STANDING WITH THE SECURITY GUARD AND J▇▇ OUTSIDE OF THE CLASSROOM IN THE LIBRARY. SWINTON STATED HER SON AND DAUGHTER THEN WALKED UP AND WITNESSED J▇▇ SCREAMING AT HER. SHE STATED J▇▇ THEN BEGAN TO ACT OUT TOWARDS HER SON.

SWINTON STATED ON 04/10/2018 SHE HAD AN ADMINISTRATIVE HEARING REGARDING THE CLASSROOM INCIDENT. DURING THE HEARING, ATTORNEY ABTIN MEHDIZADEGAN ASKED IF SWINTON COULD PLUG HER PHONE UP TO HIS COMPUTER, SO THAT THE CONTENTS OF HER PHONE COULD BE REMOVED. SHE STATED SHE REFUSED, BUT MEHDIZADEGAN SNATCHED HER PHONE FROM HER WHILE SHE WAS ATTEMPTING TO SHOW HIM THAT THERE WAS NOTHING FOR HIM TO DOWNLOAD. SWINTON STATED WHEN SHE ATTEMPTED TO GRAB HER PHONE BACK FROM MEHDIZADEGAN, HE ELBOWED HER IN THE CHEST MULTIPLE TIMES. SHE STATED HE THEN PROCEEDED BY ADVISING HER IF SHE DID NOT SIT DOWN, BE QUIET, AND BE STILL HE WOULD REPORT HER AND HAVE HER FIRED. SWINTON STATED MEHDIZADEGAN BEGAN TAKING PICTURES WITH HIS PERSONAL PHONE OF HER PERSONAL CONTENTS.

SWINTON STATED ON 02/28/2020 SHE LEARNED THAT MEHDIZADEGAN STILL HAD POSSESSION OF HER PERSONAL CONTENTS IN WHICH HE OBTAINED FROM HER PERSONAL PHONE FROM THE INCIDENT 04/10/2018. SHE STATED HE USED THE PERSONAL CONTENT IN HER DEPOSITION AGAINST HER IN THE MEETING. SWINTON STATED SHE JUST REALIZED THAT HE ASSAULTED HER AND THAT HIS ACTIONS WERE WRONG.

| INCIDENT NUMBER  2018-041606 | ☐ JUVENILE INFORMATION | Report generated: 4/13/2018 6:25 AM |

| ADDITIONAL HOMICIDE CIRCUMSTANCES | |
|---|---|
| ☐ (A) Criminal attacked police officer, that officer killed criminal | ☐ (C) Criminal attacked a civilian | ☐ (F) Criminal resisted arrest |
| ☐ (B) Criminal attacked police officer, criminal killed by other officer | ☐ (D) Criminal attempted flight from a crime | ☐ (G) Unable to determine / not enough information |
| | ☐ (E) Criminal killed in commission of a crime | |

RELATED CASE NUMBER(S)

CAR JACKING? ☐ YES ☑ NO    DRIVE-BY? ☐ YES ☑ NO    GANG RELATED? ☐ YES ☑ NO

HATE/BIAS RELATIONSHIP:    ☑ (88) None    ☐ YES, SEE BELOW

| RACIAL (Anti-) | RELIGIOUS (Anti-) | ETHNICITY / NATIONAL ORIGIN (Anti-) | SEXUAL (Anti-) |
|---|---|---|---|
| ☐ (11) White | ☐ (21) Jewish | ☐ (32) Hispanic | ☐ (41) Male Homosexual (Gay) |
| ☐ (12) Black | ☐ (22) Catholic | ☐ (33) Other Ethnicity | ☐ (42) Female Homosexual (Lesbian) |
| ☐ (13) American Indian / Alaskan Native | ☐ (23) Protestant | | ☐ (43) Homosexual (Gay and Lesbian) |
| | ☐ (24) Islamic (Muslim) | DISABILITY (Anti-) | ☐ (44) Heterosexual |
| ☐ (14) Asian / Pacific Islander | ☐ (25) Other Religion | ☐ (51) Physical Disability | ☐ (45) Bisexual |
| ☐ (15) Multi-Racial Group | ☐ (26) Multi-Religious Group | ☐ (52) Mental Disability | |
| | ☐ (27) Atheist/Agnostic | | |