85138

"...Jaylen was a little upset after Ms. Swinton sent him out of class. As she was discussing to us about responsibility, Ta'lyian decided to go back and forth with her, I found it very disrespectful. As Mrs. Swinton was talking, I heard Jaylon approaching her with profanity, like 'Bitch!' He also threatens to slap her. I was afraid he might have hit Ms. Swinton. She kept it cool calm and collective, But she need someone to escort him out immediatly. Good thing the librarian was here just on time. Thanks to big Ale the PSC Basketball Player."



EXHIBIT 22

84499 Comp I 9:00

When I was taking my quiz I saw the young man using his cellphone during the quiz. Ms. Swinton took his quiz he sat there a few moments got up mad walk out the class twice. After the quiz Ms. Swinton started talking and his girlfriend started arguing and it went from there.

Comp. I, 9:00 am.                              8474&

We were taking a quiz and a student was on his phone. Mrs. Swinton addressed the "class" after the quiz was over. The girlfriend of the student that was on his phone started to question the ~~roble~~ instructor. Mrs. Swinton was upset and used foul language but who don't when they are upset. Jaylon Morris walked in after his girlfriend walked out of class. He started ~~a~~ calling Mrs. Swinton bitches and walked up on her

Comp.\
9:00\
8/11/18

He come in all out of hand calling her out of her name. He was mad at her for her puting him out for his phone. The talk that she gave us was a regular talk that we always have everyday.

Comp I
- 9:00
71085

All I know is Mrs. _____ took quiz and he stormed out the class, and when the quiz was over she addressed the problem and he came back in and threats, when the argument started.

Comp 1: 9:00
he walked out, Swinton addressed the class and his girlfriend spoke up. The girlfriend walked out talking & he came in cussing. He called Swinton all types of bitches & was trying to get in her face.