After he left, I was headed to the bathroom and noticed they were still in the library. They started staring at me frowning and saying something to each other, so I called security again because I felt threatened.

Security came at the same time my kids and other students came. Apparently, some students told them what was going on. At the time they walked up to check on me, they heard Jaylon talking aggressively to me in front of Gains, so that's when they told him that he was not going to keep disrespecting me and threatening me. Jaylon then asked my son what was he going to do and to come on and that he would "whoop his motherfuckin ass too!" Things escalated from that point.

After everything got calmed down and Jaylon and Talia were escorted out, I got the other students to calm down and asked them not to fight and to go to leave. Ms. Ojezua kept my kids in the library with her.

Later, they left to go to class. However, while my son was walking into Titus, an instructor, Angela Miller, called me and said come to Titus now because a girl was provoking a guy to fight my son.

I will have her and Ms. Ellison give statements from that incidence.

## Thalia Gaskin 04-10-2018

Jaylyn Morris left the class at approximately 9:30 am on April 9, 2018. After Mr. Morris and another student were out the door Ms. Swinton began to bash the two students. Ms. Swinton stated "I don't care if you all leave class because you're mad about the test. I have my degree. They are fucking retards. What fucking teacher allows you to come to class and be on your phone? What the fuck." At this point I interrupted her saying "You're totally out of line. You're disrespectful and completely unprofessional." Next Ms. Swinton said "You shut up; it's disrespectful for you to always have something to say." At that point I grabbed my things and exited the class. Mr. Swinton seen me storm out of class and asked why was I leaving? I told Mr. Morris that Ms. Swinton had called Him and another student a "fucking retard". Mr. Morris then returned to the classroom and said ""if you have anything to say about me, You need to say it to me as an adult instead of you talking about me to the class bitch". Another student came and retrieved Mr. Morris and we exited the library. We then went to Dr. Smother's office to report the incident. However, he was away so we met with his assistant Ms. Hart to schedule a meeting.

## Mrs. Ojezua

**Key Events witnessed by Mrs. Ojezua:**
- At about 10:35 am, I was at the Library front desk attending to a patron who requested for a Textbook in our Reserve Collection, when I heard some loud noise / commotion on the second floor.
- As I headed upstairs to check the cause of the uproar, I saw a group of students and also Ms. Swinton coming down the stairway. Ms. Swinton tried to physically prevent CJ from returning to the second floor and she also made frantic appeals in a loud voice to CJ thus: "No, you must not fight.....CJ, you have to graduate, please don't do this".
- At Ms. Swinton's request, I took CJ away from the foyer in front of the front desk (on the first floor) and gave him a seat in the Technical processing area at the back (away from all other students).
- I spoke to him about the adverse consequences of any rash action he might want to take and also advised him to calm down.
- However, after a few minutes, CJ leapt forward angrily to unlock the door leading to the front desk. I attempted to hold him back but unfortunately, I missed a step and fell down on my right leg.
- CJ then turned around and tried to help me get up. I called Ms Curruth whose office is close by. Mr. Orlando who happened to be the House keeping staff on duty at the time, overhead my call for help and rushed to get me up, with CJ's assistance.
- I returned my office; rested for some minutes and went back to the front desk.
- CJ calmed down and left the Library quietly after about thirty minutes.

**IMPACT ASSESSMENT:**

The immediate impact of the disagreement was communicated throughout the Philander Campus Community which caused our student body to respond to the incident verbally and in disagreement with the actions of each person involved.

**RESULTING DAMAGE:**

