STATE OF Arkansas
COUNTY OF Pulaski

## IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF ARKANSAS

PATRICIA WALKER-SWINTON            PLAINTIFF

V.            CASE NO. 4:18-CV-886 (KGB)

PHILANDER SMITH COLLEGE; AND
DR. RODERICK SMOTHERS, SR., PRESIDENT,
IN HIS INDIVIDUAL AND OFFICIAL CAPACITY;
AND DR. ZOLLIE STEVENSON, JR., VICE-PRESIDENT,
ACADEMIC AFFAIRS, IN HIS INDIVIDUAL AND
OFFICIAL CAPACITY            DEFENDANTS

### AFFIDAVIT OF CURTIS GAINES

1. I am Curtis Gaines.

2. I am at all times competent and of sound mind when making this sworn statement.

3. On April 9, 2018, I was a security guard at Philander Smith College.

4. On April 9, 2018, I received a call at the security front gate from Ms. Swinton that there was a problem in her classroom.

5. I was the only security officer that responded and reported to the library for the disturbance call involving Ms. Swinton and a student named Jaylyn Morris.

6. On April 9, 2018, Chief Williams did not come to the library as a first responder to the incident in Ms. Swinton's classroom.

7. On April 9, 2018, Chief Williams was not present on the campus when the initial disturbance call came into the front security gate from Ms. Swinton.

8. I made contact with student Jaylyn Morris, who was yelling, cursing, and making threats at Ms. Swinton.

9. I removed the belligerent and violent student, Jaylyn Morris from the library area by escorting him to the security front gate.

10. I told Ms. Swinton to get witness statements from the students.



EXHIBIT 25

11. I was not contacted to testify at any administrative hearing about the classroom incident that I had responded to as the first responder and the only responder.

12. I was not involved in any investigation about the April 9, 2018, classroom incident where Jaylyn Morris attacked Ms. Swinton.

13. Proper Procedures were not followed to investigate the April 9, 2018, classroom incident, where an instructor, Ms. Swinton reported that she was cursed and physically threatened by a student, Jaylyn Morris.

14. As the first responder to the April 9, 2018, classroom incident, I should have been involved in any investigation of the incident.

15. I was not involved with any investigation resulting from the April 9, 2018, classroom incident.

16. Neither Chief Williams nor Dr. Stevenson ever contacted me or asked me any questions about the April 9, 2018, classroom incident.

Further, affiant sayeth not.

_____
Curtis Gaines, Affiant

**NOTARY**

STATE OF Arkansas
COUNTY OF Pulaski

Affiant, Curtis Gaines, being first duly sworn under oath, presents that he has read and subscribed to the above Affidavit and states that the information therein was provided by him and is true and correct.

SUBSCRIBED AND SWORN to before me this 2nd day of June, 2020.

Notary Public _____

My commission expires: 3-1-2027

NESHAJA NICHOLS
Notary Public-Arkansas
Pulaski County
My Commission Expires 03-01-2027
Commission # 12700133