

**OFFICE OF ACADEMIC AFFAIRS**

**Checklist:**
- Incident occurs;
- Professor files this form with written statement the same day to his/her Division Chair;
- Acquired signatures.

# INCIDENT FORM

**DATE:** 4/9/2018
**INSTRUCTOR NAME:** Patricia Walker-Swinton
**STUDENT NAME:** Jaylyn Morris
**COURSE:** (title and #) Composition I, ENG 113.02

I. I am removing the student named above from my classroom for the following reason(s):
- [x] The student has repeatedly interfered with my ability to communicate effectively with the students in my class or with the ability of the student's classmates to learn.
- [x] The student is so unruly, disruptive or abusive that it seriously interferes with my ability to communicate effectively with the students in the class or with the ability of the student's classmates to learn.
- [x] The student has threatened me and/or classmates.
- [ ] Other: _____

II. Documentation to support the statement above:
- [ ] is attached.

III. I have informed the student that he/she should file a written statement if the incident with the appropriate Division Chairperson.
IV. The Professor, Division Chair and the student should meet and make arrangements for the student to return to class.
V. I will consent to have the student returned to my class if the following conditions are met: (please state below)

Student can not return to my class.

VI. The action above is taken in accordance with...(CHAIRS AND ADMINISTRATION WILL REFERENCE HANDBOOKS AND CATALOG.)

_Patricia Swinton_     4/9/2018
Instructor     Date

_____     __/__/__
Division Chair     Date

_____     __/__/__
Vice President for Academic Affairs

**EXHIBIT 26**



OFFICE OF THE REGISTRAR

# Administrative Withdrawal Form

| Date: | 4/9/2018 |
|---|---|
| Student Name: | Jaylyn Morris |
| I.D. #: | 77873 |
| Semester of Course: | Spring |
| Year: | 2018 |
| Course Title and #: | Composition I, ENG 113 |
| Instructor: | Patricia Walker-Swinton |
| Department & Section #: | General Education, Sec 02 |
| Grade: | ☐ WF   or   ☒ WP |
| Total # of Absences: | 2 |
| Last Date of Attendance: | April 9, 2018 |

**Give explanation for this Administrative Withdrawal:**

This student threatened to physically harm me and my family then tried to attack me in class, tried to attack my son in the library, tried to attack my son again in Titus, and attacked other students whom he recognized from talking to my son in Titus after the incident. Prior to this incident, on other occasions, he has called things that I say "dumb" or "stupid" and is sometimes combative. The first couple of weeks of school, he was in my office yelling at me saying that the assignment I gave was too much. I have tried to work with him, but I will not tolerate the physical threats.

_____   _____/_____/_____
Instructor                                                                                          Date

_____   _____/_____/_____
Division Chairperson                                                                        Date

_____   _____/_____/_____
Vice President for Academic Affairs                                             Date

**It is the responsibility of the Instructor to assure that the student receives his/her copy.**

REV. 10/2015



**OFFICE OF ACADEMIC AFFAIRS**

# INCIDENT FORM

**Checklist:**
- Incident occurs;
- Professor files this form with written statement the same day to his/her Division Chair;
- Acquired signatures.

**DATE:** 4/9/2018

**INSTRUCTOR NAME:** Patricia Walker-Swinton

**STUDENT NAME:** Thalia Gaskin

**COURSE:** (title and #) Composition I, ENG 113.02

I. I am removing the student named above from my classroom for the following reason(s):
- [✓] The student has repeatedly interfered with my ability to communicate effectively with the students in my class or with the ability of the student's classmates to learn.
- [✓] The student is so unruly, disruptive or abusive that it seriously interferes with my ability to communicate effectively with the students in the class or with the ability of the student's classmates to learn.
- [ ] The student has threatened me and/or classmates.
- [ ] Other: _____

II. Documentation to support the statement above:
- [ ] is attached.

III. I have informed the student that he/she should file a written statement if the incident with the appropriate Division Chairperson.

IV. The Professor, Division Chair and the student should meet and make arrangements for the student to return to class.

V. I will consent to have the student returned to my class if the following conditions are met: (please state below)

_____

VI. The action above is taken in accordance with...(CHAIRS AND ADMINISTRATION WILL REFERENCE HANDBOOKS AND CATALOG.)

_Patricia Swinton_      4/9/2018
Instructor      Date

_____      / /
Division Chair      Date

_____      / /
Vice President for Academic Affairs      Date



**PHILANDER FORWARD ▶**

OFFICE OF THE REGISTRAR

## Administrative Withdrawal Form

| Date: | 4/9/2018 |
|---|---|
| Student Name: | Thalia Gaskin |
| I.D. #: | 86613 |
| Semester of Course: | Spring |
| Year: | 2018 |
| Course Title and #: | Composition I, ENG 113 |
| Instructor: | Patricia Walker-Swinton |
| Department & Section #: | General Education, Sec 02 |
| Grade: | ☐ WF   or   ☒ WP |
| Total # of Absences: | 5 |
| Last Date of Attendance: | April 9, 2018 |

**Give explanation for this Administrative Withdrawal:**

This student continues to be combative with me. Prior to this incident, on other occasions, she, along with Jaylyn Morris, has called things that I say "dumb" or "stupid". They like to team up on me. The first couple of weeks of school, she was with him in my office yelling at me saying that the assignment I gave was too much. I have tried to work with her, but I will not tolerate the disrespect any longer.

_____     _____/_____/_____
Instructor                                                                                  Date

_____     _____/_____/_____
Division Chairperson                                                                Date

_____     _____/_____/_____
Vice President for Academic Affairs                                       Date

**It is the responsibility of the Instructor to assure that the student receives his/her copy.**

REV. 10/2015

**Composition I, 9:00AM**
**Statement of Incident**
**4/09/2018**
**Began approximately at 9:40am in the computer lab of the library**
**Perpetrators: Thalia Gaskin & Jaylyn Morris**

**Background:**
On previous occasions these two students have consistently been disrespectful and rude to me in class with statements such as "This is dumb!" "This is stupid" "I hate this school." Also, when I give assignments, they will challenge my decision to give assignments and ask "Why do we have to do 'it' that way?" and repeatedly use their phones and the computer while talking to each other during class time. Also to note--Talia is passing, but Jaylon is not.

Also, during exams, I give two different versions, so Jaylon gets upset.

**On this day:**
The antecedent that set him off was when I took his quiz away because he was on his cell phone for a second time while taking the quiz. The first time he was on his phone, I asked, "Are you done with your quiz?" He replied aggressively, "NO!" Therefore, I replied, "Put up your phone. If you have your phone out, that makes me feel that you are done with the quiz." He angrily put up the phone while mumbling, so I said, "Shhhh!" A few minutes later, he pulled it out again and leaned back in his chair, so I walked over quietly, and took his quiz away. He then grabbed his things in a disruptive fashion, mumbling, and stormed out of class. About a minute later, he came back in and grabbed his book that was left behind and stormed out again, mumbling.

At the end of the quiz, I addressed the entire class by telling them that "No instructor would let any student do what he or she wanted to do during class and especially while taking a damn quiz or test! It is retarded or insane for anyone to think it is ok to use the cell phone while taking a quiz or test."

Talia interrupted and asked, "Did anyone in here do that?"

I replied, "If it doesn't apply to you, then there is no need to respond because I have the floor."

She remarked, "Well, I think it's disrespectful for you to talk to us like that."

I responded, "And it's disrespectful for you to always talk rudely to me in class. It's disrespectful for you to always be on your phone and carry on a conversation during class. And it's disrespectful for anyone to get on their cell phone during a quiz or test. So I'm reminding you all again that it will not be tolerated.

She started mumbling while jumping up and leaving class.

A few minutes later, the students and I heard Jaylon say, "THAT BITCH" then he walked into the class and started yelling at me saying, "YOU STUPID BITCH! I'LL BEAT YO MOTHERFUCKIN ASS. YOU STUPID BITCH. I'LL SLAP YOUR ASS.

85138

"Jaylen: Was a little up set after Ms. Swinton sent him out of class. As she was discussing to us about responsibility, Taylian decided to go back and forth with her, I found it very disrespectful. As Mrs. Swinton was talking, I heard Jaylon approaching her with profanity like 'Bitch.' He also threatens to slap. I was afraid he might have hit Ms. Swinton. She kept it cool calm and collective, But she need someone to escort him out immediatly. Good thing the libranan was here just on time. Thanks to big Ale the PSC Basketball Player."

84499 Comp I 9:00

When I was taking my quiz I saw the young man using his cellphone during the quiz. Ms. Swinton took his quiz he sat there a few moments got up mad walk out the class twice. After the quiz Ms. Swinton started talking and his girlfriend started arguing and it went from there.

Comp I, 9:00 am.    84742    04/04/18

We were taking a quiz and a student was on his phone. Mrs. Swinton addressed the "class" after the quiz was over. The girlfriend of the student that was on his phone started to question the instructor. Mrs. Swinton was upset and used foul language but who don't when they are upset. Jaylon Morris walked in after his girlfriend walked out of class. He started at calling Mrs. Swinton bitches and walked up on her

Comp. 1
9:00
8/13

He came in all out of hand calling her out of her name. He was mad at her for her putting him out for his phone. The talk that she gave us was a regular talk that we always have everyday.

Comp.I
9:00
71085

All I know is Mrs. _____ took ___ quiz and he stormed out the class, and when the quiz was over she addressed the problem and he came back in and that's when the argument started.

Comp 1: 9:00
he walked out, Swanton addressed the class and his girlfriend spoke up. The girlfriend walked out talking & he came in cussing. He called Swanton all types of bitches & was trying to get in her face.

This morning around 10:50 am, I heard people arguing in front of the elevator, so I went outside to see if everything was okay. I saw a male and female being held back by Mrs. E, and I saw Craig being held back by Caffey, so I helped, and the dude that was trying to fight them got closer, so I had to try to calm Caffey and Craig down. But from what I heard from the argument, the boy who had the girlfriend kept calling Craig's mom out her name, and the girlfriend put herself in the predicament that could have been settled by men. Things didn't escalate until the dude with the pretty eyes tried to swing. It's one thing to try to fight Craig, but he came back trying to fight him although me and Caffey tried to hold him. I told him as a fair warning, I would have fought back if he hit us.

12:20 pm
4/9/18

Statement of Witness to Incident

At 10:51 am on Monday, April 9, 2018, I walked from the bathroom into the hallway of 2nd floor Titus Bldg. Near the elevator, Craig was visibly upset and attempting to walk in the opposite direction of a young man and young lady who were verbally provoking him. The young lady was being held back by Mrs. Ellison and a couple of students. Someone was holding back the young man who was yelling at Craig and threatening physical attack.

Angela Miller
Dev Mth Instructor