STATE OF Arkansas
COUNTY OF Pulaski

IN THE UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF ARKANSAS

PATRICIA WALKER-SWINTON                                                              PLAINTIFF

V.                                    CASE NO. 4:18-CV-886 (KGB)

PHILANDER SMITH COLLEGE; AND
DR. RODERICK SMOTHERS, SR., PRESIDENT,
IN HIS INDIVIDUAL AND OFFICIAL CAPACITY;
AND DR. ZOLLIE STEVENSON, JR., VICE-PRESIDENT,
ACADEMIC AFFAIRS, IN HIS INDIVIDUAL AND
OFFICIAL CAPACITY                                                                    DEFENDANTS

### AFFIDAVIT OF AP

1. I am AP.
2. I am at all times competent and of sound mind when making this sworn statement.
3. I am a student at Philander Smith College.
4. I was a student at Philander in the spring of 2018.
5. I had an altercation with student JM on April 9, 2018.
6. On that day, I went to the cafeteria to eat with a couple of friends. It was not unusual for us to go to the cafeteria to eat during lunchtime because we always ate in the cafeteria with our meal plan. I got into an altercation with another student in the cafeteria. That student was JM. No one made me fight. No one told me to fight. I was not looking to fight. Words were exchanged between my friend and the other student which caused the fight.
7. One of the main witnesses to the cafeteria fight was male student RW, who was a member of the same fraternity as President Smothers; he was also my roommate the semester of April 9, 2018. RW was always hanging out with President Smothers, along with going out of town on road trips with President Smothers, and he had received a car as a gift from President Smothers the following school year. RW's statement against me was not completely truthful, and I believe it was coerced by President Smothers.
8. Ms. Swinton was not in the cafeteria on April 9, 2018.
8. I did not see Ms. Swinton nor talk to Ms. Swinton prior to going to eat in the cafeteria.
9. I always ate in the cafeteria.
10. I lived on campus on April 9, 2018 and was not living at Ms. Swinton's house.
11. As with most female students that I have dated at Philander and male students that I have become friends with since going to school at Philander, I did not have a close relationship with their family; likewise, I barely knew Ms. Swinton on April 9, 2018 besides having her as a teacher in previous semesters.
12. At the time of the cafeteria fight, I did not know there had been an altercation somewhere else on campus with student JM.

EXHIBIT 27

13. The altercation with student JM was just a bunch of students having a disagreement the same as all other altercations at Philander.
14. There were several other fights on campus on April 9, 2018. Students have disagreements all of the time at Philander; therefore, fighting is not unusual.
15. I was suspended for one semester from Philander for fighting with student JM, but student JM was not suspended; instead, student JM was allowed to pledge a fraternity the next semester. However, Philander's student handbook states on page 32 that "Students interested in participating in a registered student organization as a general member must be in good standing with the college (**no current disciplinary sanctions** and have a minimum GPA of 2.0) ...."

Further, Affiant sayeth not.

_____
AP

**NOTARY**

STATE OF Arkansas
COUNTY OF Pulaski

Affiant, AP, being first duly sworn under oath, presents that he has read and subscribed to the above Affidavit and states that the information therein was provided by him and is true and correct.

SUBSCRIBED AND SWORN to before me this 10 day of January, 2020.

_____
Neshaja Nichols
Notary Public

My commission expires: 3-1-2027

NESHAJA NICHOLS
Notary Public-Arkansas
Pulaski County
My Commission Expires 03-01-2027
Commission # 12700133