STATE OF _Arkansas_
COUNTY OF _Pulaski_

IN THE UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF ARKANSAS

PATRICIA WALKER-SWINTON            PLAINTIFF

V.        CASE NO. 4:18-CV-886 (KGB)

PHILANDER SMITH COLLEGE; AND
DR. RODERICK SMOTHERS, SR., PRESIDENT,
IN HIS INDIVIDUAL AND OFFICIAL CAPACITY;
AND DR. ZOLLIE STEVENSON, JR., VICE-PRESIDENT,
ACADEMIC AFFAIRS, IN HIS INDIVIDUAL AND
OFFICIAL CAPACITY            DEFENDANTS

### AFFIDAVIT OF KC

1. I am KC.
2. I am at all times competent and of sound mind when making this sworn statement.
3. I am a student at Philander Smith College.
4. I was a student at Philander in the spring of 2018.
5. I had an altercation with student JM on April 9, 2018.
6. On April 9, 2018, I went to the cafeteria to eat, which was not unusual because I always ate in the cafeteria with my meal plan.
7. I got into an altercation with other students in the cafeteria. One of those students was JM. The fight happened because of an exchange of words.
8. Ms. Swinton was not in the cafeteria on April 9, 2018.
9. I did not see Ms. Swinton, and I did not talk to Ms. Swinton before going to eat in the cafeteria.
10. The fight with student JM was not unusual because students got into fights all the time at Philander.
11. There were a lot of fights on campus the same day. Students were always fighting at Philander.
12. I was suspended from Philander for one semester for fighting with student JM.
13. Student JM was not suspended.
14. Page 83 of the student handbook states that "Physical abuse and battery are defined as any encounter in which physical contact occurs between two or more persons, an encounter with blows, ... pushing, shoving, and other acts of physical abuse, between two or more persons...." JM was involved in the fight that was in the cafeteria. JM did not get suspended from school.
15. Philander's handbook on page 83 also says that "If weapons, or objects which are used as


EXHIBIT 28

weapons or which may be construed as weapons, are used in an altercation, the student will automatically be suspended from the College." JM's girlfriend, TG, attacked me in the fight. I did not know her and had never said anything to her nor touched her. TG jumped in the fight and hit me with a chair. A chair is a weapon, and I received injuries from it. TG did not get suspended from Philander nor did she receive any disciplinary actions. Instead, the college made her the UNCF queen the next school year.

Further, Affiant sayeth not.

KC

**NOTARY**

**STATE OF** Arkansas
**COUNTY OF** Pulaski

Affiant, KC, being first duly sworn under oath, presents that he has read and subscribed to the above Affidavit and states that the information therein was provided by him and is true and correct.

SUBSCRIBED AND SWORN to before me this 6 day of January, 2020.

My Commission expires: 3-1-2027

Neshaja Nichols
**Notary Public**

NESHAJA NICHOLS
Notary Public-Arkansas
Pulaski County
My Commission Expires 03-01-2027
Commission # 12700133