STATE OF ~~Arkansas~~
COUNTY OF ~~Pulaski~~

IN THE UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF ARKANSAS

PATRICIA WALKER-SWINTON                                          PLAINTIFF

V.                          CASE NO. 4:18-CV-886 (KGB)

PHILANDER SMITH COLLEGE; AND
DR. RODERICK SMOTHERS, SR., PRESIDENT,
IN HIS INDIVIDUAL AND OFFICIAL CAPACITY;
AND DR. ZOLLIE STEVENSON, JR., VICE-PRESIDENT,
ACADEMIC AFFAIRS, IN HIS INDIVIDUAL AND
OFFICIAL CAPACITY                                                DEFENDANTS

### AFFIDAVIT OF JW

1. I am JW.
2. I am at all times competent and of sound mind when making this sworn statement.
3. I was a student at Philander Smith College.
4. I was a student at Philander in the spring of 2018.
5. I had an altercation with student JM on April 9, 2018.
6. On April 9, 2018, I went to the cafeteria to eat during lunchtime.
7. I got into an altercation with other students in the cafeteria. One of those students was JM that I knew from hanging out together with mutual friends. JM was on the defense as soon as he saw me, and we exchanged words. This resulted in us locking up together and fighting.
8. Ms. Swinton was not in the cafeteria on April 9, 2018.
9. I did not see Ms. Swinton, and I did not talk to Ms. Swinton before going to eat in the cafeteria.
10. I told school's attorney Abtin M. when he had questioned me that Ms. Swinton did not have anything to do with the fight that I had with JM; however, Abtin Mehdizadegan kept trying to make me say that she did.
11. Afterwards, in the presence of VP for Student Affairs, Dakota Doman, Abtin Mehdizadegan looked at me and stated, "You're not as dumb as I thought you were!" I was very offended by his statement and felt it to be a form of bullying and harassment.
12. Although Abtin Mehdizadegan tried to make me say that Ms. Swinton told me to fight, on the contrary, JM and I fought because he was already on the defense when he saw me because he knew that Ms. Swinton was my aunt, so we mutually locked up. JM and I hung out together all the time with mutual friends at a house across the street from campus.
13. JM has always had a bad temper and was quick to call people names and fight, so it was not


EXHIBIT 29

unusual that he and I had fought in the cafeteria on April 9, 2018.

14. However, later that evening on April 9, 2018, JM and I were back hanging out together across the street from campus at our mutual friends' house and never discussed the fight again.

15. My punishment was suspension from campus, but JM did not get suspended although we mutually locked up and began fighting. JM started out as the aggressor in the fight.

Further, Affiant sayeth not.

_____
JW

**NOTARY**

STATE OF Arkansas
COUNTY OF Pulaski

Affiant, JW, being first duly sworn under oath, presents that he has read and subscribed to the above Affidavit and states that the information therein was provided by him and is true and correct.

SUBSCRIBED AND SWORN to before me this 2 day of January, 2020.

_____
Neshaja Nichols
Notary Public

My Commission expires: 3-1-2027

NESHAJA NICHOLS
Notary Public-Arkansas
Pulaski County
My Commission Expires 03-01-2027
Commission # 12700133