STATE OF Arkansas
COUNTY OF Pulaski

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS

**PATRICIA WALKER-SWINTON**                                        **PLAINTIFF**

V.                              **CASE NO. 4:18-CV-886 (KGB)**

**PHILANDER SMITH COLLEGE; AND
DR. RODERICK SMOTHERS, SR., PRESIDENT,
I    INDIVIDUAL AND OFFICIAL CAPACITY;
AND DR. ZOLLIE STEVENSON, JR., VICE-PRESIDENT,
ACADEMIC AFFAIRS, IN HIS INDIVIDUAL AND
OFFICIAL CAPACITY**                                                **DEFENDANTS**

### AFFIDAVIT OF AC

1. My name is AC.

2. I am at all times competent to make this affidavit.

3. On April 10, 2018, I was waiting on Ms Swinton in the Titus building at Philander with another student. I saw a man who didn't look black and who was not an instructor or administrator yelling at Ms. Swinton. I was upset when I saw this man reach over and snatch Ms Swinton's phone. Ms Swinton started crying and my friend and I walked up to the door, so Dr Doman got up and closed the door after seeing us there.

Further, affiant sayeth not.

                                        NOTARY          AC, Affiant

STATE OF Arkansas
COUNTY OF Pulaski

Affiant, AC being first duly sworn under oath, presents that he has read and subscribed to the above Affidavit and states that the information therein was provided by him and is true and correct.

SUBSCRIBED AND SWORN to before me this 15th day of June, 2020.

                                        Neshaja Nichols
                                        Notary Public

My commission expires: 3-1-2027

```
NESHAJA NICHOLS
Notary Public-Arkansas
Pulaski County
My Commission Expires 03-01-2027
Commission # 12700133
```

EXHIBIT 30

STATE OF Arkansas
COUNTY OF Pulaski

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS

PATRICIA WALKER-SWINTON      PLAINTIFF

V.      CASE NO. 4:18-CV-886 (KGB)

PHILANDER SMITH COLLEGE; AND
DR. RODERICK SMOTHERS, SR., PRESIDENT,
I    INDIVIDUAL AND OFFICIAL CAPACITY;
AND DR. ZOLLIE STEVENSON, JR., VICE-PRESIDENT,
ACADEMIC AFFAIRS, IN HIS INDIVIDUAL AND
OFFICIAL CAPACITY      DEFENDANTS

### AFFIDAVIT OF PL

1. My name is PL.

2. I am at all times competent to make this affidavit.

3. On April 10, 2018, I was waiting on Ms Swinton in the Titus building at Philander. I saw a man who appeared to be non African American that I did not recognize yelling at Ms. Swinton. I became alarmed when I saw this man reach over and snatch Ms Swinton's phone. When Ms Swinton started crying, Dr Doman got up and closed the door after seeing me and another student standing there.

Further, affiant sayeth not.

PL, Affiant

### NOTARY

STATE OF Arkansas
COUNTY OF Pulaski

Affiant, PL being first duly sworn under oath, presents that he has read and subscribed to the above Affidavit and states that the information therein was provided by him and is true and correct.

SUBSCRIBED AND SWORN to before me this 15th day of June, 2020.

Notary Public

My commission expires: 3-1-2027

NESHAJA NICHOLS
Notary Public-Arkansas
Pulaski County
My Commission Expires 03-01-2027
Commission # 12700133