STATE OF _Arkansas_
COUNTY OF _Pulaski_

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS

PATRICIA WALKER-SWINTON            PLAINTIFF

V.           CASE NO. 4:18-CV-886 (KGB)

PHILANDER SMITH COLLEGE; AND
DR. RODERICK SMOTHERS, SR., PRESIDENT,
I    INDIVIDUAL AND OFFICIAL CAPACITY;
AND DR. ZOLLIE STEVENSON, JR., VICE-PRESIDENT,
ACADEMIC AFFAIRS, IN HIS INDIVIDUAL AND            DEFENDANTS
OFFICIAL CAPACITY

### AFFIDAVIT OF JASON ROBERSON

1. I am Jason Roberson.
2. I am at all times competent to make this affidavit.
3. I was one of the Volunteer Assistant Coaches for the cheer and dance team also known as Panther Dolls from fall 2012 until around 2015.
4. My statement will resemble my brother Justin who was also a volunteer assistant coach.
5. My brother and I helped Coach Swinton design the Panther Dolls Cheer and Dance teams.
6. Coach Weaver, athletic director in 2012 when we started, gave us permission to obtain an EIN number, bank account, and whatever else we felt was needed to get the name out to the general public. My job was to design a logo, which I did.
7. We were told that cheer and dance did not have a budget, but AD Coach Weaver purchased the team cheer uniforms in 2012, and we (the coaches) purchased the dance uniforms from the uniform money the individual members paid, along with money we raised. From that year on, the members on the team paid money for uniforms each year and Coach Swinton paid the difference and bought everything else from props to jackets.

Further, affiant sayeth not.

          _Jason Roberson_
          Jason Roberson, Affiant

**NOTARY**

STATE OF _Arkansas_
COUNTY OF _____

    Affiant, Jason Roberson being first duly sworn under oath, presents that he has read and subscribed to the above Affidavit and states that the information therein was provided by him and is true and correct.

SUBSCRIBED AND SWORN to before me this _6th_ day of _May_, 2020.

          _Neshaja Nichols_
          Notary Public

My commission expires: _3-1-2027_

```
NESHAJA NICHOLS
Notary Public-Arkansas
Pulaski County
My Commission Expires 03-01-2027
Commission # 12700133
```

**EXHIBIT 35**