STATE OF Arkansas
COUNTY OF Pulaski

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS

PATRICIA WALKER-SWINTON             PLAINTIFF

V.          CASE NO. 4:18-CV-886 (KGB)

PHILANDER SMITH COLLEGE; AND
DR. RODERICK SMOTHERS, SR., PRESIDENT,
I    INDIVIDUAL AND OFFICIAL CAPACITY;
AND DR. ZOLLIE STEVENSON, JR., VICE-PRESIDENT,
ACADEMIC AFFAIRS, IN HIS INDIVIDUAL AND
OFFICIAL CAPACITY             DEFENDANTS

### AFFIDAVIT OF JUSTIN ROBERSON

1. Justin Roberson.
2. I am at all times competent to make this affidavit.
3. I was one of the Assistant Coaches for the cheer and dance team also known as Panther Dolls from fall 2012 until around 2015.
4. My brother and I helped Coach Swinton design the Panther Dolls Cheer and Dance teams.
5. Coach Weaver, athletic director in 2012 when we started, gave us permission to obtain an EIN number and a bank account. My job was to get the EIN number, which I did; I listed Ms. Swinton as the registered agent because she was the head coach. Ms. Swinton did not get the EIN number herself.
6. We were told that cheer and dance did not have a budget, but AD Coach Weaver purchased the team cheer uniforms in 2012, and we (the coaches) purchased the dance uniforms from the uniform money the individual members paid, along with money we raised. From that year on, the members on the team paid money for uniforms each year and Coach Swinton paid the difference and bought everything else from props to jackets.

Further, affiant sayeth not.

_____
Justin Roberson, Affiant

**NOTARY**

STATE OF Arkansas
COUNTY OF Pulaski

Affiant, Justin Roberson being first duly sworn under oath, presents that he has read and subscribed to the above Affidavit and states that the information therein was provided by him and is true and correct.

SUBSCRIBED AND SWORN to before me this 9th day of May, 2020.

_____
Notary Public

My commission expires: 3-1-2027

NESHAJA NICHOLS
Notary Public-Arkansas
Pulaski County
My Commission Expires 03-01-2027
Commission # 12700133

EXHIBIT 36