

June 27, 2018

Patricia Walker-Swinton
8516 Chickamauga Court
Mabelvale, AR 72103

**RE: Notice of Termination for Cause**

Dear Ms. Walker-Swinton,

This letter will confirm our discussion regarding your future employment with Philander Smith College. Specifically, your employment with the College is, effective immediately, hereby terminated for cause.

Your conduct stemming from the April 9, 2018 incident in your classroom, which included using a disability-related slur ("damn r****d") in the course of addressing your class, was highly inappropriate, unprofessional, and violated the College's General Harassment Policy Statement, which provides that harassment against any person on the basis of disability, among other things, is a serious offense that can result in severe disciplinary measures, including termination. Then, when asked if you thought that the term "r****d" was appropriate for the classroom, you stated that, in your opinion, nothing was inappropriate about the manner in which you addressed your class. You additionally failed to disclose material information in the course of the College's investigation, attempted to conceal facts by deleting What's App and Group Me messages, then directed students as to what to include in their witness statements, and altered one witness's statement without that individual's knowledge or consent. Your lack of contrition in the manner in which you conducted yourself, and your failure to fully cooperate with the investigation, demonstrates that you lack the appropriate judgment to execute the awesome power of educating our students. You failed to meet the College's reasonable and legitimate expectations of your employment, and as a result, the President has empowered me dismiss you for cause immediately.

Please ensure that all of the College's property, documents, records, and other items that are in your actual or constructive possession, custody, or control (including but not limited to keys, parking permit, equipment, computers, student records, notes, or other items that were used in the course of your employment) are returned to the Office of Human Resources immediately. You will be receiving information from the Office of Human Resources regarding the continuation of certain benefits. If you have any questions about benefits or your final paycheck, please contact the Office of Human Resources.

Sincerely,

Zollie Stevenson, Jr., Ph.D.

**EXHIBIT 3P**

900 DAISY BATES DRIVE, LITTLE ROCK AR 72202 501.370.5275