STATE OF ARKansas
COUNTY OF Pulaski

## IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF ARKANSAS

PATRICIA WALKER-SWINTON            PLAINTIFF

V.          CASE NO. 4:18-CV-886 (KGB)

PHILANDER SMITH COLLEGE; AND
DR. RODERICK SMOTHERS, SR., PRESIDENT,
IN HIS INDIVIDUAL AND OFFICIAL CAPACITY;
AND DR. ZOLLIE STEVENSON, JR., VICE-PRESIDENT,
ACADEMIC AFFAIRS, IN HIS INDIVIDUAL AND
OFFICIAL CAPACITY            DEFENDANTS

### AFFIDAVIT OF KIMBERLY BEARD

1. I am Kimberly Beard.

2. I am competent and of sound mind when making this sworn statement.

3. I am an employee of Philander Smith College.

4. In 2016 through 2017, I worked in the science department as the Dean of Allied and Public Health.

5. I have personal knowledge that Dr. Smothers has retaliatory behavior against female employees.

6. I witnessed when a female employee disagreed with Dr. Smothers, he demonstrated a pattern of getting upset, trying to sabotage the employees and refusing to communicate with the employees.

7. Dr. Smothers does not respect female employees' professionalism.

8. Although Philander Smith College had received a 5 year grant for the nursing program, Dr. Smothers wrongfully blamed me for the nursing program not getting started, when I was hired during the 4th year of the grant.

9. Dr. Smothers was upset with me, stopped speaking to me, stopped all communication with me, and made my time at Philander unbearable.

10. I did not have access to the grant or funding for the program.



EXHIBIT 40

11. I met with the governing body of nurses about an alternative to the nursing program but Dr. Smothers turned the alternative suggestions down.

12. Dr. Smothers made my working environment at Philander unbearable so unbearable that I resigned.

13. I am presently teaching online classes at Philander Smith College but I do not come in contact with Dr. Smothers nor have any dealings with him.

Further, affiant sayeth not.

_____
Kimberly Beard, Affiant

**NOTARY**

STATE OF Arkansas
COUNTY OF Pulaski

Affiant, Kimberly Beard, being first duly sworn under oath, presents that she has read and subscribed to the above Affidavit and states that the information therein was provided by him and is true and correct.

SUBSCRIBED AND SWORN to before me this 3rd day of June, 2020.

_____
Notary Public

My commission expires: 3-1-2027

```
NESHAJA NICHOLS
Notary Public - Arkansas
Pulaski County
My Commission expires 03-01-2027
Commission # 12700133
```