STATE OF _Arkansas_
COUNTY OF _Pulaski_

## IN THE UNITED STATES DISTRICT COURT
## FOR THE
## EASTERN DISTRICT OF ARKANSAS

**PATRICIA WALKER-SWINTON**                                                                 **PLAINTIFF**

V.                                         **CASE NO. 4:18-CV-886 (KGB)**

**PHILANDER SMITH COLLEGE; AND
DR. RODERICK SMOTHERS, SR., PRESIDENT,
IN HIS INDIVIDUAL AND OFFICIAL CAPACITY;
AND DR. ZOLLIE STEVENSON, JR., VICE-PRESIDENT,
ACADEMIC AFFAIRS, IN HIS INDIVIDUAL AND
OFFICIAL CAPACITY**                                                                         **DEFENDANTS**

### AFFIDAVIT OF C.J. Duvall, Jr.

1. I am C.J. Duvall, Jr.
2. I am at all times competent and of sound mind when making this sworn statement.
3. I was employed at Philander Smith College (PSC) from June 3, 2014 to December 18, 2015.
4. I have knowledge of other female employees complaining about unfair treatment.
5. Dr. Natashia Jones and Gemessia Hudson complained about unfair treatment. I was present at the time they complained.
6. There were two other women that told me they did not want their name shared because one is employed today, and fears retaliation from the school. The second asked not to be named for the sake of professional protection. They have examples of how the school can retaliate, so they won't speak.
7. Males such as Rodney Parks, Michael Hutchinson, and I were not disciplined, or terminated for the same action committed by a female who was terminated for the same actions we committed.
8. Additionally, Kevin Cooper was hired with no experience, over a female staffer already skilled and performing the role he ultimately filled. The female staffer filed an EEOC complaint and was given a right to sue.
9. I was given preferential treatment to discuss complaints; however, women were not able to describe their side of complaints. Likewise, Ms. Swinton was not given the same opportunity to tell her side of her story.
10. When I was a board member, I observed how the college handled complaints by a female complainant.
11. Ms. Swinton called me in April 2018 and again in June 2018 to discuss unfair treatment of handling a complaint of harassment and terroristic threatening that she had received at Philander Smith College. I advised her to talk to Dr. Roderick Smothers, Dr. Zollie Stevenson, and Ronnie Miller-Yow, Chaplain at Philander Smith College.
12. Philander Smith College is known to fabricate stories about women. PSC presented a fabrication in a position statement to the EEOC. I documented the fabrication and shared my sources with Kutak Rock, LLP.
13. I have also observed the college fabricating a story about use of financials and fabricating a story about a female complainant.



EXHIBIT 41

14. Philander Smith College under the direction of President Roderick Smothers does not treat female complainants the same as males.

Further, Affiant sayeth not.

_____
C.J. Duvall, Jr.

**NOTARY**

STATE OF Arkansas
COUNTY OF Pulaski

Affiant, CJ Duvall, being first duly sworn under oath, presents that he has read and subscribed to the above Affidavit and states that the information therein was provided by him and is true and correct.

SUBSCRIBED AND SWORN to before me this 16th day of May, 2020.

My Commission expires: 3-1-2027

_____
Notary Public

```
NESHAJA NICHOLS
Notary Public-Arkansas
Pulaski County
My Commission Expires 03-01-2027
Commission # 12700133
```