STATE OF _Arkansas_
COUNTY OF _Pulaski_

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS

PATRICIA WALKER-SWINTON                                              PLAINTIFF

V.                                      CASE NO. 4:18-CV-886 (KGB)

PHILANDER SMITH COLLEGE; AND
DR. RODERICK SMOTHERS, SR., PRESIDENT,
I        INDIVIDUAL AND OFFICIAL CAPACITY;
AND DR. ZOLLIE STEVENSON, JR., VICE-PRESIDENT,
ACADEMIC AFFAIRS, IN HIS INDIVIDUAL AND
OFFICIAL CAPACITY                                                DEFENDANTS

### AFFIDAVIT OF PL

1. My name is PL.
2. I am at all times competent to make this affidavit.
3. I was a member of the cheer team under the direction of Coach Swinton who was the Head Coach.
4. The cheer team was a part of the bigger group called the Panther Dolls.
5. We always complained about having to practice outside at night if the male coaches such as Greenwood and Day were not there because Ms. Swinton did not have a key to get into the gym.
6. We were told by the athletic director that we did not have a budget which is why we had to purchase a lot of our own things. My Swinton bought us jackets, warmup suits, t-shirts, uniforms and other things that we needed all without a budget.

Further, affiant sayeth not.                    **NOTARY**

STATE OF _Arkansas_
COUNTY OF _Pulaski_                              PL, Affiant

    Affiant, PL being first duly sworn under oath, presents that he has read and subscribed to the above Affidavit and states that the information therein was provided by him and is true and correct.

SUBSCRIBED AND SWORN to before me this _10th_ day of _March_ 2020.

_Neshaja Nichols_
Notary Public

My commission expires: _3-1-2027_

NESHAJA NICHOLS
Notary Public-Arkansas
Pulaski County
My Commission Expires 03-01-2027
Commission # 12700133

EXHIBIT
42

STATE OF _Arkansas_
COUNTY OF _Pulaski_

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS

PATRICIA WALKER-SWINTON                                           PLAINTIFF

V.                          CASE NO. 4:18-CV-886 (KGB)

PHILANDER SMITH COLLEGE; AND
DR. RODERICK SMOTHERS, SR., PRESIDENT,
I       INDIVIDUAL AND OFFICIAL CAPACITY;
AND DR. ZOLLIE STEVENSON, JR., VICE-PRESIDENT,
ACADEMIC AFFAIRS, IN HIS INDIVIDUAL AND
OFFICIAL CAPACITY                                                DEFENDANTS

### AFFIDAVIT OF KR

1. My name is KR.
2. I am at all times competent to make this affidavit.
3. I was a member of the cheer and dance teams, known as the Panther Dolls, with Coach Swinton as the head coach.
4. For many years, Coach Swinton would fight for us to get a budget and get inside the gym.
5. I have seen her cry so many times about not being treated fairly. She would feed the team after games because Terry Wallace wanted us at the games that started at 5:00pm which was during dinner time. She did not want us to be hungry after games, so she would feed us herself. However, the male coaches had budgets to feed their teams after games.
6. We were told by the athletic director that we did not have a budget which is why we had to purchase a lot of our own things. My Swinton bought us jackets, warmup suits, t-shirts, uniforms and other things that we needed all without a budget.

Further, affiant sayeth not.

KR, Affiant

### NOTARY

STATE OF _Arkansas_
COUNTY OF _Pulaski_

Affiant, KR being first duly sworn under oath, presents that he has read and subscribed to the above Affidavit and states that the information therein was provided by him and is true and correct.

SUBSCRIBED AND SWORN to before me this _2nd_ day of _Feb._, 2020.

_Neshaja Nichols_
Notary Public

My commission expires: _3-1-2027_

NESHAJA NICHOLS
Notary Public-Arkansas
Pulaski County
My Commission Expires 03-01-2027
Commission # 12700133