STATE OF _Arkansas_
COUNTY OF _Pulaski_

# IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF ARKANSAS

PATRICIA WALKER-SWINTON                                              PLAINTIFF

V.                  CASE NO. 4:18-CV-886 (KGB)

PHILANDER SMITH COLLEGE; AND
DR. RODERICK SMOTHERS, SR., PRESIDENT,
IN HIS INDIVIDUAL AND OFFICIAL CAPACITY;
AND DR. ZOLLIE STEVENSON, JR., VICE-PRESIDENT,
ACADEMIC AFFAIRS, IN HIS INDIVIDUAL AND
OFFICIAL CAPACITY                                                   DEFENDANTS

## AFFIDAVIT OF KA

1. I am KA.

2. I am at all times competent and of sound mind when making this sworn statement.

3. On April 9, 2018, I was a student in the Composition I class that was taught by Ms. Swinton at Philander Smith College when JM verbally attacked Ms. Swinton and threatened to hurt her physically. Whatever his girlfriend TG told him when she left the class that day set him off into a rage. However Ms Swinton did not say anything to the class that would cause JM or anyone to get upset so it is my belief that his girlfriend TG lied to him and had him to come back into the class in the manner that he did. JM called Ms. Swinton a "bitch" and told her he was going to "beat" her "ass."

4. On April 9, 2018, JM, and his girlfriend TG were disrespectful to Ms. Swinton. We were all aware that we could not have a cellular phone out during testing.

5. Ms. Swinton never called JM a retard or any other name.

6. JM took his cellular phone out during a class quiz. Ms. Swinton asked JM at least two different times to put his cell phone away, but JM did not comply.

7. After the classroom incident before the security officer Gaines came back, I witnessed JM and TG outside the library plotting on what they were going to say about Ms. Swinton to keep from getting into trouble. Other students and I had warned them that they had messed up big time, but they didn't seem too bothered.

8. I found it to be very disrespectful how they had been treating Ms. Swinton because she was our teacher and a mother; plus I am a nontraditional student with kids of my own, and could not believe how JM and TG had been acting all semester.



EXHIBIT 48

STATE OF **Arkansas**
COUNTY OF **Pulaski**

## IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF ARKANSAS

PATRICIA WALKER-SWINTON                         PLAINTIFF

V.                    CASE NO. 4:18-CV-886 (KGB)

PHILANDER SMITH COLLEGE; AND
DR. RODERICK SMOTHERS, SR., PRESIDENT,
IN HIS INDIVIDUAL AND OFFICIAL CAPACITY;
AND DR. ZOLLIE STEVENSON, JR., VICE-PRESIDENT,
ACADEMIC AFFAIRS, IN HIS INDIVIDUAL AND
OFFICIAL CAPACITY                                       DEFENDANTS

### AFFIDAVIT OF DM

1. I am DM.

2. I am at all times competent and of sound mind when making this sworn statement.

3. On April 9, 2018, I was a student at Philander Smith College.

4 I was in the library at the time and heard Jaylyn cursing and threatening Ms. Swinton.

5. On April 9, 2018, I was the student on the video that separated JM from being in the face of Ms. Swinton.

6. I entered the classroom where JM was standing in Ms. Swinton's face, threatening her and calling her names.

7. I stood in front of Ms. Swinton and told JM that I wasn't going to let him hit Ms. Swinton

8. I wrote a witness statement.

9. Dr Stevenson, Dr. Doman, nor anyone else ever contacted for my statement.

10. Dr. Stevenson did not tell me to attend the administrative hearing that he held for me to testify about the April 9, 2018, classroom incident, yet I had first-hand knowledge about the incident.

11. I was not called to testify at a hearing against JM, yet I had first hand knowledge about it.

12. I was not told to testify at any administrative hearing about the classroom incident.

13. I was not involved in any investigation about the April 9, 2018, classroom incident where Jaylyn Morris attacked Ms. Swinton.

14. Proper Procedures were not followed to investigate witnesses about the April 9, 2018, classroom incident.

15. As the first responder to the April 9, 2018, classroom incident, I should have been involved in the investigation of the incident.

16. There was no investigation conducted concerning the April 9, 2018, classroom incident,

17. None of the student witnesses in the classroom on April 9, 2018, were questioned by the security officers, Chief Williams, Dr. Smothers, Dr, Stevenson, or Dr. Doman about the classroom incident.

18. JM was wrong for cursing out and threatening our classroom instructor Ms. Swinton.

Further, affiant sayeth not.



DM, Affiant

## NOTARY

STATE OF ArKansas
COUNTY OF Pulaski

Affiant, DM, being first duly sworn under oath, presents that he has read and subscribed to the above Affidavit and states that the information therein was provided by him and is true and correct.

SUBSCRIBED AND SWORN to before me this 21st day of May, 2020.

Neshaji Nichols
Notary Public

My commission expires: 3-1-2027

NESHAJA NICHOLS
Notary Public-Arkansas
Pulaski County
My Commission Expires 03-01-2027
Commission # 12700133

STATE OF Arkansas
COUNTY OF Pulaski

## IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF ARKANSAS

PATRICIA WALKER-SWINTON                                                                 PLAINTIFF

V.                          CASE NO. 4:18-CV-886 (KGB)

PHILANDER SMITH COLLEGE; AND
DR. RODERICK SMOTHERS, SR., PRESIDENT,
IN HIS INDIVIDUAL AND OFFICIAL CAPACITY;
AND DR. ZOLLIE STEVENSON, JR., VICE-PRESIDENT,
ACADEMIC AFFAIRS, IN HIS INDIVIDUAL AND
OFFICIAL CAPACITY                                                                       DEFENDANTS

### AFFIDAVIT OF LM

1. I am LM.

2. I am at all times competent and of sound mind when making this sworn statement.

3. On April 9, 2018, I was a student in the Composition I class that was taught by Ms. Swinton at Philander Smith College when JM threatened to physically hurt Ms. Swinton.

4. On April 9, 2018, JM, and his girlfriend TG were disrespectful to Ms. Swinton, but they were always disrespectful to Ms. Swinton. They always rudely interrupted her while she was teaching the class, and they were always talking to each other loudly in class. They would get upset when Ms Swinton would tell them to stop talking. They were always distracting the class environment.

5. Ms. Swinton NEVER called anyone in our class a name; in fact, she came off as motherly because of the way she would encourage us to finish our work and come to class-- many students slept in during the morning classes, so Ms. Swinton would call us at the start of class to tell us to come to class so that we wouldn't get behind on our work.

6. I was one of those students who did not follow directions as well, so Ms. Swinton gave the entire class a lecture on following directions.

7. No administrator ever contacted me to attend an administrative hearing held against Ms. Swinton nor against JM.

8. I had first-hand knowledge about the April 9, 2018, classroom incident where JM attacked Ms. Swinton threatening to do bodily harm towards her.

9. I was never questioned by the security officers, Chief Williams, Dr. Smothers, Dr, Stevenson, nor Dr. Doman about the April 9, 2018 classroom incident when JM cursed and threatened Ms. Swinton.

Further, affiant sayeth not.

*LM*
LM, Affiant

**NOTARY**

STATE OF Arkansas
COUNTY OF Pulaski

Affiant, LM, being first duly sworn under oath, presents that she has read and subscribed to the above Affidavit and states that the information therein was provided by him and is true and correct.

SUBSCRIBED AND SWORN to before me this 22nd day of January, 2020.

*Neshaja Nichols*
Notary Public

My commission expires: 3-1-2027

NESHAJA NICHOLS
Notary Public-Arkansas
Pulaski County
My Commission Expires 03-01-2027
Commission # 12700133

STATE OF Arkansas
COUNTY OF Pulaski

## IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF ARKANSAS

PATRICIA WALKER-SWINTON             PLAINTIFF

V.          CASE NO. 4:18-CV-886 (KGB)

PHILANDER SMITH COLLEGE; AND
DR. RODERICK SMOTHERS, SR., PRESIDENT,
IN HIS INDIVIDUAL AND OFFICIAL CAPACITY;
AND DR. ZOLLIE STEVENSON, JR., VICE-PRESIDENT,
ACADEMIC AFFAIRS, IN HIS INDIVIDUAL AND
OFFICIAL CAPACITY             DEFENDANTS

## AFFIDAVIT OF EG

1. I am EG.

2. I am at all times competent and of sound mind when making this sworn statement.

3. On April 9, 2018, I was a student in the Composition I class that was taught by Ms. Swinton at Philander Smith College when JM threatened approached Ms. Swinton like she was one of us.

4. JM called Ms Swinton names and threatened to beat her and slap her all because she took his quiz away after he kept getting on his phone during the quiz.

5. After class, I told JM and TG that they were going to get in trouble. They said they were not because they knew the president and he would believe them over her. They said they did not like Ms Swinton and was going to make sure she got fired.

6. No one from the school contacted me to attend any administrative hearing regarding the incident, yet I had first hand knowledge about it because I was there.

7. I noticed Ms. Swinton crying a few times during class several days after the incident.

8. Ms. Swinton didn't seem the same after that incident because she always had watery eyes when she would be in class the remaining weeks.

9. I felt sorry for Ms Swinton.

Further, affiant sayeth not.

_EG_____
EG, Affiant

**NOTARY**

**STATE OF** Arkansas
**COUNTY OF** Pulaski

Affiant, EG, being first duly sworn under oath, presents that she has read and subscribed to the above Affidavit and states that the information therein was provided by him and is true and correct.

SUBSCRIBED AND SWORN to before me this 19th day of January, 2020.

_Neshaja Nichols_____
Notary Public

My commission expires: 3-1-2027

```
NESHAJA NICHOLS
Notary Public-Arkansas
Pulaski County
My Commission Expires 03-01-2027
Commission # 12700133
```