

From: Roderick Smothers <rsmothers@philander.edu>
Date: October 3, 2016 at 9:36:46 AM CDT
To: "'Dropbox.'" <mccrimmons.paytre@philander.edu>
Cc: Patricia Walker-Swinton <pwalker-swinton@philander.edu>, DesRee McFerguson <dellison@philander.edu>, "Greenwood, Brandon" <bgreenwood@philander.edu>
Subject: Re: Panther Dolls and Guys

Dear Ms. McCrimmons:

I am writing to acknowledge your e-mail and to let you know that I remain committed to facilitating the mainstreaming of the PSC Panther Dolls into the infrastructure of Athletics.

Per your reference, I will be meeting with all responsible parties this week to discuss next steps. I am sure Mrs. Swinton will provide you with an update.

Again, thank you for your e-mial and good luck with your studies.

Roderick Smothers

Roderick L. Smothers, Ph. D.
President

Philander Smith College
900 Daisy Bates Dr.
Little Rock, AR 72202
Office: (501) 370-5275
Fax: (501) 370-5277
www.philander.edu

---

From: "'Dropbox.'" <mccrimmons.paytre@philander.edu>
Date: Monday, October 3, 2016 at 8:15 AM
To: Roderick Smothers <rsmothers@philander.edu>
Cc: Patricia Walker-Swinton <pwalker-swinton@philander.edu>, DesRee McFerguson <dellison@philander.edu>
Subject: Panther Dolls and Guys

Hello, Dr. Smothers!

I hope this email finds you well and in good spirits! My name is Paytre (pay-tree) McCrimmons. I am 22 years old. I am from Springfield, MO. I am a sophomore majoring in Business Administration. I am also a cheerleader on the Panther Dolls and Guys Cheer and Dance Team. I was writing this email to you in regards to the Panther Dolls and Guys Cheer and Dance Team.



EXHIBIT 49

As you may or may not have known, I have been a part of the Panther Dolls when it first got its start in 2012. I joined the Spring semester of 2013. However, due to me having a baby, I was unable to continue. I am back on the team and I am elated to see what this season has in store for us. However, there are some concerns regarding the treatment of the Panther Dolls by the athletic department.

Every year since the Panther Dolls was created, Coach Swinton has used money out of her own pocket to sponsor the things that we do. She pays for us to eat, our retreats, events, uniforms, props, etc. It has come to my attention that we don't even have a budget. The Panther Dolls are just as much part of the athletic department as the women's volleyball team, the men's basketball team, and the women's basketball team. We don't even have a solid track team established, but yet they have a budget. We are a solid team with three teams inside of the team: Cheer, Panther Dolls Reloaded (stands), and Show Team. We have consistent practices three days out of the week, solid routines, and two coaches who want us to excel and push us to do our best. We are dedicated and committed to the program, but because we don't have a budget it's hard for us to do anything including getting brand new uniforms. A lot of us who are on the team don't have the finances to continue to pay things out of our pockets, and I can only imagine how it is draining the coaches pockets as well. We want to be treated equally and fairly when it comes to the finances in the athletic department.

Another concern is the days we have practice, we can never get in the gym. All the athletic teams' coach(es) have a key to have access to the gym. However, neither of our coaches do. Sometimes we have to practice outside until security unlocks the door. Yesterday, October 2nd, 2016 we were supposed to have practice from 4-5:50. Coach Swinton had to go back and forth to persuade someone to open the door until she decided to cancel practice. Every time the basketball teams or the volleyball team has to practice, they get the door opened whenever they like and they aren't forced to practice outside. I believe, that both of our coaches should have keys so that we can practice during our scheduled times without the hassle of wondering how we're going to get in the gym.

There are a lot of unfair practices that are going on with the athletic department towards the Panther Dolls and Guys. Personally, it's disheartening to see a school that I love dearly treat the team and something that I love to do unfairly. Like I stated before, we are just as much a part of the athletic department as everyone else. We should be treated as such. We hold events, we pep the crowd up to get our student body involved during the games. We march in the homecoming parade and even students come just to see the Panther Dolls and Guys cheer and perform. Coach Swinton and Coach Ellison keep me on my toes to stay a Philander Woman and push me to stay on top of my academics. I cannot recall a time where they weren't there for me. It was heartbreaking to see Coach Swinton almost in tears due to the frustration of all of this. I can definitely understand where she's coming from. The members of the team are a family and we will fight to keep this team going. We refuse to let the unfair treatment stop us from doing what we all love do which is dancing and cheering.

I understand that you have a lot on your plate and I'm grateful that there's a meeting in place with Coach Greenwood, Coach Swinton, and yourself, to discuss such matters. If you can, please take into account our concerns and our questions. We want to be a team and we want to show our pride. However, it's hard to do that when you have no budget and unfair practices in the athletic department.

--
Thanks and many blessings,

Paytre McCrimmons
mccrimmons.paytre@philander.edu
(417)693-8368

*Philander Smith College*

*900 W. Daisy Bates Drive*