STATE OF _ARKansas_
COUNTY OF _Pulaski_

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS

PATRICIA WALKER-SWINTON      PLAINTIFF

V.      CASE NO. 4:18-CV-886 (KGB)

PHILANDER SMITH COLLEGE; AND
DR. RODERICK SMOTHERS, SR., PRESIDENT,
I   INDIVIDUAL AND OFFICIAL CAPACITY;
AND DR. ZOLLIE STEVENSON, JR., VICE-PRESIDENT,
ACADEMIC AFFAIRS, IN HIS INDIVIDUAL AND
OFFICIAL CAPACITY      DEFENDANTS

## AFFIDAVIT OF ANGELIA ALEXANDER

1. I am Angelia Alexander.
2. I am at all times competent to make this affidavit.
3. I am an alumna of Philander Smith College.
4. Ms. Swinton started at Philander while I was in the PSMI program. I noticed that she was always working late tutoring students after hours.
5. After she became Head Coach in fall 2012, the campus family started having more spirit. The girls looked
6. I also saw an increase in attendance at the games, especially homecoming.
7. I was actually excited to attend the games.

Further, affiant sayeth not.

_Angelia Alexander_
Angelia Alexander, Affiant

NOTARY

STATE OF _ARKansas_
COUNTY OF _Pulaski_

    Affiant, Angelia Alexander being first duly sworn under oath, presents that he has read and subscribed to the above Affidavit and states that the information therein was provided by him and is true and correct.
SUBSCRIBED AND SWORN to before me this _2nd_ day of _February_ 2020.

_Neshaja Nichols_
Notary Public

My commission expires: _3-1-2027_

NESHAJA NICHOLS
Notary Public-Arkansas
Pulaski County
My Commission Expires 03-01-2027
Commission # 12700133

EXHIBIT 53