Dakota Doman Statement on April 9th incident:

On Monday, April 9th at approximately 9:30AM I received a call from Security Officer Curtis Gaines informing me that an altercation had occurred in the library. I left my office in the ML Harris and walked toward the library. Once I arrived to the library parking lot, I noticed Officer Gaines by the Guard Shack with two students, so I walked up to him instead of entering the library.

Officer Gaines encouraged the students to remain by the guard shack as he walked up to me to inform me of the details surrounding the altercation. According to Mr. Gaines, PSC students [John Doe] and [Jane Doe] was involved in a verbal confrontation with PSC Instructor, Mrs. Patricia Swinton. This verbal altercation almost turned physical when Swinton's kids ([C.S.] and [S.S.]) arrived in the library. I thanked Officer Gaines for his intervention and prompt reponse.

I approached [John Doe] and [Jane Doe] and asked them for the details of the incident. The students shared with me that [John Doe] walked out of Swinton's class after completing a quiz and waited outside for [Jane Doe]. When he exited the class, Swinton began to berat the class on etiquette and that it was "retarded" for someone to leave class early. [Jane Doe] interjected and took offense to Swinton's message to the class. I was informed that [John Doe] re-entered the class and had a shouting match with Swinton. [John Doe] and [Jane Doe] remained in the library for their next class. At some point, [John Doe] states that he was approached by Swinton's son, [C.S.]. To avoid a physical altercation, the two students had to be restrained by other students and staff members.

I informed [John Doe] that he was in the wrong for cursing at Swinton and that he would have to face the judicial board as a result of his actions; however, I encouraged him to return to class and then to seek out his advisor so that he may register for his Summer/Fall courses. I specifically asked him if he felt safe and he replied in the affirmative.

At approximately 11:50AM I was in the Cox Administration Building having a meeting with the AVP for Enrollment Management, Mr. Francois. During our conversation, Mr. Francois looked out his window and saw a confrontation taking place at the Campus Center. I left his office and approached the Campus Center where I was informed that a physical altercation had just occurred between PSC student [John Doe] and [redacted], and [J.W.]

I reached out to the CIS Department to obtain video footage of the incident (attached).

PSC CONFIDENTIAL BATES 000342

EXHIBIT 61