## PULASKI COUNTY SPECIAL SCHOOL DISTRICT
TEACHER'S CONTRACT

EMP: *10008606*  SCHOOL: *4Z*

STATE OF ARKANSAS                                              COUNTY OF PULASKI
                           2018 – 2019                         *P  1  B2N  04  1*

PARTIES: The Pulaski County Special School District, Party of the first part, and *PATRICIA SWINTON*, party of the second part, agrees as follows:

EMPLOYMENT: The party of the first part agrees to employ *PATRICIA SWINTON*, party of the second part, as provided herein:

SERVICE: Party of the second part agrees to perform services as follows:
(1) Primary responsibility   -   *TEMP CERT TEACHER* - *HIGH SCH CLASS*

TIME : The time period covered by this contract is 2018 – 2019 school year presently scheduled to be: *175* days; provided however, that should the Commissioner determine that it is necessary because of lack of available revenue and in the interest of sound fiscal policy to reduce certified personnel, the time period covered by this contract shall be the actual number of days worked with compensation at the rate of  *$209.51*  per day.

COMPENSATION FOR SERVICES: Annual compensation rate under this contract is *$36,663.42*  to be paid in *24* installments.

DISTRICT POLICIES: District policies for which party of second part will be held accountable and subject to under terms of this contract will be made available in the library or other accessible places at each school. This contract is subject to the provisions of the Arkansas Teacher Excellence and Support System (Act 1209 of 2011).

CERTIFICATION: The party of the second part certifies that he or she holds a current and valid teaching certificate from the Arkansas Department of Education and is not under a teaching contract with another school district except for part-time services shared by more than one school district. Absent appropriate, valid certification this contract is null and void.

REFUND OF UNEARNED SALARY: The employee agrees to refund to the school district any salary received for which no teaching services were rendered. The employee further agrees to refund to the school district any salary paid in error and not authorized by district policies.

LAST PAYMENT: Party of the second part agrees that the last salary payment shall not be made until all reports required by the employer have been satisfactorily made and all duties have been performed as required by law and regulations.

OTHER CONDITIONS: 1. The Superintendent may transfer and assign party of the second part to a similar position in another location within the district. 2. This contract must be signed and returned to the Human Resources Department within thirty (30) days from the contract date.

Given on Sep 12, 2018
Party of the second part                         Party of the first part

                                                 Dr. Linda Remele            Alice Hilly
..............................................  President                   Secretary
*1 ROBYN LANE*
*LITTLE ROCK AR 72223*

EXHIBIT 64