# ARKANSAS HEART H♥SPITAL®

## Discharge Instructions

Please share a copy of these discharge instructions with any of your healthcare providers

| | | | |
|---|---|---|---|
| Pt Name: SWINTON, PATRICIA | ECD#: 862252 | DOB: 6/14/1971 | Atn Dr: Beau, Scott MD |

**7. Questions? Need Supplies? Need help during your test?**
Mednet's Cardiac Monitoring Center staff is available 24 hours a day, 7 days a week to help you during your test. Please call our toll-free number: 1-888-324-3228

## Vasovagal Syncope, Adult

Syncope, commonly known as fainting, is a temporary loss of consciousness. It occurs when the blood flow to the brain is reduced. Vasovagal syncope (also called neurocardiogenic syncope) is a fainting spell in which the blood flow to the brain is reduced because of a sudden drop in heart rate and blood pressure. Vasovagal syncope occurs when the brain and the cardiovascular system (blood vessels) do not adequately communicate and respond to each other. This is the most common cause of fainting. It often occurs in response to fear or some other type of emotional or physical stress. The body has a reaction in which the heart starts beating too slowly or the blood vessels expand, reducing blood pressure. This type of fainting spell is generally considered harmless. However, injuries can occur if a person takes a sudden fall during a fainting spell.

## CAUSES

Vasovagal syncope occurs when a person's blood pressure and heart rate decrease suddenly, usually in response to a trigger. Many things and situations can trigger an episode. Some of these include:
Pain.
Fear.
The sight of blood or medical procedures, such as blood being

EXHIBIT 66

# ARKANSAS HEART H♥SPITAL®

## Discharge Instructions

Please share a copy of these discharge instructions with any of your healthcare providers

| Pt Name: SWINTON, PATRICIA | ECD#: 862252 | DOB: 6/14/1971 | Atn Dr: Beau, Scott MD |
|---|---|---|---|

drawn from a vein.
Common activities, such as coughing, swallowing, stretching, or going to the bathroom.
Emotional stress.
Prolonged standing, especially in a warm environment.
Lack of sleep or rest.
Prolonged lack of food.
Prolonged lack of fluids.
Recent illness.
The use of certain drugs that affect blood pressure, such as cocaine, alcohol, marijuana, inhalants, and opiates.

## SYMPTOMS

Before the fainting episode, you may:
Feel dizzy or light headed.
Become pale.
Sense that you are going to faint.
Feel like the room is spinning.
Have tunnel vision, only seeing directly in front of you.
Feel sick to your stomach (*nauseous*).
See spots or slowly lose vision.
Hear ringing in your ears.
Have a headache.
Feel warm and sweaty.
Feel a sensation of pins and needles.
During the fainting spell, you will generally be unconscious for no longer than a couple minutes before waking up and returning to normal. If you get up too quickly before your body can recover, you may faint again. Some twitching or jerky movements may occur during the fainting spell.

# ARKANSAS HEART HOSPITAL®

## Discharge Instructions

Please share a copy of these discharge instructions with any of your healthcare providers

| Pt Name: | SWINTON, PATRICIA | ECD#: | 862252 | DOB: | 6/14/1971 | Atn Dr: | Beau, Scott MD |

## DIAGNOSIS

Your caregiver will ask about your symptoms, take a medical history, and perform a physical exam. Various tests may be done to rule out other causes of fainting. These may include blood tests and tests to check the heart, such as electrocardiography, echocardiography, and possibly an electrophysiology study. When other causes have been ruled out, a test may be done to check the body's response to changes in position (*tilt table test*).

## TREATMENT

Most cases of vasovagal syncope do not require treatment. Your caregiver may recommend ways to avoid fainting triggers and may provide home strategies for preventing fainting. If you must be exposed to a possible trigger, you can drink additional fluids to help reduce your chances of having an episode of vasovagal syncope. If you have warning signs of an oncoming episode, you can respond by positioning yourself favorably (lying down).

If your fainting spells continue, you may be given medicines to prevent fainting. Some medicines may help make you more resistant to repeated episodes of vasovagal syncope. Special exercises or compression stockings may be recommended. In rare cases, the surgical placement of a pacemaker is considered.

## HOME CARE INSTRUCTIONS

Learn to identify the warning signs of vasovagal syncope.
Sit or lie down at the first warning sign of a fainting spell. If sitting, put your head down between your legs. If you lie down, swing your legs up in the air to increase blood flow to the brain.
Avoid hot tubs and saunas.
Avoid prolonged standing.

# Arkansas Heart Hospital

1701 S. Shackleford
Little Rock, AR 722114335

| | |
|---|---|
| Attending Physician: SCOTT L. BEAU | Pt Name: PATRICIA SWINTON |
| Principal Diagnosis: I25.10 | Statement Number: 3223393 |
| Provider: AR Heart Hosp | Account Number: 253922-1 |
| Provider Tax ID #: 561933245 | Bill Date: 12/12/2019 |
| | Birth Date: 06/14/1971 |

## *Detail for: IP Inpatient*              *07/28/2019 — 07/31/2019*

| Date | Rev Cd | Svc Cd | Description | Qty | Amount ($) |
|---|---|---|---|---|---|
| **Charges** | | | | | |
| 07/27/2019 | 307 | 81003 | URINALYSIS MACROSCOPIC AUTOMAT | 1 | 57.75 |
| 07/27/2019 | 301 | 82550 | CPK TOTAL | 1 | 133.25 |
| 07/27/2019 | 301 | 82948 | GLUCOSE,WHOLE BLOOD-POC | 1 | 46.25 |
| 07/27/2019 | 301 | 84484 | TROPONIN-I | 1 | 277.00 |
| 07/27/2019 | 301 | 83735 | MAGNESIUM | 1 | 79.50 |
| 07/27/2019 | 301 | 83735 | MAGNESIUM | 1 | 79.50 |
| 07/27/2019 | 305 | 85610 | PROTIME | 1 | 84.50 |
| 07/27/2019 | 762 | 99219 | Observation Charge | 1 | 357.30 |
| 07/27/2019 | 301 | 80305 | URINE DRUG SCREEN | 1 | 183.50 |
| 07/27/2019 | 324 | 71045 | XR Chest 1 View Frontal | 1 | 134.00 |
| 07/27/2019 | 301 | 83880 | PRO BNP | 1 | 310.50 |
| 07/27/2019 | 301 | 83036 | HEMOGLOBIN A1C | 1 | 70.50 |
| 07/27/2019 | 306 | 81015 | UA MICRO | 1 | 98.25 |
| 07/27/2019 | 450 | 36000 | Saline Lock (No Medication or Infusion) | 1 | 35.00 |
| 07/27/2019 | 305 | 85025 | CBC W/AUTO DIFF | 1 | 120.50 |
| 07/27/2019 | 637 | | Nitroglycerin 1 In Oint | 1 | 14.70 |
| 07/27/2019 | 636 | J0360 | Hydralazine Hcl 20 Mg Inj | 1 | 73.45 |
| 07/27/2019 | 637 | | Nitroglycerin 0.4 Mg Tab Subl | 1 | 2.00 |
| 07/27/2019 | 637 | | Aspirin 325 Mg Tab | 1 | 5.00 |

Thank you for selecting our hospital for your health care needs.

Arkansas Heart Hospital
1701 S. Shackleford
Little Rock AR   722114335

ADDRESS SERVICE REQUESTED

PATRICIA SWINTON
1 ROBYN LANE
LITTLE ROCK AR   72223

**Financial Coverages**
If you provided us with your insurance information, those charges have been submitted to the following insurance plan(s). If this information is not accurate, please contact Customer Service to provide updated information immediately. Thank you.

| Priority | Plan Name | Policy # | Subscriber |
|---|---|---|---|
| 1 | Self Pay | 432632839 | PATRICIA SWINTON |

Guarantor: PATRICIA SWINTON

# Arkansas Heart Hospital

1701 S. Shackleford
Little Rock, AR 722114335

| | | |
|---|---|---|
| Attending Physician: | SCOTT L. BEAU | |
| Principal Diagnosis: | I25.10 | |
| Provider: | AR Heart Hosp | |
| Provider Tax ID #: | 561933245 | |

| | | |
|---|---|---|
| Pt Name: | PATRICIA SWINTON | |
| Statement Number: | 3223393 | |
| Account Number: | 253922-1 | |
| Bill Date: | 12/12/2019 | |
| Birth Date: | 06/14/1971 | |

## Detail for: IP Inpatient

## 07/28/2019 — 07/31/2019

(Continued)

| Date | Code | Code2 | Description | Qty | Amount |
|---|---|---|---|---|---|
| 07/27/2019 | 637 | | Acetaminophen 325 Mg Tab | 1 | 1.00 |
| 07/27/2019 | 637 | | Acetaminophen 325 Mg Tab | 2 | 2.00 |
| 07/27/2019 | 637 | | Amlodipine Besylate 5 Mg Tab | 2 | 19.20 |
| 07/27/2019 | 301 | 80048 | BASIC METABOLIC PANEL | 1 | 169.00 |
| 07/27/2019 | 301 | 82553 | CKMB | 1 | 210.50 |
| 07/27/2019 | 305 | 85025 | CBC W/AUTO DIFF | 1 | 120.50 |
| 07/27/2019 | 301 | 80048 | BASIC METABOLIC PANEL | 1 | 169.00 |
| 07/27/2019 | 637 | | Nitroglycerin 0.4 Mg Tab Subl | 1 | 2.00 |
| 07/27/2019 | 450 | 99285 | Ed Service Level 5 | 1 | 1,503.00 |
| 07/27/2019 | 730 | 93005 | Ekg - 12 Lead | 1 | 110.00 |
| 07/28/2019 | 637 | | Nitroglycerin 1 In Oint | 1 | 14.70 |
| 07/28/2019 | 637 | | Nitroglycerin 1 In Oint | 1 | 14.70 |
| 07/28/2019 | 301 | 80048 | BASIC METABOLIC PANEL | 1 | 169.00 |
| 07/28/2019 | 301 | 82553 | CKMB | 1 | 210.50 |
| 07/28/2019 | 301 | 82553 | CKMB | 1 | 210.50 |
| 07/28/2019 | 637 | | Acetaminophen 325 Mg Tab | 2 | 2.00 |
| 07/28/2019 | 637 | | Aspirin Ec 81 Mg Tab Dr | 1 | 5.00 |
| 07/28/2019 | 637 | | Acetaminophen 325 Mg Tab | 2 | 2.00 |
| 07/28/2019 | 637 | | Nitroglycerin 1 In Oint | 1 | 14.70 |
| 07/28/2019 | 637 | | Cephalexin 500 Mg Caps | 1 | 8.10 |
| 07/28/2019 | 206 | | Acuity Level 3 | 1 | 1,085.00 |
| 07/28/2019 | 301 | 82550 | CPK TOTAL | 1 | 133.25 |
| 07/28/2019 | 306 | 87077 | ORGANISM ID | 1 | 127.50 |
| 07/28/2019 | 636 | J2270 | Morphine 4mg / 1 ml injection | 1 | 13.25 |
| 07/28/2019 | 306 | 87186 | GRAM NEGATIVE SENSITIVITY | 1 | 24.25 |
| 07/28/2019 | 301 | 84484 | TROPONIN-I | 1 | 277.00 |
| 07/28/2019 | 305 | 85025 | CBC W/AUTO DIFF | 1 | 120.50 |
| 07/28/2019 | 301 | 84484 | TROPONIN-I | 1 | 277.00 |
| 07/28/2019 | 301 | 82550 | CPK TOTAL | 1 | 133.25 |
| 07/28/2019 | 306 | 87086 | URINE CULTURE | 1 | 104.00 |
| 07/29/2019 | 305 | 85610 | PROTIME | 1 | 84.50 |
| 07/29/2019 | 636 | Q9966 | Xx Contrast Visapaque Per Ml | 100 | 125.00 |
| 07/29/2019 | 272 | C1894 | Sheath 5F Slender Glidesheath | 1 | 125.00 |
| 07/29/2019 | 206 | | Acuity Level 3 | 1 | 1,085.00 |
| 07/29/2019 | 636 | J3010 | Fentanyl Citrate 100 Mcg Inj | 1 | 10.25 |
| 07/29/2019 | 481 | 93458 | Lhc Lv/Coronary | 1 | 4,082.00 |
| 07/29/2019 | 483 | 93306 | US Echocardiogram Complete | 1 | 742.00 |
| 07/29/2019 | 636 | J1644 | Heparin Sodium 10,000 Units / 10 Ml Inj | 1 | 25.30 |
| 07/29/2019 | 250 | | N/B Ult Probiotic-10 | 2 | 10.00 |
| 07/29/2019 | 301 | 80061 | LIPID PANEL | 1 | 183.50 |
| 07/29/2019 | 301 | 84145 | PROCALCITONIN | 1 | 128.03 |
| 07/29/2019 | 250 | | Fosfomycin 3g sachet | 1 | 348.00 |

# Arkansas Heart Hospital

1701 S. Shackleford
Little Rock, AR 722114335

| | |
|---|---|
| Attending Physician: SCOTT L. BEAU | Pt Name: PATRICIA SWINTON |
| Principal Diagnosis: I25.10 | Statement Number: 3223393 |
| Provider: AR Heart Hosp | Account Number: 253922-1 |
| Provider Tax ID #: 561933245 | Bill Date: 12/12/2019 |
| | Birth Date: 06/14/1971 |

## *Detail for: IP Inpatient*  *07/28/2019 — 07/31/2019*

(Continued)

| Date | Code | Code2 | Description | Qty | Amount |
|---|---|---|---|---|---|
| 07/29/2019 | 301 | 84703 | PREGNANCY TEST, SERUM | 1 | 153.50 |
| 07/29/2019 | 272 | C1760 | Tr Band Regular | 1 | 75.00 |
| 07/29/2019 | 272 | C1887 | Cath 5Fr Tiger 4 110Cm | 1 | 50.00 |
| 07/29/2019 | 272 | C1894 | 6f Slender Glidesheath | 1 | 125.00 |
| 07/29/2019 | 272 | C1769 | J-Tip Wire 1.5 260cm | 1 | 275.00 |
| 07/29/2019 | 301 | 80076 | HEPATIC FUNCTION PANEL | 1 | 231.00 |
| 07/29/2019 | 637 | | Amlodipine Besylate 5 Mg Tab | 1 | 9.60 |
| 07/29/2019 | 637 | | Cephalexin 500 Mg Caps | 1 | 8.10 |
| 07/29/2019 | 636 | J1644 | Heparin Sodium-Sodium Chloride 1000 Units Inj | 2 | 44.50 |
| 07/29/2019 | 637 | | Nitroglycerin 1 In Oint | 1 | 14.70 |
| 07/29/2019 | 637 | | Acetaminophen 325 Mg Tab | 2 | 2.00 |
| 07/29/2019 | 637 | | Aspirin Ec 81 Mg Tab Dr | 1 | 5.00 |
| 07/29/2019 | 637 | | Cephalexin 500 Mg Caps | 1 | 8.10 |
| 07/29/2019 | 637 | | Acetaminophen 325 Mg Tab | 2 | 2.00 |
| 07/29/2019 | 636 | J2250 | Midazolam Hcl 2 Mg Inj | 1 | 8.05 |
| 07/29/2019 | 351 | 70450 | CT Head Or Brain WO Contrast | 1 | 755.00 |
| 07/29/2019 | 636 | Q9967 | Contrast Omnipaque 350/500Ml | 25 | 6.25 |
| 07/29/2019 | 301 | 80048 | BASIC METABOLIC PANEL | 1 | 169.00 |
| 07/29/2019 | 352 | 71275 | CT Angio Of Chest (Non Coronary) | 1 | 755.00 |
| 07/29/2019 | 250 | | Nicardipine Hcl 2.5 Mg Inj | 1 | 14.20 |
| 07/29/2019 | 636 | J2250 | Midazolam Hcl 2 Mg Inj | 1 | 8.05 |
| 07/29/2019 | 250 | | Verapamil Hcl 5 Mg Inj | 1 | 181.45 |
| 07/29/2019 | 250 | | Nitroglycerin 1 Mg Inj | 1 | 5.00 |
| 07/30/2019 | 637 | | Amlodipine Besylate 5 Mg Tab | 1 | 9.60 |
| 07/30/2019 | 637 | | Nitroglycerin 0.4 Mg Tab Subl | 1 | 2.00 |
| 07/30/2019 | 637 | | Nitroglycerin 0.4 Mg Tab Subl | 1 | 2.00 |
| 07/30/2019 | 637 | | Cephalexin 500 Mg Caps | 1 | 8.10 |
| 07/30/2019 | 637 | | Aspirin Ec 81 Mg Tab Dr | 1 | 5.00 |
| 07/30/2019 | 637 | | Acetaminophen 325 Mg Tab | 2 | 2.00 |
| 07/30/2019 | 637 | | Cephalexin 500 Mg Caps | 1 | 8.10 |
| 07/30/2019 | 301 | 80048 | BASIC METABOLIC PANEL | 1 | 169.00 |
| 07/30/2019 | 206 | | Acuity Level 3 | 1 | 1,085.00 |
| 07/30/2019 | 250 | | N/B Ult Probiotic-10 | 2 | 10.00 |
| 07/30/2019 | 636 | J0461 | Atropine Sulfate 1 Mg Syr | 1 | 55.10 |
| 07/30/2019 | 305 | 85025 | CBC W/AUTO DIFF | 1 | 120.50 |
| 07/30/2019 | 481 | 93660 | Tilt Table Evaluation | 1 | 754.00 |
| 07/30/2019 | 306 | 87086 | URINE CULTURE | 1 | 104.00 |
| 07/30/2019 | 307 | 81003 | URINALYSIS MACROSCOPIC AUTOMAT | 1 | 57.75 |
| 07/31/2019 | 305 | 85025 | CBC W/AUTO DIFF | 1 | 120.50 |
| 07/31/2019 | 305 | 85730 | PARTIAL THROMBOPLASTIN TIME | 1 | 95.25 |
| 07/31/2019 | 250 | | N/B Ult Probiotic-10 | 2 | 10.00 |

# Arkansas Heart Hospital

1701 S. Shackleford
Little Rock, AR 722114335

| | |
|---|---|
| Attending Physician: | SCOTT L. BEAU |
| Principal Diagnosis: | I25.10 |
| Provider: | AR Heart Hosp |
| Provider Tax ID #: | 561933245 |

| | |
|---|---|
| Pt Name: | PATRICIA SWINTON |
| Statement Number: | 3223393 |
| Account Number: | 253922-1 |
| Bill Date: | 12/12/2019 |
| Birth Date: | 06/14/1971 |

## Detail for: IP Inpatient           *07/28/2019 — 07/31/2019*

(Continued)

| Date | Code | CPT | Description | Qty | Amount |
|---|---|---|---|---|---|
| 07/31/2019 | 305 | 85610 | PROTIME | 1 | 84.50 |
| 07/31/2019 | 637 | | Cephalexin 500 Mg Caps | 1 | 8.10 |
| 07/31/2019 | 637 | | Aspirin Ec 81 Mg Tab Dr | 1 | 5.00 |
| 07/31/2019 | 301 | 80048 | BASIC METABOLIC PANEL | 1 | 169.00 |
| 07/31/2019 | 637 | | Amlodipine Besylate 5 Mg Tab | 1 | 9.60 |

**Payments/Adjustments**

| | | |
|---|---|---|
| 08/04/2019 | Self Pay | -5,359.18 |
| 07/31/2019 | To write off the non-covered charges dropped to guarantor from the payers | -216.10 |

**Balance**     **$14,587.75**

# Arkansas Heart Hospital

1701 S. Shackleford
Little Rock, AR 722114335

| | | |
|---|---|---|
| Attending Physician: | SCOTT L. BEAU | |
| Principal Diagnosis: | I25.10 | |
| Provider: | AR Heart Hosp | |
| Provider Tax ID #: | 561933245 | |

Pt Name: PATRICIA SWINTON
Statement Number: 3223393
Account Number: 253922-1
Bill Date: 12/12/2019
Birth Date: 06/14/1971

## Detail for: IP Inpatient

*07/28/2019 — 07/31/2019*

(Continued)