

Patricia Walker <plwalker@ualr.edu>

## Classes

3 messages

**Patricia Walker** <plwalker@ualr.edu>                    Wed, Oct 17, 2018 at 11:24 AM
To: Thomas Barrett <tgbarrett@ualr.edu>

Good Afternoon Dr Barrett:

I'm still having difficulties in my life right now, alone with adjusting to the new job. I dropped the Governance class so that I could be more focused at a later date. However, I will get the Primary Document Analysis to you as soon as possible in History & Philosophy. Thank you for understanding thus far.

Patricia


--
Patricia Walker-Swinton
Doctoral Student
Higher Education


**Thomas Barrett** <tgbarrett@ualr.edu>                    Wed, Oct 17, 2018 at 11:59 AM
To: Patricia Walker <plwalker@ualr.edu>

Hi Patricia,

Sorry you had to drop Governance but glad you are still sticking with History & Philosophy. Just get me the Primary Document Analysis paper when you can.  I have plenty of others to evaluate but don't put it off till the end of the semester or you will not have time to write your final paper. See you next Monday!

Best regards,

Greg

--
**T. Gregory Barrett, PhD | Professor of Higher Education**
UA Little Rock | College of Education & Health Professions
School of Education | 419 Dickinson Hall
Office:  412 Dickinson Hall | Email: tgbarrett@ualr.edu
Main Office: (501) 569-3267 | Fax: (501) 569-3547 | Cell: (501) 944-8916

UA LITTLE ROCK

[Quoted text hidden]

EXHIBIT
67

**Thomas Barrett** <tgbarrett@ualr.edu>                                      Sun, Oct 28, 2018 at 12:10 PM
To: Patricia Walker <plwalker@ualr.edu>

HI Patricia,

How's the work going on your primary document analysis? I don't see anything in writing about your topic for it. Please let me know how I can help you.

Best regards,

Greg

--

**T. Gregory Barrett, PhD | Professor of Higher Education**
UA Little Rock | College of Education & Health Professions
School of Education | 419 Dickinson Hall
Office:  412 Dickinson Hall | Email: tgbarrett@ualr.edu
Main Office: (501) 569-3267 | Fax: (501) 569-3547 | Cell: (501) 944-8916



On Wed, Oct 17, 2018 at 11:24 AM Patricia Walker <plwalker@ualr.edu> wrote:
[Quoted text hidden]


[Quoted text hidden]

UA Little Rock Mail - URGENT: Deadline is Today by 5:00 p.m. for Withdrawing from Classes          7/28/20, 8:40 AM



Patricia Walker <plwalker@ualr.edu>

## URGENT: Deadline is Today by 5:00 p.m. for Withdrawing from Classes
2 messages

**Thomas Barrett** <tgbarrett@ualr.edu>                              Fri, Nov 30, 2018 at 7:56 AM
To: Patricia Walker <plwalker@ualr.edu>

Hi Patricia,

I realized after I had sent you this message that I didn't have urgent in the subject heading so I thought I had better resend it.

You have waited until the eleventh hour to withdraw so you will need to withdraw from all classes. ***Today, Friday, November 30 by 5:00 p.m. is the deadline for withdrawing.***

You will not be eliminated from the program for taking the spring off but you will need to reapply. It is a mere formality and the University doesn't charge you a second application fee.

I think you have made a good decision.  Sometimes there are instances where we have to take new jobs that require more time and energy than we think they should but jobs are good things that allow us to be self-sufficient and to help support our families.  Get your feet back on the ground and we'll see you next fall!

Best regards,

--
**T. Gregory Barrett, PhD | Professor of Higher Education**
UA Little Rock | College of Education & Health Professions
School of Education | 419 Dickinson Hall
Office:  412 Dickinson Hall | Email: tgbarrett@ualr.edu
Main Office:  (501) 569-3267 | Fax:  (501) 569-3547 | Cell:  (501) 944-8916

UA LITTLE ROCK

---

**Patricia Walker** <plwalker@ualr.edu>                              Fri, Nov 30, 2018 at 10:24 AM
To: Thomas Barrett <tgbarrett@ualr.edu>

Ok, thank you.
[Quoted text hidden]
--
Patricia Walker-Swinton
Doctoral Student
Higher Education



**OFFICE OF RECORDS
AND REGISTRATION**
Phone: (501) 569-3110
Fax: (501) 569-8168
Email: records@ualr.edu
2801 South University Avenue
Little Rock, AR 72204

# Drop/Withdrawal Form

Date: **11/30/2018**

Student ID: **T00167644**

Semester: ☐ Spring  ☐ Summer  ■ Fall

Print Name: **Patricia Walker**

Signature: *Patricia Walker*

■ Full Term (Regular Semester – 1)  ☐ Second 9-Week Term (920)
☐ First 9-Week Term (910)          ☐ Second 5-Week Term (520)
☐ First 7-Week Term (710)          ☐ Second 7-Week Term (720)
☐ First 5-Week Term (510)          ☐ Third 5-Week Term (530)

Reason for Drop/Withdrawal: ☐ Financial  ■ Personal  ☐ Career

☐ Other (Please Explain) _____

If you are submitting this form for processing, you must read the following statement and initial the space provided:

I am submitting a request to the Office of Records and Registration to drop/withdraw me from course(s) in the given semester. I understand that if I am currently receiving financial aid or scholarship funding, it is my responsibility to consult with the UA Little Rock Office of Financial Aid to determine how dropping or withdrawing from course(s) will affect my eligibility for future funding.
Initial here: __PW__

Are you currently a(n): ☐ Athlete  ☐ International Student
If so, please contact the appropriate official for a signature.

| CRN | Subject Code | Course Number | Section Number | Credit Hours | Course Title |
|-----|-----|-----|-----|-----|-----|
| 64026 | HIED | 8301 | 01 | 3 | History/Philosophy of Higher Education |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

| Office Use Only: | Operator:_____ | FA Officer:_____ |
|---|---|---|
| | Date:_____ | Other:_____ |

Revision v07.10.17