

From: Terry Wallace <twallace@philander.edu>
Date: August 7, 2015 at 7:59:34 AM CDT
To: Frank James <fjames@philander.edu>
Cc: Christopher Newton <cnewton@philander.edu>, Roderick Smothers <rsmothers@philander.edu>, "L. Sheer" <lsheer@philander.edu>, Hazel Ervin <hervin@philander.edu>, Alvin Anglin <ubalvin@philander.edu>, Patricia Walker-Swinton <pwalker-swinton@philander.edu>
Subject: RE: START

Dr. James,
For the record, when the recommendation for hire came to me, I sent it back to Dr. Ervin with a note dictating as far as I knew the position was not budgeted for. I spoke with Mr. Anglin yesterday and no one has sent him a revised budget to include a 3rd faculty nor has anyone formally requested a change to the budget. With all of this, the matter can be quickly resolved by following the process.
1. Formally request a change in the budget by sending Mr. Anglin a request
2. Mr. Anglin approves the request (provided he has funds to do so).
3. The recommendation for hire be properly filled out with a line for Mr. Anglin to sign.
4. Signatures on the recommendation for hire be completed
5. I will request Mr. Newton to issue a manual paycheck in order for Ms. Swinton to be paid.

We often (campus wide) do not fill out the hire form until after the class has begun or in some cases after the class has completed (PSMI/Adjuncts/ this case/etc..). We have to do a better job in controlling this process.

Please let me know how I can assist in the process.


Terry


Terry C. Wallace | VP for Fiscal Affairs/CFO



EXHIBIT 70

900 Daisy Bates Drive  Little Rock AR 72202
501.370.5224 office | 501.804.0037 cell
twallace@philander.edu

---

**From:** Frank A. James [mailto:fjames@philander.edu]
**Sent:** Friday, August 07, 2015 7:06 AM
**To:** pwalker-swinton@philander.edu
**Cc:** Lois Sheer; Hazel Ervin; Roderick Smothers; Terry Wallace; Amanda Robinson
**Subject:** Re: START

Please separate the issues concerning alleged statements by Mr. Wallace and your professional obligation to submit student grades to the registrar in a timely manner. I trust that you will reconsider your stated position and submit your Comp II grades this morning. The START students are having their courses for the fall semester selected at this time. Their success in SBP courses completed will impact this process.
Kindly, think of the students welfare first.

Thanks in advance.

Sent from my iPad

On Aug 6, 2015, at 10:20 AM, pwalker-swinton@philander.edu wrote:

> Dr. Sheer & Dr. James:
>
> Let me begin this email by saying that I really enjoy the working with my students to ensure that they master the skills of writing whether this is in the late evening while providing detailed feedback to their written submissions or guidance via the various technological outlets that I have setup from them. I also enjoy the work of helping to advise students in their pursuit towards higher education in such ways as volunteering to assist with registration prior to my report date of **August 10, 2015**. However, I am becoming disenchanted with the way in which matters concerning expectations and compensation is being handled and this is hindering me from being as effective as I aspire to be.
>
> This morning I contacted HR to find out when I would receive compensation for my participation as a START faculty member, and I was informed that the date for my pay was unclear because my position was not included in the original START budget. I was also told that my pay would not be processed until the VP of fiscal affairs, Mr. Terry Wallace, receives extra documentation showing the program budget was changed from what he originally received to reflect a writing faculty member. This is very concerning as I am also aware that other faculty members have received compensation for their efforts as START faculty members. Please provide me with detailed information about when I will receive compensation for my

me with detailed information about when I will receive compensation for my efforts.

I am certain that you will understand that I will NOT submit my grades for the program until I have received information about when I will be compensated, and until I have verified with HR that all of the necessary paperwork have been received for my compensation to be processed.

Thank you.

P. Swinton