These remedial courses are generally designed to prep a student for the upcoming college course load.

Nearly 70 percent of students enrolling at a community college (http://www.usnews.com/education/community-colleges/articles/2015/02/06/frequently-asked-questions-community-college) sign up for remedial classes. So if this is you, you are not alone. This is a chance to prepare you for the upcoming challenges that will be a part of your college level load. While they may not apply towards your degree or transfer to another school, they will be very beneficial to your future as a college student. Remedial study is generally recommended for students who did not receive a sufficient score on entrance and/or placement exams. These classes will provide you with the necessary knowledge to succeed in the rest of your time as an undergraduate student.

## Course Numbers

One great way to determine if a class will be able to transfer as a part of your transcript is to look at the number associated with the course. A college level class will be accompanied with a course number of 100 or greater. Remedial course numbers are generally below 100 and start with a zero. Any course number that starts with a zero will not be able to be transferred and applied as credits towards a degree.



## The Benefits

Students can generally take remedial courses alongside college level courses. While the remedial courses will not count towards a degree, they may or may not count towards overall GPA. This is something that each student should research within their institution. Remedial courses do, however, count towards full time status. This can greatly help individuals who are using financial aid and need a full time load. Most often, schools will require six credit hours to be college level (100 level or higher), but many will allow only three in the first semester or the first year. The remaining remedial coursework will count towards full time status. However, you should always check with your institution to verify that you are in full time standing.

## Prepare for Success



While these credits will not transfer to another college and apply towards a degree, they can be very beneficial to a student who is required to take them. These courses will prep you for the upcoming challenge of college courses that fall at and above the 100 level. The preparation that students receive in their remedial courses will also be an indicator of success in the remainder of college work. While these credits won't transfer, students should take remedial work very seriously if they want to be successful in college. Often times, low scores on SATs and other

https://study.com/blog/can-i-transfer-remedial-credits-to-my-college.html


EXHIBIT 79