# Philander Smith College

## General Education Requirements

| | |
|---|---|
| English Composition (6 hours) | ENG 113 Comp I |
| | ENG 123 Comp II |
| Speech Communication (3 hours) | ENG 103 Basic Speech |
| Math (3 hours) | MTH 133 College Algebra |
| | MTH 143 College Trigonometry |
| | MTH 215 Calculus I |
| Science (4 hours) | **Choose One: 4 hours** |
| | BIO 104 General Biology w/Lab /Bio 114 w/ Lab (Majors) |
| | PHY 104 Physical Science w/Lab |
| | CHM 134 College Chemistry w/Lab |
| Computer Literacy (4 hours) | CSCI 114 Microcomputer Applications w/Lab+ |
| Fine Arts/Humanities (9) | **Choose One: 3 hours** |
| | ART 153 Art Appreciation (Preferred for Education majors) |
| | MUS 103 Music Appreciation |
| | DRA 113 Intro to Drama |
| | **Choose One: 3 hours** |
| | ENG 203 Advanced Comp |
| | ENG 263 Advanced Composition for Majors (Required for English majors) |
| | ENG 213 Masterpieces I |
| | ENG 223 Masterpieces II |
| | PHRE 223 Critical and Affective Thinking |
| | PHRE 253 Survey of World Religious Traditions |
| | **Choose One: 3 hours** |
| | PHRE 203 Ethics & Society |



EXHIBIT 81

| | |
|---|---|
| Social Sciences (6) | **Choose Two:** |
| | PSYC 103 General Psychology |
| | PSYC 253 Developmental Psychology (Required for Education majors) |
| | POLS 103 Political Science |
| | SOCG 113 Intro to Sociology |
| | ECON 123 Macroeconomics |
| | HIST 103 Arkansas History (Required for Education majors) |
| | HIST 203 History of US Institutions |
| | POLS 203 American National Government |
| | CRJU 203 Intro to Criminal Justice |
| | SOSW 203 Intro to Social Work |
| Physical Education (1 hour) | **Choose One:** |
| | PHED 111 Physical Fitness (1) |
| | PHED 121 Physical Motor Skills (1) |
| | PHED 112 Mental, Personal & Community Health (2) |
| | PHED 122 First Aid and Safety (2) (Required for Education majors) |
| | PHED 142 Beginning Bowling (2)* |
| | PHED 152 Beginning Golf (2)* |
| | PHED 202 Beginning Tennis (2)* |

**Total Hours: 36 hours**

| | |
|---|---|
| Philander Additional Required (6 hours) | ORI 113 Freshman Colloquium I/Chapel |
| | ORI 123 Freshman Colloquium II/Chapel |

**Total Hours: 42 hours**

**Note:** New requirements will provide opportunity for each student to have about 11 semester hours of open electives.

+ CSCI 113 will be changed to CSCI 114 (a 4 credit hour course with a lab)

*These PHED courses will be changed from 2 credit hours to 1 credit hour