# FALL 2017



Roderick Smothers (President) → SWINTON (Victim) ← Zollie Stevenson (VP Academic Affairs)

Chris Newton (HR Director) → SWINTON (Victim)



EXHIBIT 84