

**PROSECUTING ATTORNEY**
STATE OF ARKANSAS | SIXTH JUDICIAL DISTRICT
— LARRY JEGLEY —

June 25, 2018

Mr. Jaylyn Morris
900 W. Daisy Bates Dr.
Little Rock, AR 72202

Dear Mr. Morris:

This letter is to inform you that a complaint has been filed against you by Patricia Swinton. She alleges you threatened multiple times to beat her. **This behavior is illegal and inappropriate.**

**THIS OFFICE ADVISES YOU TO CEASE THIS BEHAVIOR AND HAVE NO FURTHER CONTACT WITH PATRICIA SWINTON. YOU ARE ADVISED NOT TO BE AROUND HER FOR ANY REASON.**

Communication includes but is not limited to: **calling, voicemails, texting, emailing, any** form of social media, letters, or any form of communication <u>**through a third party.**</u>

Please be advised that if you continue this type of conduct, this office may be under a duty to file a criminal information charging you with **Ark. Code Ann. § 5-13-301 TERRORISTIC THREATENING, 2ND DEGREE** which will result in your arrest and appearance in District Court. The offense is punishable up to a $2,500 fine and/or one year in jail.

We appreciate your cooperation.

Sincerely,

*Samantha Lambert*
Samantha Lambert
Prosecuting Attorney's Office
Sixth Judicial District
Complaints Department



EXHIBIT 88

224 South Spring Street, Little Rock, AR 72201   |   501-340-8000