Case 4:18-cv-00886-KGB   Document 144-37   Filed 08/01/20   Page 1 of 6
Case 4:18-cv-00886-KGB   Document 116-39   Filed 06/25/20   Page 1 of 6

Page 1 of 1

Philander Smith College Mail - Ms. Swinton



Weaver, Thurlon< tweaver@philander.edu>

## Ms. Swinton
1 message

Thu, May 31, 2012 at 12:09 PM

Wood, Carla < cwood@philander.edu>
To: Thurlon Weaver <tweaver@philander.edu>, Patricia Walker-Swinton <pwalker-swinton@philander.edu>
Cc: Frank James <fjames@philander.edu>, Terry Wallace <twallace@philander.edu>, Vicky Tate <vtate@philander.edu>

Good Afternoon Coach Weaver,

This note is a confirmation that "Professor Swinton" will be employed as a full-time instructor (Academic Coach with the ASC) for Fall 2012 - Spring 13 academic year. She will be required to work a total of 22 hours per week with one late evening. This should not interfere with her desired to serve as cheer coach for PSC. If you have an further questions, you may contact me at ext. 8551

Ms. Wood



THINKJUSTICE

Carla D. Wood | Retention Czar | Director of Academic Success
Philander Smith College
900 W. Daisy L. Gatson Bates Drive | Little Rock, AR 72202
(501) 370-5255 direct | (501) 515-1158 cell
Cwood@philander.edu



EXHIBIT 89



**PHILANDER SMITH COLLEGE**
**THINK JUSTICE**
OFFICE OF HUMAN RESOURCES

# Staff Recommendation for Hire

## Personal Information

Date: 5/30/12

Full Name: Walker-Swinton, Patricia

Address: 14200 Wimbledon Loop, Little Rock, AR 72210

Home Phone: (501) 676-1719   Alternate Phone: (501) 975-8553

E-mail Address(es): pwalker-swinton@philander.edu

Social Security Number or Government ID: [REDACTED]

## Job Information

Position: Cheer + Dance   Term: Part-Time ✓ Temp

Supervisor: Thurlon (Sam) Weaver   Department: Athletics

Work Location: Mim's Gym   Job Description: (Must be attached)

Start Date: 7-1-12   End Date: 3-31-13   9 mos.

Recommended Salary: $4,500   Account to pay from: Dept of Athletics 10-10526

Additional Amount: $   Account to pay from:

**PLEASE ATTACH A COPY OF THE OFFER LETTER MADE TO THE PROSPECTIVE EMPLOYEE**

## Signatures

'$4500 for 18pp = $1250⁰⁰'
/AR

Recommending Personnel: Thurlon Weaver   Date: 6-1-12   /AR

Cabinet Level (if required): T.C. Wall   Date:

Terry Wallace, Vice President for Fiscal Affairs: T.C. Wall   Date:

Approved: ✓   Denied: ☐
Dr. Walter M. Kimbrough, President: T.C. Wall   Date:

PSC BATES 000396

**OFFICE USE ONLY**

**PHILANDER**
SMITH COLLEGE
THINK JUSTICE
OFFICE OF HUMAN RESOURCES

# Staff Recommendation for Hire

## Personal Information

Date: 07-25-13    52972

Full Name: Walker-Swinton, Patricia
(Last, First, M.I.)

Address: 14200 Wimbledon Loop
(Street Address)   Apartment/Unit #
Little Rock    AR    72210
(City)    (State)   (ZIP Code)

Home Phone: 501, 676-1719   Alternate Phone: (501) 975-8553

E-mail Address(es): pwalker-swinton@philander.edu

Social Security Number or Government ID:

## Job Information

Position: Cheer & Dance Coach    Term: Full-Time ☐ Part-Time ☐ Temp ☐

Supervisor: Thurlon Weaver    Department: Athletics

Work Location: M.M.'s Gym    Job Description: (Must be attached)

Start Date: July 1, 2013    End Date: June 30, 2014

Recommended Salary: $ 4,500    Account to pay from: 16-10526-5111

Additional Amount: $    Account to pay from:

PLEASE ATTACH A COPY OF THE OFFER LETTER MADE TO THE PROSPECTIVE EMPLOYEE.

## Signatures

4500÷24 =
187.50/pp
×13
―――――
2437.50
for 7/1/13 —
1/15/14
pd on 1/31/14

Recommending Personnel: Thurlon Weaver   Date: 1-14-14

Cabinet Level (if required):   Date:

Terry Wallace, Vice President for Fiscal Affairs   Date: 1-27-14

Approved: ☐ Denied: ☐
Dr. Johnny M. Moore, President   Date:

2437.50
+187.50
―――――
(2625.00)
pd on 1/31/14
✓ AR

## OFFICE USE ONLY
PSC BATES 000492
Required Forms    Payroll    Jenzabar    CIS    VP for Academic Affairs



OFFICE OF HUMAN RESOURCES

# Staff Recommendation for Hire

## Personal Information

Date: _____

Full Name: Walker-Swinton, Patricia
(Last, First, M.I.)

Address: 14200 Wimbledon Loop
Street Address / Apartment/Unit #
LR                    AR    72210
City                  State  ZIP Code

Home Phone: (501) 676-1719   Alternate Phone: (501) 975-8553

E-mail Address(es): pwalker-swinton@philander.edu

Social Security Number or Government ID: ███████

## Job Information

Position: Cheer + Da[nce] Coach     Term: Full-Time ☐  Part-Time ☒  Temp ☐

Supervisor: Coach W[████]           Department: Athletics

Work Location: Mi[████] Gym         Job Description: (Must be attached)

Start Date: June 1, 2014            End Date: April 1, 2015

Recommended Salary: $ 4500          Account to pay from: _____

Additional Amount: $ _____   Account to pay from: _____

**PLEASE ATTACH A COPY OF THE OFFER LETTER MADE TO THE PROSPECTIVE EMPLOYEE**

## Signatures

$4500, $750 PP
Start earnings
1-30-15 PP
End 1-15-PP

| Recommending Personnel | Date |
|---|---|
| [signature] | 1-16-15 |
| Cabinet Level (if required) | Date |
| [signature] | |
| Terry Wallace, Vice President for Fiscal Affairs | Date |
| | |
| Alvin Anglin, Director of Title III | Date |
| | |
| Dr. Lloyd E. Hervey, Interim President | Date |

PSC BATES 000413

Approved: ☐   Denied: ☐

OFFICE USE ONLY



OFFICE OF HUMAN RESOURCES

# Staff Recommendation for Hire

## Personal Information

Date:

Full Name: Walker-Swinton (Last), Patricia (First), L (M.I.)

Address: 14200 Wimbledon Loop (Street Address)
LR (City), AR (State), 72210 (ZIP Code)

Home Phone: (501) 676-1719    Alternate Phone: (501) 975-8553

E-mail Address(es): pwalker-swinton@philander.edu

Social Security Number or Government ID: ▓▓▓▓▓▓

## Job Information

Position: Coach    Term: Full-Time ☐ Part-Time ☒ Temp ☐

Supervisor: Coach Thurlon Weaver    Department: Athletics

Work Location: Cheer & Dance    Job Description: (Must be attached)

Start Date: 07/01/2015    End Date: 06/30/2016

Recommended Salary: $4500    Account to pay from: 1010526 5111

Additional Amount: $    Account to pay from:

**PLEASE ATTACH A COPY OF THE OFFER LETTER MADE TO THE PROSPECTIVE EMPLOYEE.**

## Signatures

Recommending Personnel: [signature] / Thrlor Weaver    Date: 6-30-15

Dr. Hazel A. Ervin, Vice President for Academic Affairs: N/A    Date:

Terry Wallace, Vice President for Fiscal Affairs: [signature]    Date: 06/29/15

Approved: ☑  Denied: ☐
Dr. Roderick L. Smothers, President: [signature]    Date: 7/6/15

4500/24=
187.50 pp
/ak

## OFFICE USE ONLY

Required Forms    Payroll    Jenzabar    CIS    VP for Academic Affairs




Office of Human Resources · Staff Recommendation for Hire

## Personal Information

**Date:** 5/15/2017

**Full Name:** Walker-Swinton (Last)   Patricia (First)   (M.I.)

**Address:** 9206 Rutgers Drive, Little Rock, AR 72204

**Home Phone:** 501-676-1719   **E-Mail Address:** Pwalker-swinton@philnader.edu

## Job Information

**Position:** Head Panther Dolls Coach   **Term:**   Full-Time ☐ Part-Time x Temp ☐

**Supervisor:** Nathan Cochran   **Department:** Athletics

**Work Location:** Mim's Gymnasium   **Job Description:** (Must be attached)

**Start Date:** 7-1-2016   **End Date:** 6-30-2017

**Recommended Salary:** $5000   **Account to pay from:** 10 105265111

**Additional Amount:** $   **Account to pay from:**

## Signatures

| Signature | Date | Comments |
|---|---|---|
| Department Head/Dean | 5.15.2017 | |
| Division Vice President | 05/17/2017 | none |
| Director of Title III (if required) | | |
| Vice President for Fiscal Affairs | 05/18/2017 | none |
| Dr. Roderick L. Smothers, Sr., President | 6/14/2017 | None |

*Note: Applicant is not to report to work until Recommendation to Hire has been approved by the President.*

PSC BATES 000050