STATE OF _North Carolina_
COUNTY OF _Davidson_

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS

PATRICIA WALKER-SWINTON            PLAINTIFF

V.            CASE NO. 4:18-CV-886 (KGB)

PHILANDER SMITH COLLEGE; AND
DR. RODERICK SMOTHERS, SR., PRESIDENT,
IN HIS INDIVIDUAL AND OFFICIAL CAPACITY;
AND DR. ZOLLIE STEVENSON, JR., VICE-PRESIDENT,
ACADEMIC AFFAIRS, IN HIS INDIVIDUAL AND
OFFICIAL CAPACITY            DEFENDANTS

### AFFIDAVIT OF HAZEL ERVIN

1. My name is Dr. Hazel Ervin.

2. Beginning fall 2013 through fall 2016, I was Vice President for Academic Affairs at Philander Smith College.

3. I supervised Patricia Walker-Swinton ("Ms. Swinton") in her work capacity of instructor and Division Chair for all three years that I was the VP of Academic Affairs.

4. As VP of Academic Affairs, I observed Ms. Swinton as professional, honest, polite, dependable, engaging and competent, and caring about others.

5. I completed 4 annual Performance Evaluations of Ms. Swinton covering the school years of 2013-2014, 2014-2015, and 2015-2016.

6. Each of the Faculty Performance Evaluations that I completed for Ms. Swinton reflected exemplary in each section.



EXHIBIT 5

7. During my tenure of VP Academic Affairs at PSC, Ms. Swinton did not have any disciplinary complaints against her nor were there any in her file prior to my supervisory position.

8. During my tenure of VP Academic Affairs at PSC, I never received any complaints of inappropriate or unprofessional behavior by any students against Ms. Swinton.

9. Faculty evaluations were kept in the office files of the Academic Affairs Office, the Academic Success Center, and the Human Resource Office.

10. Ms. Swinton worked continuously to influence the cognitive, behavioral, and attitudinal skills of so many of the students at Philander Smith College in positive, measurable, and productive ways.

11. Ms. Swinton was a major contributor to developing the Division of General Education – prior to my arrival and after my arrival –leading to her appointment of Interim Division Chair for Gen Ed.

12. From fall 2013 - fall 2015, Ms. Swinton redesigned the English component for the Division of General Education, improving placement, accountability in student proficiency, and measurement of continuous skills proficiencies.

13. Ms. Swinton created goals, objectives, and learning outcomes for the Division of General Education and literacy courses, and she was instrumental in determining if students were meeting outcomes at the end of each semester (a Higher Learning Commission requirement).

14. Ms. Swinton contributed to the long-term vision for the Division of General Education which aided in the creation of the college's 10-year strategic plan.

15. Ms. Swinton created assessment tools for the Division of General Education that helped faculty shape their teaching material.

16. Assessment of student learning and demonstration of improvement based on assessment results of student learning outcomes is required of General Education, not the majors.

17. Ms. Swinton served on Task Force/Committees that helped to shape language for Applied and Public Health and criminal justice programs.

18. My March 9, 2015, Comprehensive Evaluation (Interim report) outlines how Patricia Walker-Swinton, as Interim Chair for the Division of General Education, helped me to collect material that demonstrated the improvements made in curriculum delivery based on the assessment results. Note: Several years earlier, the College had received from The Higher Learning Commission a Recommendation to demonstrate "evidence" of measurable and continuous improvement of student learning in general education. Because the Standard which led to the Recommendation requires detailed evidence of continuous improvement of student learning is major Standard for renewed accreditation, failure to meet this requirement (after receiving a Recommendation several years earlier), most likely would have led to the College being put on probation.

19. As a result of the work Ms. Swinton put in during her leadership as Interim Chair for the Division of General Education, in March 2015, the Higher Learning Commission continued the accreditation of Philander Smith College. Note: The Higher Learning Commission continued the accreditation of Philander Smith College for ten years, the first "ten-year" reaffirmation of accreditation in the history of the College.

20. I was in attendance at a meeting where Chris Smith cursed Ms. Swinton openly without punity or apology.

21. I was in attendance when David Lewis yelled at Ms. Swinton, pointed his finger at her, and cursed her while standing and starting at her in an intimidating fashion during a meeting set up to discuss a budget for the cheer and dance team.

Further, affiant sayeth not.

_____Hazel Ervin_____
Hazel Ervin, Affiant

**NOTARY**

STATE OF _North Carolina_
COUNTY OF _Davidson_

Affiant, Hazel Ervin, being first duly sworn under oath, presents that she has read and subscribed to the above Affidavit and states that the information therein was provided by him and is true and correct.

SUBSCRIBED AND SWORN to before me this __2__ day of ___June___, 2020.

_____Vanessa C. Gainey_____
Notary Public
Vanessa C. Gainey

My commission expires: _06/25/2024_

Vanessa C. Gainey
Notary Public
Davidson County, NC
My Commission Expires 06/25/2024