

Patricia Walker S    Try the new Google Books  >    Sign in

Books          View sample  ▼    Add to my library ▼    Write review

# Try the new Google Books

Check out the new look and enjoy easier access to your favorite features



BUY EBOOK - $95.16

Get this book in print ▼

My library

My History

Books on Google Play

# A Community of Voices on Education and the African American Experience:
## A Record of Struggles and Triumphs



Hazel Arnett Ervin, Lois Jamison Sheer

Cambridge Scholars Publishing, Feb 29, 2016 -

Education - 455 pages

0 Reviews

This book offers a history of African American education, while also serving as a companion text for teachers, students and researchers in cultural criticism, American and African American studies, postcolonialism, historiography, and psychoanalytics. Overall, it represents essential reading for scholars, critics, leaders of educational policy, and all others interested in ongoing discussions not only about the role of community, family, teachers and



EXHIBIT 7