STATE OF _Arkansas_
COUNTY OF _Pulaski_

### IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF ARKANSAS

**PATRICIA WALKER-SWINTON**  **PLAINTIFF**

V.   CASE NO. 4:18-CV-886 (KGB)

**PHILANDER SMITH COLLEGE; AND
DR. RODERICK SMOTHERS, SR., PRESIDENT,
IN HIS INDIVIDUAL AND OFFICIAL CAPACITY;
AND DR. ZOLLIE STEVENSON, JR., VICE-PRESIDENT,
ACADEMIC AFFAIRS, IN HIS INDIVIDUAL AND
OFFICIAL CAPACITY**  **DEFENDANTS**

### AFFIDAVIT OF THURLON WEAVER

1. I am Thurlon Weaver.
2. I am at all times competent and of sound mind when making this sworn statement.
3. I was the Athletic Director at Philander Smith College from fall 2011 through spring 2015.
4. I was also the head coach of the men's basketball team.
5. Patricia Walker-Swinton is a female over the age of 40 years.
6. In the spring of 2012, I asked Patricia Walker-Swinton to serve multiple positions in the athletic department, specifically:
- Director of Cheer, Dance, and Drum Line Programs
- Head Coach of the cheer team
- Head Coach of the dance team.
7. Head Coach of the Cheer and Dance teams are paid positions reflected in the athletic dept.'s budget.
8. I gave Patricia Walker-Swinton permission to create a new name for the cheer and dance teams calling them Panther Dolls.
9. I gave Patricia Walker-Swinton, along with the assistant coaches,—Jason Roberson and Justin Roberson—permission to do whatever they needed to do to brand the Panther Dolls cheer and dance teams, including the creation of an EIN number and bank account.
10. The cheer and dance teams have always been a part of athletics since I began working at PSC in 2011.
11. The Head Coach of the cheer and dance teams was required to attend all division meetings.
12. Although there was no budget set aside for the cheer and dance teams, I had to approve any uniform purchases for the cheer and dance teams that I could cover through remaining funds in the athletics budget.



EXHIBIT 34

13. Patricia Walker-Swinton had to use other funding mechanisms for the cheer and dance team—including her personal funds—to cover additional uniforms, t-shirts, jackets, pre-game or after game food, and game travel for the cheer and dance teams.
14. I had to complete a request for pay form each year for Patricia Walker-Swinton to receive pay as Head Coach of the cheer and dance teams.
15. Her pay amount was determined by Philander Smith College with approval by the president.
16. As athletic director, I wrote requisitions for pay for the coaches at Philander.
17. Patricia Walker-Swinton made numerous complaints about not being paid the amount as other head coaches for her position as Head Coach of the cheer and dance teams.
18. I know that Patricia Walker-Swinton held the title of Head Coach of the cheer and dance teams because I appointed her to that position.
19. I would always see Patricia Walker-Swinton, as Head Coach of the cheer and dance, carry out the duties of a coach such as recruit members to join the teams, hold tryouts for the teams, oversee the teams at practices and games, train the members of the team, instruct them on cheer and dance moves, and various other duties as a Head Coach.
20. When I left Philander in spring 2015, Patricia Walker-Swinton was still head coach of the Panther Dolls Cheer and Dance teams.
21. On occasion, I observed where the college failed to compensate Patricia Walker-Swinton for work performed as head coach of the Cheer and Dance teams.

Further, Affiant sayeth not.

_Thurlon Weaver_
Thurlon Weaver

**NOTARY**

STATE OF Arkansas
COUNTY OF Pulaski

Affiant, Thurlon Weaver, being first duly sworn under oath, presents that he has read and subscribed to the above Affidavit and states that the information therein was provided by him and is true and correct.

SUBSCRIBED AND SWORN to before me this 17 day of January, 2020.

My Commission expires: 3-1-2027

_Neshaja Nichols_
Notary Public

```
NESHAJA NICHOLS
Notary Public-Arkansas
Pulaski County
My Commission Expires 03-01-2027
Commission # 12700133
```