Approved by the Board of Trustees on September 9th, 2010



# PSC

# FACULTY

# HANDBOOK

# FALL 2010

# THINK JUSTICE!

EXHIBIT

37

tabbies®

Approved by the Board of Trustees on September 9th, 2010

# Philander Smith College Faculty Handbook

## TABLE OF CONTENTS

PREFACE   PHILANDER SMITH COLLEGE ................................................................. v
Affirmative Action Policy Notice of Compliance .................................... v
Dissemination ........................................................................................ vi
Responsibility ....................................................................................... vi
Record Keeping and Reporting ............................................................ vii

CHAPTER 1   HERITAGE AND MISSION OF THE COLLEGE
**1.1 History of the College** .................................................................. 1
**1.2 Mission of the College** ................................................................ 1
**1.3 Purpose and Philosophy** ......................................................... 1-3

CHAPTER 2   ADMINISTRATION AND GOVERNANCE
**2.1 Philosophy of Administration** ...................................................... 4
Board of Trustees .......................................................................... 4
President of the College.................................................................. 5
Vice President of Academic Affairs ........................................... 5-6
Associate Vice President of Academic Affairs ........................... 6-7
Vice President of Institutional Advancement ............................. 7-8
Vice President of Student Affairs ................................................. 8
Vice President of Fiscal Affairs .................................................... 8
Retention Czar .............................................................................. 8
Director of Philander Smith Management Institute ...................... 9
Director of Faculty Development .................................................. 9
**2.2 Area Chairs**.................................................................................. 9
Division Chair Persons ............................................................ 9-11
Department Chair Persons / Program Coordinators ..................... 11
**2.3 The Faculty** ............................................................................... 11
The Faculty Senate ....................................................................... 12
Areas of Responsibility ........................................................... 12-13
Officers of the Faculty Senate ...................................................... 13
Proceedings of the Faculty Senate ........................................... 14-15
**2.4 Office of Academic Affairs Organization Chart** ....................... 15
**2.5 Cabinets, Councils, and Standing Committees** ......................... 15
The President's Executive Cabinet ............................................... 15
Executive Council ......................................................................... 15
Chairs Meeting .......................................................................... 15-16
Faculty Senate Standing Committees ........................................... 16
Committee Memberships ......................................................... 17
Exceptions ................................................................................ 17
The Academic Policies Committee ............................................... 17
The Curriculum Committee ........................................................... 18
The Evaluation, Promotion, and Tenure Committee ................. 18-19
The General Education Committee ............................................... 19

Approved by the Board of Trustees on September 9th, 2010

The Evaluation, Promotion, and Tenure Committee ..................... 37
The Vice President of Academic Affairs ................................. 37
The President and the Board of Trustees ................................37-38
Tenure and Promotion Appeals ............................................. 38
**4.7 Eligibility** ............................................................... 38
**4.8 Time Line for Promotion / Tenure Applications** ...................... 38-39
**4.9 Teaching Portfolio Instructions** ....................................... 39-40

**CHAPTER 5  FACULTY PERSONNEL POLICIES AND PROCEDURES**
**5.1 Types of Academic Appointments** ........................................ 41
Term Appointments ........................................................41-42
Tenure-Track Appointments ............................................. 42-43
Tenured Appointments .......................................................... 43
Summer Appointments .................................................... 43-44
**5.2 Faculty Ranks and Qualifications for Appointment** ...................... 44
Instructor ................................................................... 44-45
Assistant Professor ............................................................ 45
Associate Professor ............................................................ 46
Professor .................................................................... 46-47
Faculty Emeritus .............................................................. 47
**5.3 Faculty Terms of Employment** ............................................. 47
Faculty Contract .............................................................. 48
Reappointment of Term Faculty ............................................. 48
Reappointment of Tenure-Track Faculty ................................48-49
Reappointment of Tenured Faculty .......................................... 49
Appeal for Non-Reappointment ............................................. 49
Dismissal .................................................................... 49-50
Disciplinary Period for Faculty ............................................. 50
**5.4 Faculty Search** ............................................................. 51
**5.5 Outside Employment Policy** .............................................. 51-52

**CHAPTER 6  ACADEMIC POLICIES AND PROCEDURES**
**6.1 Department Assessment and Review** ...................................... 53
**6.2 Events Scheduling** ....................................................... 53-57
**6.3 Faculty Grievance Procedure** ............................................. 57
**6.4 Faculty – Staff Grievance Procedure** ................................... 58
**6.5 Sexual Harassment Policy** ................................................ 58
General Harassment Policy Statements ................................... 59
What is Harassment? ..................................................... 59-60
**6.6 Students With Disabilities** ............................................... 60
**6.7 Academic Support Services** .............................................. 61
The Donald W. Reynolds Library and Technology Center ............... 61
The Teacher Education Laboratory ....................................... 63-64
Academic Success Department ............................................. 64

Approved by the Board of Trustees on September 9th, 2010

## CHAPTER 7  FACULTY BENEFITS

**7.1 Group Medical and Dental Trust** ............................................................ 65

**7.2 Long Term Disability** ............................................................................... 66

**7.3 Life Insurance** ........................................................................................ 66

**7.4 Retirement Annuities** ............................................................................. 66

**7.5 Tuition and Fees Waver for Faculty / Families** ................................... 67

**7.6 Faculty Research and Publications** ....................................................... 67

**7.7 Professional Developmental** .................................................................. 67

**7.8 Travel** ..................................................................................................... 67

**7.9 Leaves** .................................................................................................... 67

Sick Leave and Short-Term Disability ....................................... 68

Study / Research Leave ............................................................... 69

Graduate Studies Leave .......................................................... 69-70

Sabbatical Leave ....................................................................... 70

Bereavement Leave ................................................................... 70

Court and Jury Duty Leave ........................................................ 71

Family Medical Leave Act of 1993 (FMLA) ............................ 71

Vacation Leave .......................................................................... 70

Personal Leave with Pay ............................................................ 72

Personal Leave without Pay ....................................................... 72

Military Leave ...................................................................... 72-73

**7.10 Holidays and breaks** ............................................................................ 73

**7.11 Workers' Compensation Insurance** ..................................................... 73

**7.12 Voting** ............................................................................................. 73-74

**7.13 Educational Assistance** ........................................................................ 74

**7.14 Credit Union** ........................................................................................ 74

## APPENDICES

**Appendix A: Constitution and By-Laws of the Faculty Senate** ................. 75-79

**Appendix B: Bylaws of the Board of Trustees** .............................................. 80

**Appendix C: Intellectual Property Rights** ................................................. 81-82

**Appendix D: Forms** ...................................................................................... 83-87

Change of Grade Form ................................................................ 84

Report for Incomplete Grade ...................................................... 85

Administrative Withdrawal Form ................................................ 86

Schedule/Room Change Form ..................................................... 87

**Appendix E: Faculty Contracts** ................................................................. 88-93

**Appendix F: Criteria for Awarding Honorary Degrees** ............................... 94

Approved by the Board of Trustees on September 9th, 2010

# PREFACE

## Affirmative Action Policy Notice of Compliance

Philander Smith College maintains personnel policies that seek to ensure equal employment for all individuals. It is anticipated that the implementation of this Affirmative Action Program (AAP) will further ensure what already is an established policy at Philander Smith College: equal employment opportunity for all persons in all phases of the College's operations, without regard to race, color, religion, gender, national origin, disability, age, or other protected classification.

As part of this Affirmative Action Program, an ongoing self-evaluation has been undertaken. This self-evaluation is directed towards monitoring all areas of the College to assure that affirmative action is being practiced. To assure adequate assessment, the College will take into account such matters as work force analysis, personnel needs, available training, and the availability of minority and female persons in the College's recruiting area who possess skills needed by the College.

## Dissemination

The College's Affirmative Action Policy will be internally disseminated on a continuing basis. The College will: (1) distribute copies of the policy to administrative units for presentation to the employees of that unit; (2) include the policy as part of the AAP/EEO Hiring Procedures Packet; (3) include the policy as part of the next revision of the Staff Handbook and Faculty Handbook; and (4) make copies of the policy available to all employees through the Personnel Office.

These policies will be externally disseminated on a continuing basis by: (1) periodically informing all recruiting sources of the College's policy; (2) incorporating applicable equal employment opportunity clauses in all purchase orders, leases, and contracts covered by Executive Order 11246, as amended, and other implementing regulations; (3) communicating to prospective employees the existence of the College's affirmative action posture by identifying the College as an Equal Employment Opportunity employer in all recruiting advertisements and on the College's application form; and (4) by posting the College's Affirmative Action Policy in areas where applicants apply for employment.

## Responsibility

The HR Director is designated as the Affirmative Action Program Officer. In carrying out this program, he or she will receive the administrative support necessary to execute the assignment and will be provided with the staff and time to administer the Program. The Personnel Office is charged with the day-to-day management of the AAP. The requirements for carrying out the program include, but are not limited to, the following:

- Developing policy statements, affirmative action programs, and internal and external communication strategies;

- Assisting in the identification of program areas;

- Assisting supervisors in arriving at solutions to AAP problems;

Approved by the Board of Trustees on September 9th, 2010

# CHAPTER 1
# HERITAGE AND MISSION OF THE COLLEGE

## 1.1 History of the College

Philander Smith College was founded in 1877. In 1883, the College was chartered as a four-year, co-educational, liberal arts college affiliated with the United Methodist Church. The College is located in metropolitan Little Rock, the capital of Arkansas. Philander Smith awards the Bachelor of Arts and Sciences degrees through the academic divisions of Business and Economics, Education, Humanities, Natural and Physical Sciences, Social Sciences, and Continuing Education. Philander Smith enrolls students from all over the United States and several other countries.

Philander Smith College is a member of the forty-one United Negro College Fund Colleges and is accredited by the North Central Association of Colleges and Schools and the University Senate of the United Methodist Church. Its Teacher Education Program is accredited by the National Council for the Accreditation of Teacher Education (NCATE). The Business and Economics Division is accredited by the Association for Collegiate and Business Schools and Programs (ACBSP). The Department of Social Work is accredited by the Council for Schools of Social Work Education (CSWE).

## 1.2 Mission of the College

Philander Smith College's mission is to graduate academically accomplished students who are grounded as advocates for social justice, determined to change the world for the better.

## 1.3 Purpose and Philosophy

At no time in history has the challenge to the academic community's creative ability been greater than it is today. The academic community must be committed to helping students develop their best potentials, helping them make a good living, and encouraging others in their pursuit of life, liberty, and happiness.

Philander Smith College was created in 1877 by the Methodist Episcopal Church for five good reasons:

1. To help persons face the vexing experiences of conflict and social change;

2. To develop leadership for the African-American community;

3. To educate and help disadvantaged persons;

4. To enhance the dignity of persons;

5. To facilitate the achievement of justice and to advance human welfare.

These distinctive aims of the founders are still used as guidelines in the planning of curricular offerings for students of all races and classes who enter the College with a hunger for knowledge, a quest for truth, and a desire for a better life. During the early stages of the development of Philander Smith College, higher education was restricted by conformity and religious restraint. Today, the College

1

Approved by the Board of Trustees on September 9th, 2010

community is characterized by academic freedom and responsibility, critical analysis and creative research, meaningful dialogue, and free communication.

Philander Smith College is a "student-centered college" that aims to help students:

- To think critically, creatively, quantitatively, and qualitatively;

- To develop a sound moral and spiritual foundation for their personal life, social involvement, and responsible living in a democratic society;

- To become community leaders;

- To develop their greatest potential as human beings, citizens, and children of God;

- To be workers who are proud of their work;

- To live up to the highest and best they know.

Many educators are willing to invite academically gifted students to participate in the learning process. Philander Smith College welcomes both the academically prepared as well as those students who may need the help of special services to maintain satisfactory academic progress at the College. The full evaluation of a student is not based solely on his or her report card or what he or she may be at the moment. In addition to these factors, the President, the Faculty, and the Staff consider what each student may become if given a fair chance for growth and development.

All institutional, administrative, and material resources of the College are directed toward providing an environment for progressive learning and meaningful experiences that are consistent with the high aims of the College.

The College offers quality education through five major divisions: Education, Humanities, Natural and Physical Sciences, Business and Economics, and Social Sciences. The liberal, specialized, and religious components of the curriculum of the College are appropriately balanced and integrated to produce a well-rounded person. The sequence of courses for each curriculum is designed to help students to develop maximum efficiency in their academic studies in various fields.

As of 2009, Philander Smith has had 132 years of experience in helping people become empowered through education. Higher education is the key to economic, social, political, and personal empowerment. It is the foundation for reconciliation in our world.

Because we have a glimpse of tomorrow's college, we are building the future academic community today. In our present and future academic community:

- Students will be given more recognition and more opportunities for significant involvement in leadership development;

- The Faculty will play a major, vital role in determining the structure and strength of the academic community;

2

Approved by the Board of Trustees on September 9th, 2010

- Channels of communication will be kept open to assure better understanding, more meaningful relationships, and greater cooperation.

Approved by the Board of Trustees on September 9th, 2010

# CHAPTER 2
# ADMINISTRATION AND GOVERNANCE

## 2.1 Philosophy of Administration

Philander Smith College is committed to the belief that input on all important issues concerning the College should be solicited from faculty, administration, students, and staff. Policies which evolve from broad input and consensus are more readily supported by all members of the College community. The College also acknowledges that the final authority for many decisions lies with the President and the Board of Trustees.

Faculty may generally expect that directives from the administration addressing personnel, procedures, and programs will be transmitted in writing. In addition, administrative staff, division chairs, department chairs, program directors, and other administrators will refrain from initiating, transmitting, or executing policies that lie beyond their normal range of responsibility unless they receive written directives stating otherwise.

## Board of Trustees

Philander Smith College is governed by a Board of Trustees whose membership consists of the following voting members:

1. The Bishop of the United Methodist Church of the Arkansas area;

2. A Superintendant from the Arkansas Conference of the United Methodist Church, designated by the Bishop;

3. One staff member of the Division of Higher Education of the General Board of Higher Education and Ministry of the United Methodist Church;

4. The National Alumni Association President;

5. A maximum of twenty members at large upon nomination by the Committee on Nominations, ten of whom shall be members of the United Methodist Church;

6. The President of the College (Ex-officio);

7. One member submitted by the faculty (Ex-officio);

8. One student representative (Ex-officio).

The structure, responsibilities, policies, and procedures of the Board of Trustees are described in the By-Laws of the Board of Trustees. (found in Appendix B)

4

Approved by the Board of Trustees on September 9th, 2010

## Director of Philander Smith Management Institute

The Director of PSMI oversees curricula aimed at non-traditional and professional students.   Duties include:

1.    Supervising the Philander Smith Management Institute (PSMI) program;

2    Liaising with business and community representatives;

3.    Marketing Philander Smith College's continuing education program;

4.    Assisting in the development of new professional programs.

## Director of Faculty Development

The Director of Faculty Development promotes professional development among faculty.    The Director of Faculty Development's duties include:

1.    Identifying suitable professional development opportunities for faculty;

2.    Coordinating grants that fund faculty research, travel, and publication;

3.    Maintaining compliance with regulations put forward by funding agencies.

## Other Officers

As deemed necessary, other College officers may be appointed by the Board of Trustees upon recommendation of the President.

## 2.2 Area Chairs

For administrative purposes, the academic programs of Philander Smith College are organized into five academic divisions: Business and Economics, Education, Humanities, Natural and Physical Sciences, and Social Sciences.  The Division Chairperson is the chief administrative officer of each division.

All divisions consist of one or more departments, each having a chairperson.  The College catalog provides a current list of departments within each division.

## Division Chairpersons

Division Chairpersons are the administrative and instructional heads of their divisions.  They are responsible for fiscal and academic planning, personnel decisions, and recommendations within their divisions.   They are responsible for implementing and administering all College policies and procedures, for maintaining appropriate records, and for providing periodic reports as required.

Approved by the Board of Trustees on September 9th, 2010

Division Chairpersons are selected on the basis of professional preparation, competence, and leadership ability. Each year, Division Chairpersons are recommended to the President for appointment, reappointment, or non-reappointment by the Vice President of Academic Affairs on the basis of their performance evaluations by faculty.

Duties of the Division Chairpersons include, but are not limited to:

1. Recruiting and evaluating division faculty;

2. Coordinating the activities of division faculty;

3. Seeking funds for the division through grant writing;

4. Disseminating information to the faculty;

5. Participating in and supporting community service activities;

6. Preparing and administering division budgets;

7. Participating in and supporting division research activities;

8. Maintaining and updating division records. Records may include but are not limited to:

    a. General files: articulation agreements, attendance records, budget purchase orders, catalogues, correspondence, course syllabi, enrollment verification, faculty annual reports, final examinations, monthly expense reports, strategic planning, and Title III;

    b. Private files: MAPP scores, department final grade reports, teacher licensure plan, sensitive material such as identification numbers and budgets, independent contracts, mid-term rosters, placement exams, and student evaluation reports;

    c. Personnel files: adjunct faculty contact information, adjunct faculty files, assistants' files, full-time faculty files, peer evaluations, and potential faculty files;

    d. Sensitive documents: award grants, budgets, committee files, current academic year class schedules, Division Chair Meeting files, enrollment reports, fiscal reports, Recommendation for Hire forms (filled in), recommendations for promotion, recommendations for student scholarships, schedule changes, and sensitive issues files;

9. Participating in and supporting professional development activities;

10. Reviewing and developing division curricula;

11. Establishing and maintaining advisement procedures for the division faculty;

12. Recommending library purchases to support course offerings within the division;

10

Approved by the Board of Trustees on September 9th, 2010

13. Reviewing, evaluating, and recommending faculty development needs in terms of study institutes, retreats, exchange programs, seminars, and conferences;

14. Reviewing performance evaluations of instructors and making recommendations to the Vice-President of Academic Affairs concerning promotion, tenure, sabbatical leave, dismissal, or non-reappointment.

In fulfillment of these responsibilities, the Chairpersons meet regularly with department chairs and faculty in their divisions. They provide leadership by facilitating and encouraging the establishment of divisional and departmental committees to assure faculty involvement in the decision-making process.

Division Chairpersons report to the Vice President of Academic Affairs.

## Department Chairpersons/Program Coordinators

Department Chairpersons are appointed by the President on an annual basis and renewal is based upon the recommendations of the Division Chair, and the Vice President for Academic Affairs. Department Chairpersons are responsible for:

1. Preparing departmental budgets;

2. Reviewing curricula and making recommendations for curricular changes;

3. Developing departmental course schedules;

4. Recruiting students and coordinating activities geared toward student retention;

5. Maintaining student records;

6. Seeking funds through grant writing;

7. Recommending department library acquisitions and preparing departmental reports;

8. Participating in professional development, research, and community service activities;

9. Assisting in recruitment of faculty and students for their academic areas;

10. Evaluating the performance of instructors within the department and making recommendations to the Division Chair concerning promotion, tenure, sabbatical leave, dismissal, or non-reappointment.

## 2.3 Faculty

Philander Smith College embraces the concept of shared governance as a process of providing meaningful access and input into decision-making in all major components of the College. Philander

Approved by the Board of Trustees on September 9th, 2010

Smith College encourages a spirit of collegiality and shared decision-making, enabling the College to be inclusive, effective, and efficient.

# The Faculty Senate

In accord with the College's policy of shared governance, the Faculty Senate consists of all full-time, tenure-track and tenured faculty who receive information and/or take action on recommendations received from committees, departments, divisions, the Vice President of Academic Affairs, the President, or the Board of Trustees.   Faculty Senate meetings take place monthly during the academic year to consider matters affecting the academic welfare of the institution, to formulate positions and determine appropriate responses, and to generate information to be shared with faculty and administrative bodies. The Faculty Senate is charged with reviewing College policies in all areas that affect the academic functioning of the College.  The Faculty Senate will consider other matters which affect the morale and working efficiency of the faculty.

## Areas of Responsibility

The Faculty Senate of Philander Smith College is charged with the following responsibilities:

1. Determining standards for admission, promotion, and graduation of students;

2. Determining the courses of study and methods of instruction and proposing needed modifications in the rules for academic operations;

3. Recommending candidates for graduation to the Board of Trustees;

4. Submitting reports during and at the end of each academic term as required by College administration;

5. Reviewing and approving or disapproving policy proposals pertinent to the academic function of the College. These proposals may include but are not limited to: changes in academic programs and standards, changes in graduation requirements, new degree programs, new major or academic programs, elimination of existing degrees or major programs (except in cases where a governing body such as the Arkansas Division of Higher Education has mandated such an elimination), creation of new academic departments, and recommending changes to the Faculty Handbook.  Decisions made by the Faculty Senate are subject to the oversight of the Vice-President of Academic Affairs, the College President, and the Board of Trustees;

6. Coordinating the selection of faculty for Standing Committees;

7. Proposing means for more effective utilization of resources for instruction;

8. Establishing such short term and/or task specific committees (ad hoc) as may be necessary to carry out its functions;

Approved by the Board of Trustees on September 9th, 2010

9. Providing a forum for the free expression of faculty opinion without fear of reprisal from administration or division chairs;

10. Advising administration regarding standards and procedures for faculty evaluations;

11. Working to promote and maintain academic freedom.

## Officers of the Faculty Senate

The officers of the Faculty Senate shall be a president, a vice-president, a secretary, a parliamentarian, and a faculty representative to the Board of Trustees who shall be elected annually by the Faculty Senate membership. There shall be no limit on the number of terms a member of the Faculty Senate may hold office, however, no officer, with the exception of the Secretary, may serve more than two consecutive terms in the same office. Officers of the Faculty Senate will serve from April until the installation of new officers occurring at the next annual April meeting of the Faculty Senate.

1. The president of the Faculty Senate shall serve as chief speaker for the faculty and as the faculty representative on the College President's Executive Council. The President of the Faculty Senate will serve as the presiding officer for all Faculty Senate meetings.

2. The Vice President of the Faculty Senate will serve as President in the case of absence or incapacity of the President of the Faculty Senate. The Vice-President is also responsible for making sure that committees meet, and when possible, shall attend all faculty committee meetings.

3. The Secretary of the Faculty Senate shall notify the faculty of the dates of Faculty Senate meetings at least two weeks prior to each meeting. The Secretary is responsible for keeping the minutes of each Faculty Senate meeting, distributing agendas and the previous meeting's minutes as well as any other pertinent materials, and compiling a record of attendance for each meeting of the Faculty Senate.

4. The Parliamentarian of the Faculty Senate shall advise members on procedural questions for each meeting. Meetings of the Senate are conducted under the revised *Robert's Rules of Order*. Decisions that are made as a matter of policy will be put in writing by the Parliamentarian and disseminated to all concerned parties. The Parliamentarian shall also determine at all meetings if a quorum is present to conduct business.

5. The Faculty representative to the Board of Trustees shall represent the interest of the faculty to the Board of Trustees and shall serve as a non-voting Board member. The Faculty Representative shall be prepared to report to the Board of Trustees on issues before the Faculty Senate. The Representative shall also be prepared to make a full report to the Faculty Senate after each meeting of the Board of Trustees.

6. An Executive Committee shall be established, consisting of the officers of the Faculty Senate. The Executive Committee will arrange meeting times and agendas for the Faculty senate and shall ensure there are nominations to the standing committees as well as any ad-

13

made by the Board of Trustees, and until such time, the faculty Senate shall adhere to its own action.

**Meetings:** The Faculty Senate meets the 3rd Thursday of each month when classes are in session.

## 2.4 Office of Academic Affairs Organization Chart
**[Information was requested]**

## 2.5 Cabinets, Councils, and Standing Committees

The College's standing committees are determined jointly by the President, the President's Cabinet, and the Faculty Senate. These groups provide advice and counsel, serve as appellate panels, and propose policies and procedures which affect the College.

From time to time, the President of the College or other administrative officers may appoint ad hoc committees to study special problems. These ad hoc committees will address special concerns which ordinarily can be accomplished over a limited period of time.

### The President's Executive Cabinet

**Membership:** The President, the Vice President of Academic Affairs, the Vice President of Fiscal Affairs, the Vice President for Institutional Advancement, the Vice President of Student Affairs, the General Counsel, the Director of Financial Aid, and the Director of Recruitment and Admissions.

**Responsibilities:** The President's Executive Cabinet meetings provide an opportunity for each member to share concerns about problems and issues and aid in the development of appropriate responses which are consistent with College policy and practice.

**Meetings:** The cabinet meets weekly and on call by the President.

### Executive Council

**Membership:** The President, the Vice President of Academic Affairs, the Vice President of Fiscal Affairs, the Vice President for Institutional Advancement, the Vice President of Student Affairs, , the Registrar, and the directors of Alumni Affairs, , Library Services, TRIO, Facilities, Residence Life, Public Safety, Institutional Research, Integrated Counseling, Recruitment and Admissions, Financial Aid, Title III, CIS, and the Retention Czar, the Chaplain, and the Faculty and Staff Representatives.

**Responsibilities:** The Extended Cabinet meetings provide a forum for discussing topics that have general College-wide implications.

**Meetings:** The Extended Cabinet meets on the fourth Tuesday of each month or as called..

Approved by the Board of Trustees on September 9th, 2010

## The Teacher Education Committee

**Responsibilities**: The purpose of the Teacher Education Committee is to recommend, monitor, and evaluate programs and policies which govern curricula, admission, and the academic standards of students pursuing a Teacher Education degree. Specifically, the Teacher Education Committee will:

1. Review, evaluate, and make recommendations on policies governing Teacher Education programs;

2. Provide for continuous evaluation of all licensure areas and the Teacher Education programs;

3. Maintain communication within the College on matters relating to Teacher Education programs;

4. Review and rule on all student requests for acceptance into the Teacher Education program.

The voting members of the Teacher Education Committee shall consist of:

1. The Chairperson of the Division of Education who shall serve as chairperson;

2. One representative from each licensure area, including Early Childhood Education, Middle Level Generalist, and Vocational Education/Business Technology;

3. One student member from each area of Early Childhood Education, Middle Level Generalist, and Vocational Education/Business Technology;

4. One rotating member representing the most recent graduating class;

5. One member from a community based parent organization that is not formally affiliated with any school district;

6. One representative from the Pulaski County, Little Rock, and North Little Rock school districts;

7. One rotating member representing a rural school district;

8. Each faculty member of the Division of Education.

**Meetings**: the Teacher Education Committee shall meet once each semester and on call as needed.

## Faculty Grievance Committee

**Responsibilities**: The purpose of the Faculty Grievance Committee is to resolve all issues involving faculty and the institution and to review any negative recommendations for tenure or promotion. The

21

committee shall file a written report of its findings with the President, which will include a majority opinion of all the committee members and a minority opinion if applicable. The Faculty Grievance Committee will:

1.  Review allegations of unfair treatment regarding some aspect of the work situation which is subject to the control of the College and is subject to grievance;

2.  Review committee or administrative recommendations which appear to be arbitrary or capricious;

3.  Review committee or administrative recommendations which appear to be based upon racial, gender, disability, or other prohibited discrimination;

4.  Review committee or administrative recommendations which were rendered without substantial compliance with the proper procedures including adherence to all stipulated deadlines. The appellant must show that the proper procedures were not followed and that such error was or could have been a contributing factor to the negative recommendation.

**Meetings**: The Faculty Grievance Committee will meet on call by the chairperson as required by receipt of grievance.

For grievances involving general harassment as defined in the General Harassment Policy Statement, the Personnel Director of the College will sit on the committee as a non-voting ex-officio member.

# The Faculty Development Committee

**Responsibilities:** The purpose of the Faculty Development Committee is to administer the funds made available by the College for faculty study, research, and degree work. The Faculty Development Committee will:

1.  Recommend for faculty approval the criteria for the awarding of grants within its area of responsibility;

2.  Disseminate to the faculty information concerning funds made available by the College for such grants;

3.  Review requests for such grants from members of the faculty;

4.  Designate recipients of such grants;

5.  Review and recommend applicants for sabbaticals;

6.  Make recommendations to the Vice President of Academic Affairs on faculty-development workshops.

The voting members of the Faculty Development Committee shall be as described above plus the Dean of Faculty Development who shall serve as chairperson.

Approved by the Board of Trustees on September 9th, 2010

# CHAPTER 3
# FACULTY DUTIES AND RESPONSIBILITIES

## 3.1 Teaching

The primary duty of each faculty member is to teach. Faculty are expected to assume a fair share of the teaching load. In all departments, a full teaching load is normally twelve (12) hours or the equivalent. The Department Chairperson, Division Chairperson, Vice President of Academic Affairs, respectively, must be consulted regarding any deviations from this regulation.

In departments with responsibilities for general education courses, all faculty are expected to share in the load.

## 3.2 Course Syllabi

Faculty are required to prepare, at the beginning of each semester, syllabi that adhere to the Philander Smith College Course Syllabus Guidelines. A syllabus must be prepared for each individual course that the faculty member teaches. Copies of the syllabi are required to be filed with the Division Chairperson; the Library; and the Office of Academic Affairs. Syllabi are to be passed out to all students no later than the fourth meeting of three-day classes, the third meeting of two-day classes, and the second meeting of one-day classes.

## 3.3 Student Attendance

Students are expected to attend all class meetings. Faculty should have a specific policy that complies with the attendance policy stated in the College catalog. The attendance policy should be included in the course syllabus and announced to the class at the beginning of each term.

Faculty will report to the Registrar's Office those students who do not attend or frequently miss class. Those students will then be notified by Student Affairs that continued absence may result in a "WF" grade for the course.

Students who are absent due to illness or other legitimate excuses should be advised to contact the Office of Academic Counseling in Student Affairs or the appropriate instructor(s) and explain the situation. The Office of Academic Counseling will then contact the student's instructors regarding the absences when appropriate.

Class absences due to a student's participation in athletics, club activities, other extracurricular activities, or activities of another course should be cleared with all affected instructors. Coaches, advisors, or instructors who supervise such activities are required to file a list of participants and a semester calendar of travel dates with the Office of Academic Affairs.

Any classroom absence, for whatever reason, is never an excuse for not completing all work in the course.

Approved by the Board of Trustees on September 9th, 2010

## 3.6 Grading and Change of Grades

At the beginning of each term, faculty should include in their syllabi and explain to students how the final course grade will be determined.  In addition, faculty should continually review and re-evaluate their own grading procedures for the purpose of maintaining academic integrity.

Faculty will keep accurate records of student grades and attendance.  These records remain the property of Philander Smith College and are to be turned in to the Division Chairperson upon the faculty member's departure from the College.

## 3.7 Faculty Absences

When it is necessary for a faculty member to be absent from a class, for reasons other than those associated with illness, bereavement, etc., it is the faculty member's responsibility to make arrangements in advance for the course content to be covered during his or her absence.  The faculty member must complete a Faculty Leave Form a minimum of two weeks prior to the absence.  The Faculty Leave Form must be filed with the Division and Office of Academic Affairs.

Unexpected, extended absences of a faculty member must be processed through the Division, Academic Affairs and Personnel offices so that arrangements may be made for carrying out the faculty member's responsibilities.  However, the faculty member must provide the Division office with the tools needed to fulfill his or her classroom obligations: syllabi, textbooks, keys, etc.

## 3.8 Expectations for Faculty

Philander Smith College is to be served by outstanding, highly motivated faculty who possess the ability to motivate others and outstanding interpersonal skills, the requisite knowledge base, and the skills to apply that knowledge. Philander Smith College has specific expectations of its faculty. The institution expects that all faculty will:

1       Be effective teachers;

2.      Be actively engaged in scholarly pursuits, including research, publication, and grant writing;

3.      Render service to the College community;

4.      Be engaged in professional development;

5.      Render service to the community.

Faculty must respect their students as fellow human beings. They will maintain appropriate professional relationships with students at all times.  Faculty will evaluate students fairly, encourage and protect students' academic freedom, and refrain from exploiting students in any fashion for personal or professional gain.

Faculty will relate appropriately to their colleagues, respecting their academic freedom to research, teach, and offer their opinions to the College community.  Professional, responsible faculty view

27

Approved by the Board of Trustees on September 9th, 2010

themselves as partners in the College community, sharing in the work/tasks necessary for the College to achieve its mission, goals, and objectives. This includes committee work, participation at departmental, divisional, and College-wide meetings, and assistance with accrediting requirements.

## 3.9 Faculty Reports and Evaluations

The following three (3) reports are required of all faculty:

1. Faculty Activity Form: In order for the Office of Academic Affairs to locate faculty, an activity form listing class schedules, office hours, field experience, and advisee loads is to be completed by September 15th of the fall term and January 15th of the spring term and filed in the Division and Academic Affairs Offices;

2. Faculty Planning Form: A planning form, detailing the faculty member's plans for development in scholarship, teaching, advising, professional growth, and College and community service for the academic year must be completed on or before September 30th. The Faculty Planning Form must be approved by the Department and Division Chairs and filed with the Division and Academic Affairs Offices. Further, the form shall be used by the Division Chair for evaluative purposes;

3. Faculty Self-Evaluation: On or before April 30th, every faculty member will submit to the Department Chairperson a yearly report summarizing professional accomplishments for the year. These achievements should be related directly to the criteria established for promotion and tenure.

A faculty member's yearly report should be consistent with plans and objectives for a particular academic year. These goals must have been established in conjunction with and approved by the Division Chair the previous fall.

Division Chairs will meet with faculty to discuss the progress that faculty are making toward projected goals. Conferences of this type are an integral part of the process to determine retention, promotion, and salary increments.

The Division Chair will integrate the plans of individual faculty into the plans for the division and will use the faculty annual reports to assess the division's achievements.

## 3.10 Teaching Assignments

A normal teaching load for a full-time faculty member without administrative duties is 12 credit hours per semester. Six credit hours is a normal teaching assignment during a five-week summer term. Adjustments in load may be made on the basis of the following factors:

1. Administrative duties;

2. Direction of student co-curricular activities;

Approved by the Board of Trustees on September 9th, 2010

3.  Release time for research and professional growth activities;

4.  Duties pertaining to accreditation;

5.  Special assignments by the Division Chair or Vice President of Academic Affairs;

6.  Committee duties pertaining to faculty governance.

## 3.11 Academic Advising

The responsibility of providing sound academic advising to students is shared by the Division Chairs, Department Chairs, and all faculty. Each Division Chair is expected to develop an initial advising system for the division's students and faculty. All faculty will be assigned a number of designated student advisees by the Department Chair.

Faculty assist students with the planning of their academic programs; review their career objectives; and help prepare class schedules.

Students reserve the right to request and be granted a change of advisor.

## 3.12 Office Hours

Faculty are required to maintain office hours for the purpose of having conferences with and advising students. Each faculty member is required to be available to students a minimum of 10 hours per week for academic counseling and assistance. Division Chairpersons are expected to maintain fifteen (15) office hours per week.

At the beginning of each semester, faculty shall post office hours and class schedules and file this information with the Division Chairperson and the Vice President of Academic Affairs. Office hours should be arranged to accommodate student schedules.

In the event a faculty member cannot keep his or her posted office hours, courtesy suggests that a notice be posted so that students may determine the earliest available time for consultation.

## 3.13 Release of Student Information

The Family Educational Rights and Privacy Act (Buckley Amendment) passed by the United States Congress on November 19, 1974, requires educational agencies or institutions to provide eligible students access to their educational records. It also requires that no personally identifiable information may be revealed from a student's educational records to unauthorized third parties without the prior consent of the student in writing.

Some of the more important aspects of the Buckley Amendment for faculty to consider are as follows:

29

Approved by the Board of Trustees on September 9th, 2010

1.  No faculty member should release information regarding a student to anyone other than the student, another faculty member, or College administrator.   Any requests for student information will be directed to the Registrar's Office;

2.  When returning any graded material to students, faculty should be careful not to allow the grades to be seen by anyone other than the students receiving them;

3.   Faculty should not post grades alongside students' names or Social Security Numbers.  If posting is to be done at all, some acceptable code which insures privacy should be used.

### 3.14 Major College Activities

Full-time faculty shall and adjunct faculty are encouraged to attend the following major College activities:

1.      Opening Convocation;

2.      Baccalaureate and Commencement Services;

3.      Faculty Meetings;

4.      Faculty/Staff Institute.

Approved by the Board of Trustees on September 9th, 2010

# CHAPTER 5
# FACULTY PERSONNEL POLICIES AND PROCEDURES

## 5.1 Types of Academic Appointment

Academic appointments cover full-time and part-time teaching faculty and those administrators directly engaged in the administration of academic programs. The College provides for three types of academic appointments:

1. Term;
2. tenure-track;
3. tenured.

Academic appointments will be for 9 or 12 months depending on the type of appointment and/or the assigned responsibilities. All Division Chairpersons and non-instructional administrative academic personnel assigned faculty status will be employed under 12 month contracts.

A *term appointment* is a position that is filled for a specified amount of time, such as one semester or an academic year.

A *tenure-track appointment* is a position that is probationary in nature. In such cases there is an expectation of renewal each year until the faculty member applies for tenure, but there is no guarantee of renewal. Decisions on tenure are to be made during the sixth year of a tenure-track appointment following the procedure described elsewhere in this handbook.

A *tenured appointment* implies a commitment by the College to continuing annual appointments except under conditions of financial exigency, termination for cause, or related circumstances creating special conditions defined later. All persons aspiring to tenured appointments are expected to seek tenure through the policies and procedures prescribed in this handbook. The types of faculty appointments are described more fully in the following paragraphs.

## Term Appointment

Faculty personnel selected to serve in specified term appointments may be appointed for either a semester or academic year. Full-time term appointments may carry the rank of Instructor, Visiting Assistant Professor, Visiting Associate Professor, or Visiting Professor. Part-time appointments will be considered Adjunct.

Part-time (adjunct) faculty at Philander Smith College are those faculty who are employed to teach less than a full load by divisions and/or departments to cover overloads and/or to meet content needs. Part-time faculty personnel are eligible only for social security matching by Philander Smith College.

Full-time-term faculty personnel are those who are employed to teach a full load in a department or division, but who are neither tenure-track nor tenured. Full-time-term faculty are eligible for the full

fringe benefits package described elsewhere in this handbook. They are also eligible for participation in the affairs of the College and its activities in accordance with College policy.

While term faculty personnel may have their contracts renewed, they are neither entitled to renewal of their appointment nor to further assignments following expiration of their current contracts. Nevertheless, written notice that a term appointment is not to be renewed will be given to the faculty member in advance of the expiration of the appointment (unless termination is for cause) according to the AAUP "Standards for Notice":

1. *Not later than March 1 of the first academic year of service,* if the appointment expires at the end of that year; or, if a one-year appointment terminates during an academic year, at least three months in advance of its termination;

2. *Not later than December 15th of the second academic year of service,* if the appointment expires at the end of that year; or, if an initial two-year appointment terminates during an academic year, at least six months in advance of its termination;

3. At least twelve months before the expiration of an appointment after two or more years in the institution.

The appointments of term faculty personnel are at-will, and personnel may be terminated by the College prior to the expiration of the original contract period as described in Dismissal for Cause, or as otherwise set forth in their contract.

Term faculty personnel may subsequently be appointed to tenure-track positions, in accordance with the needs of the College and in conformity with divisional and College policies, including search and selection procedures. At the discretion of the appropriate administrator, full-time-term appointments may be considered as part of the probationary period for those who are subsequently placed in tenure-track faculty appointments.

The College recognizes that continuous employment of full-time faculty who are neither tenure-track nor tenured is inappropriate, except under unusual conditions. The continuance of a faculty member on such a basis must be recommended by the President of the College and approved by the Board of Trustees for any year of employment beyond the sixth year.

## Tenure-track Appointment

Tenure-track faculty hold (i) full-time positions and (ii) appointment to a tenure-track position in an academic division. Tenure-track faculty are subject to all general requirements as stated in approved divisional and College policies, and all specific requirements as stated in letters of appointment and contracts (including all requisite promotion and tenure criteria). In the event a faculty member is hired under a special contract, that contract supersedes the general provisions of this handbook.

42

Approved by the Board of Trustees on September 9th, 2010

faculty member, possession of the terminal degree, and seniority in the department.  The College reserves the right to limit loads and to determine class size and meeting times.

## 5.2 Faculty Ranks and Qualifications for Appointment to Rank

Philander Smith College recognizes five full time faculty ranks:
  (1) Instructor;
  (2) Assistant Professor (or Visiting Assistant);
  (3) Associate Professor (or Visiting Associate);
  (4) Professor (or Visiting Professor);
  (5) Faculty Emeritus.

The minimum requirements for these ranks are listed below. Ranked academic faculty will be employed only on term, tenure-track, or tenured contracts. Ranked faculty must be employed by the College on a full-time basis.

At the time of initial appointment, the President will approve academic rank for academic and administrative faculty based upon recommendations of the Vice President of Academic Affairs. Satisfaction of degree/experiential requirements will be determined by the Vice President of Academic Affairs. Degrees and teaching experience must be from regionally accredited post-secondary institutions unless otherwise determined by the Vice President for Academic Affairs. "Years," with respect to teaching experience, means the number of years spent in full-time teaching. A maximum of three years of appropriate full-time teaching or other professional experience may be substituted for full-time ranked teaching experience in determining rank qualifications. Equivalencies or exceptions to any qualifications will be determined by the Vice President of Academic Affairs, in consultation with the Evaluation, Promotion, and Tenure Committee. Teaching faculty appointed to the ranks of Instructor, Assistant Professor, and Associate Professor must display evidence of potential for promotion.

Earned degrees of appointees must be in the discipline or field of primary contract responsibility or in one of the appropriate cognate areas for interdisciplinary studies. The Vice President of Academic Affairs will have the responsibility for determining appropriateness of degree field to program area assignment.

## Instructor

The minimum qualifications for appointment of a faculty member to the rank of instructor are:

1.  Effective Teaching Ability: Candidates must have at least one year's teaching experience;

2.  Effective Advisement Ability: Candidates must demonstrate willingness and availability to advise students beyond matters of registration and scheduling;

3.  Service to the College: Candidates must demonstrate potential for meaningful service to the College in areas of faculty responsibility;

4.  Service to the Community (local, state, national, or international): Candidates must demonstrate potential for meaningful service to the broader community beyond the College;

44

Approved by the Board of Trustees on September 9th, 2010

5.   Professional Growth: Candidates must present definite plans for continued professional study and for involvement in professional activities;

7.   Support for the College's Educational Philosophy and Mission: Candidates must demonstrate support for and commitment to the College's educational philosophy and mission.

## Assistant Professor

The minimum qualifications for appointment of a faculty member to the rank of Assistant Professor or promotion to the rank of Assistant Professor are:

1.   Effective Teaching Ability: Candidates for hire must have three years of full-time teaching experience. Faculty *seeking promotion* must demonstrate quality teaching through written evaluations;

2.   Effective Academic Advisement Ability: Candidates *for hire* must show willingness and availability to advise students beyond matters of registration and scheduling. Faculty *seeking promotion* must demonstrate quality advising through written evaluations;

3.   Service to the College: *Faculty seeking promotion* must demonstrate involvement in College activities, attendance at College events, contributions to committees, and involvement with and/or advisement of student organizations;

4.   Service to the Community (local, state, national, or international): Faculty *seeking promotion* must demonstrate involvement in the broader community beyond the College;

5.   Academic Achievement: Candidates *for hire* must hold an earned doctorate degree in areas where this degree is appropriate and, in other areas, should hold the appropriate terminal degree as determined by the Vice President of Academic Affairs. Candidates *for promotion* must have at least a minimum of 30 semester hours of graduate work in their teaching discipline and have three years of full-time teaching experience at the College level, two of which have been at Philander Smith College;

6.   Professional Growth: Candidates *for hire or promotion* must hold membership in regional and/or national professional organizations as appropriate and demonstrate scholarly activity or creative work;

7.   Support for College's Educational Philosophy and Mission: Candidates *for hire or promotion* must demonstrate support for and commitment to the College's educational philosophy and mission.

45

Approved by the Board of Trustees on September 9th, 2010

2.  Effective Academic Advisement Ability: Candidates *for hire or promotion* must demonstrate measurable success as a student advisor through formal written evaluations;

3.  Service to the College: Candidates *for promotion* must demonstrate significant involvement in College activities, attend College events, and advise student organizations. Commitment to committee work must also be demonstrated by regular participation and contributions;

4.  Service to the Community (local, state, national, or international): Candidates *for hire or promotion* must demonstrate a continuous record of service to the broader community beyond the College;

5.  Academic Achievement: Candidates *for hire or promotion* must hold an earned doctorate, except in instances of extraordinary national recognition and/or achievement in an area of specialization. A candidate for promotion to Professor must have a minimum of five years of full-time teaching experience as an Associate Professor;

6.  Professional Growth: Candidates must continually pursue formal study, participate in professional organizations, be involved in research or creative work, and be nationally recognized in their area of competence;

7.  Support for College's Educational Philosophy and Mission: Candidates *for hire or promotion* must support and be committed to the College's educational philosophy and mission.

## Faculty Emeritus

In the first year after retirement from active service with the College, tenured instructional personnel holding the rank of Assistant, Associate or Full Professor, Department Chair, Division Chair, Dean, Vice President, or President who have served the College full time for ten or more years may be recommended to the Board of Trustees as "Emeritus." Although the immediate administrative supervisor (e.g., department chair) may be the one who most frequently requests that the College consider this honor for a retiree, any College employee may make such a recommendation.

Nominations for faculty emeritus should be forwarded to the Evaluation, Promotion, and Tenure Committee. Thereafter, the nominations will follow the same route as promotion and tenure applications.

## 5.3 Faculty Terms of Employment

The specific terms and conditions of every appointment of academic personnel will take the form of a written contract signed by the President and the faculty member.

1.  Each contract will set forth terms of employment, such as the beginning and ending dates of employment and major services to be rendered;

47

Approved by the Board of Trustees on September 9th, 2010

2.    The written contract will constitute the whole agreement between the faculty member and Philander Smith College.

## Faculty Contract

The contract entered into between Philander Smith College and a faculty member shall be binding upon both parties.  The College shall not have the right to terminate the contract unilaterally without just cause.  No faculty member shall have the right to refuse to perform according to the tenor and terms of his/her contract and cannot acquire such right by giving notice to Philander Smith College of the intent not to perform.  The College reserves the right to all legal and equitable remedies usually available to parties injured by breach of contract.

## Reappointment of Term Faculty

In the case of faculty who are serving on term appointments, there is neither an expectation nor a guarantee of reappointment beyond the terms of their contract. They can, nevertheless, be reappointed at the end of their term.  Furthermore, even though there is neither the expectation nor the guarantee of reappointment for term faculty, they are entitled to the due notice of non-reappointment, given in writing by the President, in accordance with the following "Standards for Notice":

1.  *Not later than March 1 of the first academic year of service* if the appointment expires at the end of that year; or, if a one-year appointment terminates during an academic year, at least three months in advance of its termination;

2.  *Not later than December 15th of the second academic year of service* if the appointment expires at the end of that year; or, if an initial two-year appointment terminates during an academic year, at least six months in advance of its termination;

3.  At least twelve months before the expiration of an appointment after two or more years in the institution.

## Reappointment of Tenure-Track Faculty

Although there is the expectation that tenure-track faculty will be reappointed each year during their probationary period, they do not possess the right of guaranteed yearly reappointment.  Nevertheless, they are entitled to a written notice of non-reappointment (from the President) which (i) states the reasons for non-reappointment, and (ii) follows the time-line of the "Standards for Notice" established by the American Association of University Professors:

1.  *Not later than March 1 of the first academic year of service* if the appointment expires at the end of that year; or, if a one-year appointment terminates during an academic year, at least three months in advance of its termination;

Approved by the Board of Trustees on September 9th, 2010

2. *Not later than December 15th of the second academic year of service* if the appointment expires at the end of that year; or, if an initial two-year appointment terminates during an academic year, at least six months in advance of its termination;

3. At least twelve months before the expiration of an appointment after two or more years in the institution.

## Reappointment of Tenured Faculty

Tenured faculty have a right to guaranteed reappointment. Reappointment shall be denied tenured faculty only for cause. As used here, the term "cause" includes, but is not limited to, an act or failure to act by a faculty member that involves neglect of duty, gross insubordination, dishonesty, inefficiency in the performance of duty, violation of the criminal laws of the state or nation, and/or physical or mental incapacity.

Nothing contained in this article shall be construed to prevent the Board of Trustees from discontinuing an employee by reason of financial exigency or changes in the educational aims of the College. In the event of staff reduction necessitated by these circumstances, termination or release shall proceed, insofar as reasonably consistent with educational purposes, in the order of those who are term, to those who are tenure-track, to those who have tenure. At each level, preference for being retained will be given to those who have served the greatest length of time, provided that, in the opinion of the Board of Trustees and the President, merit and competency are equal.

A tenured faculty member who is to be denied reappointment for reasons set out above, other than termination of position or for cause, shall be given not less than twelve months notice prior to the end of the semester on which termination is to become effective.

## Appeal of Non-Reappointment

In the case of the termination of a position, the faculty member (tenured or tenure-track) shall be entitled to a hearing before the Evaluation, Promotion, and Tenure Committee, provided he/she shall give written notice to the President within 30 days of receipt of notice of non-renewal. If dissatisfied with the findings of the Evaluation, Promotion, and Tenure Committee, a tenure-track or tenured faculty member may appeal to the Faculty Grievance Committee. Upon appeal of either party, the Faculty Grievance Committee shall affirm or reverse the decision of the Evaluation, Promotion, and Tenure Committee. The recommendation of the Faculty Grievance Committee shall be transmitted by the President to the Board of Trustees for final action. If dissatisfied with the decision of the Faculty Grievance Committee, the complainant may appeal in writing to the Board of Trustees.

## Dismissal

The President of Philander Smith College shall have the power to suspend immediately a faculty member recommended for dismissal by the Division Chair and/or the Vice President of Academic Affairs when such action is required to 1) insure the safety of personnel or 2) to uphold the good name

and reputation of the College. Such suspension shall continue until final adjudication of the matter. The salary of the suspended faculty member shall continue until the matter has been resolved.

The charges against the suspended faculty member shall be stated in writing and framed with reasonable particularity by the President. A dismissal for cause action under the conditions described above will be preceded by (1) discussion between faculty member and the administration looking toward a mutual settlement, and (2) investigation by the Grievance Committee into the matter, if formally requested by the faculty member within 30 days of receipt of the letter of dismissal.

Upon the receipt of a formal request for such a review, the Grievance Committee will be given a written statement of the reasons for dismissal by the President, the Vice President of Academic Affairs, and/or the Division Chair detailing supporting evidence which these persons are in a position to share. The aggrieved faculty member will be given a copy of such reasons and/or evidence and be given an opportunity to reply to such charges in writing and in oral testimony.

The Grievance Committee will follow normal procedures for insuring fairness to all parties during the hearing, which procedures will include right to a verbatim record of proceedings available to all parties upon request, the examination and cross examination of witnesses and examination of documentary evidence, and may admit any evidence which is of value in determining the issues involved. Such procedures do not allow for the presence of official counsel outside of the College during the deliberations of the Grievance Committee. However, the aggrieved may select a non-legal representative who is currently an employee of Philander Smith College.

Since it is the policy of the Board of Trustees that all administrative decisions be the responsibility of the President, the decision of the President with respect to any personnel action, including termination, shall be final.

## Disciplinary Period for Unsatisfactory Performance

If, on the basis of student, peer, and supervisory evaluations, the Vice President of Academic Affairs should find the performance of a faculty member unsatisfactory, he/she, with the approval of the President, may decide to give this faculty member time in which to improve his or her performance.

In this case and as soon as possible, the Vice President of Academic Affairs must communicate the following information to the affected faculty member: 1) the specific time period given for improvement, 2) suggestions and recommendations for improving his or her performance, and 3) the consequences of the faculty member's failure to meet these expectations for improvement. In this process, the Vice President of Academic Affairs works closely with the faculty member's Department and Division Chairs. The Vice President of Academic Affairs is responsible for determining whether the faculty member has met the requirements for improvement. If the faculty member has met the stipulated conditions by the end of probation, the Disciplinary Period will come to an end. If the faculty member has not met these conditions, then reappointment will be denied.

Approved by the Board of Trustees on September 9th, 2010

## 5.4 Faculty Search

1) Recruiting is a College-wide function that is conducted continually for the purpose of maintaining a diverse and highly qualified faculty. Therefore, recruiting for faculty positions is conducted by Department Chairpersons, Division Chairpersons, and the Faculty Senate.

2) The Personnel Office coordinates the filling of all available academic positions. Such positions are advertised on campus and in local, state, and national publications as needed.

3) Applicant folders are compiled and maintained in the Personnel Office with copies forwarded to the Academic Affairs Office. Divisions and/or programs with openings shall organize search committees to review and evaluate the applications and all supporting documents which must include a minimum of: (1) A letter of application; (2) official transcripts from all appropriate institutions; (3) current curriculum vita; and (4) three current letters of reference.

4) Every effort should be made to review a sufficient number of prospects in order to identify highly qualified candidates.

5) Departmental search committees forward their recommendations for hire, including a minimum of three applications, to the Vice President of Academic Affairs, via the Division Chairperson. Applications should be prioritized in order of the committee's preference.

6) After appropriate action, salary determination by the President, and approval by the Vice President of Academic Affairs, offers of employment are made by the appropriate Division Chairperson, Program Director, and/or College administrator.

7) The College will not discriminate in the employment of faculty on the basis of gender, race, religion, national origin, disability, or as otherwise prohibited by federal or state law, in compliance with equal opportunity principles. Considerations for appointment shall be the candidate's academic and scholarly record, teaching skills, experience, and the compatibility of his/her philosophy with the central mission, goals, and objectives of the College.

## 5.5 Outside Employment Policy

The College recognizes that its faculty's professional qualifications have great value in areas beyond their normal College assignments. Consequently, provided that the faculty member notifies his/her department chair in writing of any outside employment, the College permits the participation of its faculty in consultation and similar external employment for which they are qualified and which does not significantly delay, conflict, or interfere with instructional, scholarly, and/or other services expected by the College as outlined in this handbook. Consequently, no faculty member at Philander Smith is allowed to hold full-time positions at two institutions, or a full-time position at Philander Smith College and a supervisory position (e.g. Division Chair, Coordinator, Director, Dean, or Vice President) at another institution. Faculty who are employed full-time at other institutions shall be considered for adjunct positions only.

Approved by the Board of Trustees on September 9th, 2010

The faculty member planning to engage in this type of activity during the regular workday must report plans to the Division Chair citing the nature and extent of the activity, along with an estimate of the amount of time involved.

# CHAPTER 6
# ACADEMIC POLICIES AND PROCEDURES

## 6.1 Department Assessment and Review
**[Information was requested]**

## 6.2 Events Scheduling

All scheduling of events on Philander Smith College campus must go through the Director of Special Events.

**Terms for rental of College property:**

a) An event form must be completed and submitted to the Director of Special Events Coordination Team via email (eventcoordinator@philander.edu) at least two weeks before the event is scheduled to take place;

b) Rental fees will be charged on an hourly basis and based on which facility is used;

c) A deposit of one-half the total rental fee is to be paid to the College when the space is reserved. All but one-hundred dollars of the deposit will be refunded if the event is cancelled two or more weeks prior to the date of the event. No money will be refunded if an event is cancelled less than two weeks before the event is scheduled to take place. The total fee must be paid 48 hours before the event begins, or the event may be cancelled and the deposit forfeited;

d) Any request to use facilities in the Kendall Center made fewer than two weeks before the usage will be denied. Any person or group using any part of the Kendall Building will be checked in when they arrive at the security gate. The person in charge of the event must be in attendance at all times during the event and must complete an event check-out form at the Security gate after the last person at the event has vacated the facility. When using facilities in the Kendall Building, an additional 150 dollars building deposit is required. This 150 dollar deposit is refunded if the rented facilities are left clean and free of all items brought in for the event. It is the responsibility of the event's organizer to ensure that all garbage from the event is removed to the large dumpster at the southwest end of the parking lot by the conclusion of the event;

e) If tickets or concessions are being sold for an event, 10 percent of the total sales will be paid to Philander Smith College within two business days of the event;

f) A maintenance fee of twenty dollars per hour (minimum 5 hours) per maintenance person will be charged for all weekend events or for work that cannot be done in the normal workday of the maintenance staff. A minimum $100 maintenance fee is always charged for use of the Kendall Building. Set-up requests that include laying protective tarpaulin in the athletic facilities or erecting the movable walls in the Nugent Center will be charged for two workers;

g) AmeriServe is the exclusive food service vendor for all events on the Philander Smith College campus. Any event at which food is to be served must have the food served by the College's exclusive food service vendor. A catering manual can be requested when reserving a date with the

Approved by the Board of Trustees on September 9th, 2010

Food Service Manager. Food service arrangements should be made directly with the Food Service Manager and at least two weeks prior to the event. The Food Service Manager can be reached by telephone at (501) 370-5360;

h) A PSC certified technician must be employed at a rate of 45 dollars per hour by the contracting group when use of the technical equipment in the Kendall Building or Harris Auditorium is requested. The technician must be present in the building for the entire event (including set-up and tear-down) and will be paid for the entire time he/she is present;

i) Additional security can be provided for the event; however, a fee of 50 dollars per hour per additional security person will be charged if Philander Smith College determines that extra security will be needed. All events held outside of normal business hours must have security present;

j) The licensee and the licensor must sign a contract for any event held on the College campus, which spans more than 24 hours. A certificate of insurance must be presented with the signing of the contract or agreement on conditions of use form, or the person or group requesting use of College facilities must purchase the appropriate liability coverage for the event;

k) An agreement on conditions of usage must be signed by the sponsoring person or group for any one day event held on the Philander Smith College campus.

**Non-Profit Groups**: Non-profit groups wishing to use facilities on the Philander Smith College campus will pay one-half of the rental fee normally charged. Non-profit groups must still pay the full fee for insurance and of maintenance and technician services. Non-profit groups must submit a letter from the IRS verifying their non-profit status. All other policies and fees are the same terms.

**Faculty/Staff**: An event form must be completed and returned to the Director of Special Events at least two (2) weeks before the event is to be scheduled.

a) Faculty/Staff will receive a discounted rate for use of the Nugent Center, Library Conference Room, Sherman E. Tate Recreation Center, or M. L. Harris Auditorium for personal use. No fees will be charged for other space on campus if it is for personal use (i.e. family reunions, birthday parties, etc.). If the faculty/staff member is reserving the space representing another organization, the non-profit rate will apply;

b) If the Nugent Center, Library Conference Room, Sherman E. Tate Recreation Center, or M. L. Harris Auditorium is being requested, a deposit of one-half the total rental fees is to be paid to the College when the space is reserved. This deposit will be refunded if the event is cancelled two or more weeks prior to the date of the event. The total fee must be paid 48 hours before the event is scheduled to take place. All but 100 dollars will be refunded if an event is cancelled less than two (2) weeks before the event is scheduled to take place. All other policies and fees are the same terms.

**Student Organization Sponsored Events**: Student organizations must request event space and dates through the Office of the Vice-President for Student Affairs. When available spaces and dates have been identified, the Vice-President for Student Affairs will issue an event form to the student organization. The event form must be completed and returned to the Director of Special Events at least two (2) weeks before the event is to be scheduled and must have the signatures of the following people:

54

Approved by the Board of Trustees on September 9th, 2010

the student organizer, the on-campus faculty or staff advisor to the student organization, the Pan-Hellenic advisor (if Greek event), and the Vice-President for Student Affairs.

a) Student organizations may not have events lasting past 12:00 AM on weeknights and 2:00 AM on weekends.

b) No rental fees are charged to student organizations that are registered with the Vice-President for Student Affairs Office with the exception of the Kendall Building where some fees may apply. However, some conditions do apply for events by off-campus individuals or groups that are sponsored by on-campus organizations.

c) Same terms apply for Kendall Policy.

d) If tickets or concessions are being sold for an event, ten (10) percent of the total sales will be paid to the College within two (2) business days of the event.

e) A maintenance fee of 15 dollars per hour (minimum five hours) will be charged for weekend events unless an agreement for cleaning is signed by the on-campus advisor. If the agreement is signed by the campus advisor, the organization will be responsible for leaving the facility clean. If the maintenance department finds that the facility has not been cleaned, the organization must pay a 75 dollar fee. Set-up requests that include laying protective tarpaulin in the athletic facilities or erecting the movable walls in the Nugent Center will be charged for two (2) workers. No exceptions.

f) Same terms apply for food service.

g) A PSC certified technician must be employed at a rate of 45 dollars per hour by the organization when use of the technical equipment in the Kendall Building or the Harris Auditorium is requested. The technician must be present in the building for the entire event and will be paid for the entire time he/she is present. An organization may choose to have a member of the organization go through the certification training in order to run the equipment at no charge to the organization.

h) Security will be provided for all events; however, extra security must be hired by the organization at a rate of 50 dollars per hour if the Vice-President for Student Affairs determines extra security is needed for the event. All events held outside of normal business hours must have a security person present. The on-campus advisor for the organization (or a designated faculty/staff chaperone) must be present for the entire time the facility is in use by the organization. Security will be advised to shut down any event at which the faculty advisor or designated chaperone is not present. If a fee is charged for an event, the fee must be paid at least 48 hours before the event is scheduled to take place.

**Department/Division Sponsored Events**: An event form must be completed and returned to the Director of Special Events at least two (2) weeks before the event is to be scheduled and must have the signature of the department/division chair.

a) No rental fees are charged for department/division sponsored events with the exception of the Kendall Building where some fee may apply. However, some conditions do apply for events from off-campus individuals or groups that are sponsored by department/divisions.

Approved by the Board of Trustees on September 9th, 2010

b)  Same terms apply for Kendall Policy and ticket or concession sales.

c)  A maintenance fee of 15 dollars per hour (minimum five hours) will be charged for weekend events.  A minimum 75 dollar maintenance fee is always charged for use of the Kendall Building.  Set-up requests that include laying protective tarpaulin in the athletic facilities or erecting the movable walls in the Nugent center will be charged for two (2) workers.

d)  Same terms apply for food service.

e)  A PSC certified technician must be employed at a rate of 45 dollars per hour by the organization when use of the technical equipment in the Kendall Building or Harris Auditorium is requested.  The technician must be present in the building for the entire event and will be paid for the entire time he/she is present.  A department/division may choose to have a member of the organization go through the certification training in order to run the equipment at no charge to the department/division.

f)  Same terms apply for security.

g)  Representatives of the department/division must be present for the entire time the facility is in use by the department/division.

**Conditions for off-campus individuals, groups, or organizations that are sponsored by on-campus organizations or departments/divisions:**  Fees will apply to off-campus organizations sponsored by on-campus organizations, departments/divisions if an off-campus individual, group, or organization continually seeks to be sponsored by on-campus groups in order to avoid rental fees.

**Schedule of facilities and rental rates:**

a)  Harry R. Kendall Science and Health Mission Center
   - Dirdak Atrium (capacity: 100 persons. 100 dollars per hour)
   - Elders Lecture Hall (capacity: 120 persons. 100 dollars per hour)
   - Nugent Conference Center (capacity: 300 persons. 200 dollars per hour).  The Nugent Conference center has movable walls that can create up to four smaller meeting or breakout spaces.  These spaces are available individually or in tandem at 50 dollars per space per hour;

b)  M. L. Harris Fine Arts Auditorium (capacity: 500 persons. 500 dollars per four (4) hours);

c)  Sherman Tate Recreation Center (capacity: 300 persons. 150 dollars per hour);

d)  Reynolds Library and Technology Center
   - Conference Center (capacity: 70 persons. 75 dollars per hour)
   - Distance Learning Center (capacity: 25 persons. 100 dollars per hour);

e)  Mims Gymnasium (capacity: 600 persons. 150 dollars per hour);

f)  Lecture Halls and Classrooms (capacity: 20 to 150 persons. 50 dollars per hour);

56

Approved by the Board of Trustees on September 9th, 2010

g) Residence Life Center (capacity: 2 persons per room. 60 dollars per night). Lodging is available in the Residence Life Center for attendees to conferences and camps held on the College campus. Each double room is furnished with two single beds, a private bath, two desks, and internet, cable television, and telephone service. Meal service is available in the cafeteria to persons lodging in the Residence Life Center. (breakfast: 6 dollars, lunch: 6 dollars, dinner: 8 dollars)

## 6.3 Faculty Grievance Procedure

Philander Smith College acknowledges that it is desirable to satisfactorily resolve, internally, all issues involving faculty and the institution through informal means. The following process is to be followed:

1. The Aggrieved must set an appointment with the Chair of the Faculty Grievance Committee where the aggrieved will be given an opportunity to express allegations of violations of College policy;

2. The Chair will seek a remedy by meeting with all parties involved and serve as a mediator in an effort to achieve a resolution which meets the concern of the Agrieved;

3. Should such informal efforts fail, the aggrieved party may request, in writing, a formal grievance hearing before the Faculty Grievance Committee;

4. The written grievance must be specific as to the nature of the violation and cite any relevant policies or procedures, which have been violated. The grievance must be submitted to the Chair of the Faculty Grievance Committee no later than 30 days from the date of the last alleged infraction;

5. The Aggrieved party shall receive from the Chair of the Faculty Grievance Committee written acknowledgement of the receipt of the grievance within one week. The Faculty Grievance Committee shall meet within ten days;

   There will be no legal representation allowed at any of the grievance meetings;

6. Following completion of the grievance hearing, a written response will be prepared and issued to all relevant parties indicating the findings and any recommendations of the Faculty Grievance Committee;

7. If the Aggrieved party is not satisfied with the findings of the committee, the aggrieved may appeal in writing to the President of the College stating all specific procedures and actions which the Faculty Grievance Committee violated. Only the evidence and materials submitted to the Faculty Grievance Committee will be considered in the appeal. The decision rendered by the President will be final.

Approved by the Board of Trustees on September 9th, 2010

## 6.4 Faculty-Staff Grievance Procedure

In cases in which a staff member shall file a complaint against a faculty member, or a faculty member against a staff member, the following process is to be followed:

1.   The Aggrieved must set an appointment with Personnel Director where the Aggrieved will be given an opportunity to express the complaint;

2.   The Personnel Director shall attempt to resolve the dispute by mutual agreement with all parties involved using conflict resolution techniques;

3.   Should such informal efforts fail, the aggrieved party may request, in writing, a formal grievance hearing before the Faculty-Staff Grievance Committee;

   The written grievance, of not more than five pages, must be specific as to the nature of the violation and cite any relevant policies or procedures that have been violated.  The grievance must be submitted to the Personnel Director no later than 30 days from the date of the last alleged infraction.

4.   Upon receipt of the grievance, the Personnel Director will notify the Faculty-Staff Grievance Committee members of the need to convene a grievance hearing;

5.   Within ten days after such notice, the Committee members will convene and elect a chair;

6.   Within thirty days after receiving the written complaint, the Committee will convene to consider the grievance;

7.   Within fourteen days after its meeting to consider the grievance, the Committee will render a decision, which shall be conveyed in writing to the President;

8.   A final decision and adjudication of the dispute will be made by the President upon receipt of the written decision of the Faculty-Staff Grievance Committee.

## 6.5 Sexual Harassment Policy

It is against College policy to sexually harass or to discriminate against any member of the College community.

Such actions are prohibited not only by College policy, but by Title VII of the Civil Rights Act of 1963 and Title IX of the Education Amendments Act of 1972.  Violation of these Acts may subject the College and/or individuals to disciplinary action and may have legal consequences.

Sexual harassment shall be defined as unwelcome sexual advances, requests for sexual favors, and other verbal or physical conduct of a sexual nature where:

1.   Submission to such conduct is made explicitly or implicitly a term or condition of an individual's employment or classroom evaluation;

Approved by the Board of Trustees on September 9th, 2010

2. Submission to or rejection of such conduct by an individual is used as the basis for employment or academic decisions affecting the status of the individual;

3. Such conduct has the purpose or effect of unreasonably interfering with an individual's work or classroom performance or creating an intimidating, hostile, or offensive working or academic environment.

The College seeks to encourage the prompt reporting of such harassment and its prompt resolution through either formal or informal procedures.

In addition, the College will take strong steps toward and encourage the development of programs aimed at informing students and employees of their right to be free from sexual harassment and the procedures available for reporting. Programs will also be developed and aimed at preventing sexual harassment.

## General Harassment Policy Statement

It is against Philander Smith College's policy to harass any person because of race, color, gender, religion, national origin, ancestry, age, marital status, disability, sexual orientation, unfavorable discharge from the military, or status as a disabled veteran or a veteran of the Vietnam era, and to comply with all federal and state nondiscrimination, equal opportunity, and affirmative action laws, orders, and regulations. The College intends to provide an environment that is pleasant, healthful, comfortable, and free from intimidation, hostility, or other offenses. Harassment of any sort - verbal, physical, visual, or sexual - will not be tolerated. Harassment is a very serious offense that can result in the imposition of severe disciplinary measures, including suspension, expulsion, and termination. Harassment is a form of persecution that can cause anguish and humiliation and is incompatible with our Christian heritage. It is unacceptable under any circumstances and will not be tolerated.

## What is Harassment?

Harassment can take many forms. It may include, but is not limited to, the use of words, signs, jokes, pranks, intimidation, physical contact, or violence. Harassment is not necessarily sexual in nature. Speech or other expression constitutes harassment if it is:

1. Intended to insult or stigmatize an individual or an identifiable group of individuals on the basis of age, ancestry, disability, national or ethnic origin, race, religion, gender, or sexual orientation;

2. Addressed directly to (though not necessarily in the presence of) the individual(s) whom it insults or stigmatizes; or

3. Makes use of words or nonverbal symbols that convey hatred or contempt for human beings on the basis of age, ancestry, national or ethnic origin, race, religion, gender, or sexual orientation.

Harassment may also include nonverbal acts that would also be punishable as, for example, vandalism, physical assault, or destruction of property. Other examples of harassment include insults or jokes referring to an individual's group-based attributes; placement of offensive written or visual material in

59

Approved by the Board of Trustees on September 9th, 2010

another person's work or living area; offensive messages sent through voice or e-mail; and undesired physical contact, physical violence, or threat of physical violence.

Cases of harassment involving students will be handled by the Disciplinary Committee.

Such actions are prohibited not only by the College, but also by Section 703, Title VII of the Civil Rights Act of 1963 and Title IX of the Education Amendments Act of 1972 and may have legal consequences.

## 6.6 Students with Disabilities

In compliance with section 504 of the Rehabilitation Act of 1973, as amended, and with the Americans with Disabilities Act of 1990 (ADA), Philander Smith College recognizes that qualified students who have diagnosed or identified learning, physical, or emotional disabilities are entitled to the same benefits from the educational programs of the College.  Philander Smith College is committed to providing access to the full range of educational programs and activities.  Eligibility for these services is determined individually based on documentation of need.

On September 25, 2008, President Bush signed into law the Americans with Disabilities Act (ADA) Amendments Act of 2008, which became effective on January 1, 2009, and clarifies and expands the definition of disability.  In addition, the Act expands the definition of individuals who will be eligible for protection under the ADA of 1990.

Disability services at Philander Smith College are focused on facilitating opportunities to stimulate and create a barrier-free environment, eliminating academic, social, and physical obstacles that impede students' access to higher education.

To receive disability related accommodations and services, students must first register with the Integrated Campus Center Disabilities Services (ICCDS) Office and provide current and appropriate medical and/or psycho-educational documentation which identifies the specific nature and extent of a qualifying disability, including the functional limitations currently imposed by the disability.

Hours of operation for disability services through ICCDS are Monday through Friday, 8:30 am until 5:00 pm.  Assistance and accommodations will be provided on an individual basis and will be determined by the student's disability documentation.  Appropriate accommodations should be requested by the student once verification of his/her disability is received.  Students with disabilities should contact: Integrated Campus Center Disabilities Services (ICCDS) Philander Smith College, 501-370-5356.

The Office of Academic Affairs has requested that every faculty member's syllabi include the following statement: Students with Disabilities Policy: It is the policy of Philander Smith College to accommodate students with disabilities pursuant to federal and state law.  Any student with a disability who needs accommodations, for example, in seating placement, arrangements for examinations, or class location, etc. should bring me official documentation, and I will make necessary accommodations.

60

Approved by the Board of Trustees on September 9th, 2010

## 7.5 Tuition and Fees Waiver for Faculty/Families

Faculty may enroll in scheduled classes for credit or for audit with payment of tuition and fees waived if classes do not conflict with their duties and responsibilities as members of the faculty. Up to six semester hours may be taken during a semester with fees and tuition waived. This benefit does not apply for summer terms.

Faculty, their spouses, and children, as reflected on the faculty member's W-4 form or for whom the faculty member pays child support, shall receive a 50% discount on tuition and fees when they enroll in the College during the regular fall and spring term, but not during the summer terms.

## 7.6 Faculty Research and Publications

Faculty doing approved research which may require a semester or more may have their instructional loads reduced to not less than six (6) semester hours per semester without a reduction in salary upon the recommendation of their department or division chairpersons and the Vice-President of Academic Affairs and the approval of the President.

## 7.7 Professional Development

Faculty are encouraged to attend professional meetings and participate in professional development opportunities, especially related to their fields. Funds, if available, shall be provided in accordance with the College's travel policy. Requests to attend a professional meeting or program shall follow the travel procedure.

When a member of the faculty is designated to attend a meeting to represent the College, the College shall assume the cost of the necessary travel expenses in accordance with its travel policy. Such travel shall be made only when representation shall be of definite value to the instructional program of the College.

## 7.8 Travel

Using forms obtained from the Academic Affairs Office, the faculty member shall obtain approval for travel from his/her department or division chairperson and the Vice-President of Academic Affairs. The form shall detail how classes and other academic duties will be cared for during the faculty member's absence. The Business Office will process travel requests in accordance to the travel policy as it is recorded in the Philander Smith Manual located in the Academic Affairs Office.

## 7.9 Leaves

Effective work demands the presence of faculty as officially scheduled. For this reason, prompt and regular attendance of all classes, meetings, and other officially scheduled activities is expected of all faculty. Attendance at outside meetings as a representative of the College, attendance at professional meetings as provided for, and all other leaves described below shall be the official basis for absence from duty. All leaves described below, except Study/Research and Sabbatical Leaves, require

Approved by the Board of Trustees on September 9th, 2010

preparation of an 'Absence Report' by the faculty member's Division or Department Chairperson. This report must be signed by the Vice-President of Academic Affairs and filed with the College's Personnel Office. Absence from duty not covered by these provisions may entail a corresponding loss in salary and may constitute a breach of contract.

## Sick Leave and Short-Term Disability

Philander Smith College provides paid sick leave benefits to all eligible full-time faculty for periods of temporary absence due to illnesses, injuries, or medical appointments for the faculty member or a member of his/her immediate family or permanent household. Philander Smith College defines "immediate family" as a: spouse; parent or individual who serves as legal guardian; child, including stepchild and his/her spouse; child, grandchild, or great-grandchild; full, half and/or stepsibling; and grand or great-grandparent. A household is defined as persons living in the same residence who maintain a single economic unit.

All eligible faculty will accrue sick leave benefits at the rate of 1.5 days per month, calculated on the basis of the College's fiscal year, July-June. Up to 20 days of sick leave can be accumulated and carried over into the next fiscal year. No more than 20 days of earned sick leave can be used within any fiscal year. Unused sick leave can be made available for use by other College employees who have exhausted their own benefits, but expect to return to duty within a reasonable period. A request to share sick leave must be approved by the department or division chairpersons and/or supervisor of all individuals involved. Copies of all such requests and all Absence Report Forms reporting actual use of the shared sick leave will be kept on file in the College's Personnel Office.

Faculty can request use of paid sick leave after completing the initial 90 calendar day period. Paid sick leave must be used in minimum increments of one-half day.

Faculty who are unable to report to work due to illness or injury should, whenever possible, notify their Division or Department Chairpersons before the faculty member's earliest scheduled class or posted office hours. The Division or Department Chairperson must be contacted on each additional day of absence. If the Division or Department Chairperson cannot be reached, the faculty member should contact the Office of Academic Affairs.

Faculty should notify their Division or Department Chairpersons as soon as possible when all medical appointments or emergency surgical procedures have been scheduled during their class periods or office hours.

If a faculty member is absent for three or more consecutive days due to illness or injury, a physician's statement may be required. Such verification may be requested for other sick leave absences as well and may be required as a condition to receiving sick leave benefits.

Sick leave benefits are intended solely to provide income protection in the event of illness or injury, and may not be used for any other absence. Unused sick leave benefits will not be paid to faculty while they are employed or upon termination of employment.

Approved by the Board of Trustees on September 9th, 2010

*Vice President for Academic Affairs*                              *Date*

# Schedule/Room Change Form

**\*\*Please submit to the Office of the Registrar with *ALL* signatures\*\***

*This form is to make any changes concerning the original course scheduling information submitted to the Office of the Registrar. This form will act as a tracking mechanism for all changes concerning your courses. It is mandatory for this form to be completed and accurate.*

**Division:** _____     **Department:** _____
**Area Coordinator:** _____     **Semester/Year:** _____
                                         (Fall, Spring, Summer)

| Chan ge | Course No. | Section No. | Course Title | Days | Time | Roo m | Instructor | Class Limit |
|---|---|---|---|---|---|---|---|---|
| From: | | | | | | | | |
| To: | | | | | | | | |
| From: | | | | | | | | |
| To: | | | | | | | | |
| From: | | | | | | | | |
| To: | | | | | | | | |
| From: | | | | | | | | |
| To: | | | | | | | | |

**Rationale:**

**Request Approved:** ☐             **Request Denied:** ☐

Signature:_____     Date: _____/_____/_____
            *Faculty*

Signature:_____     Date: _____/_____/_____
            *Division Chair*

Signature:_____     Date: _____/_____/_____
      *Vice President for Academic Affairs*

Signature:_____     Date: _____/_____/_____
         *Office of the Registrar*