Mr. Wallace:

I am writing you concerning uniforms for the dance team. I was informed by Jasmine Green with athletics that you said there is no money to buy the dance team "anymore" uniforms; however, you (the school) have never purchased uniforms for the dance team under my direction, which began in July 2012. What you purchased were cheerleading uniforms for the cheerleaders. Whatever the dance team has performed in was purchased from my own bank account and from money I raised from fund raisers and sponsorships. In addition, with no help from the school, I feed the girls when they miss lunch or dinner to attend games.

We have raised money this semester through sponsorships in addition to money the girls have given to help purchase jackets or warm up suits and a "real" performance uniform, yet we are still short on the needed funds. Therefore we are doing more fundraisers so that we can pay for the order when it arrives in January. However, we are in need of a uniform for Homecoming so that the ladies will look their best. As a result of no money being set aside for my team through Philander and in order to have a temporary uniform before the Homecoming game, I am now having to use the money we are currently raising that was set aside for the purchase of a "professional style college" uniform that will represent Philander well.

I feel that it is unfair that there is no budget and no money set aside for my team. These ladies work hard daily to raise the spirit of the school and to ensure they represent the school well for alumni, faculty, staff, other students, and fans of PSC. I a cheer team of eight, a pom squad of fifteen, a dance team of nine to eleven, and approximately ten drum line members who are also in need of uniforms and sticks.

What do you suggest that would be in the best interest of the students and the college?


Cordially,
P. Swinton


--

**Patricia Swinton, M.A.**
Instructor of English | Panther Dolls Cheer-Dance Coach | Drumline & 6th Man Advisor
Philander Smith College | ML Harris 2nd Floor | Academic Success Center, Ste. 2
900 West Daisy Bates Drive
Little Rock, AR 72202
office 501.975.8553 | fax 501.975.8555
http://www.philander.edu/academics/academicsuccess.aspx

EXHIBIT 54