1:44

Greenwood >

> Yes, I'm about to call you back if you're free

Ok

Sep 2, 2016, 4:07 PM

> Hey Greenwood, call me

Sep 8, 2016, 4:46 PM

> I'm assuming Dr Smothers hasn't said anything else about when my pay would start? When or if Ms Ellison would get compensated? And cheer having a budget? Stands budget? Show team budget? And Drumline budget?

> Games are approaching soon...

I haven't heard anything. When I hear something I would let you know.

**EXHIBIT 56**

1:45




Greenwood

Sep 26, 2016, 10:08 AM

> Goodmorning Coach Greenwood. Please tell me why you told Robert not to give me a key? This is really frustrating. Why are you against me and my team? I thought things would be different with you in charge, but it's the same BS. It's cool. We won't be cheering or participating in the games until things turn around. I'm not getting paid yet, I don't have a key, and no working budget yet everyone else has all privileges. This is straight BS

> I'm so over this

Sep 26, 2016, 12:06 PM

Good morning. Please don't text my phone like this again. What you and Robert got going on about that key I don't know! I told him to give you a key to the front door! I have never had anything against you or your

  
      

1:45




Greenwood

Sep 26, 2016, 12:05 PM

Good morning. Please don't text my phone like this again. What you and Robert got going on about that key I don't know! I told him to give you a key to the front door! I have never had anything against you or your program and I have always supported your young ladies, so please don't go there. I told you the President is in control of the budget. I talk to him about everything we talk about and he said he will get back to us. I think it's BS the way you came at me and we suppose to be better than that! So I hope this want happen again. Hope you have a bless day.

It's BS that you aren't really speaking up for us Greenwood. It's BS that I'm not getting my stipend but this is the first year I haven't gotten it, yet everyone else is getting theirs. I work just

  iMessage 

     

1:45

< 65



Greenwood

It's BS that you aren't really speaking up for us Greenwood. It's BS that I'm not getting my stipend but this is the first year I haven't gotten it, yet everyone else is getting theirs. I work just as hard as everyone else in athletics for my team and with my team. It's BS that we don't have a budget, yet everyone else does. Track is barely in existence yet they have money set aside. It's BS that I asked you to get me a key yet Robert said you told him not to. Why haven't you gotten it from him? Its BS that my team has to wait outside until someone can unlock the doors yet the managers for volleyball has keys to certain area in the gym but I don't have a key to anything. That's really BS bc I've seen them unlock doors with no coach there. It's BS that my team is expected I be at every game but I have no

  iMessage 

   Pay   

1:45

Greenwood >

at every game but I have no budget to feed them when they miss lunch or dinner yet when they don't attend the players (volleyball and women's basketball) get upset. As AD, it's up to you to speak up for me as one of the coaches in athletics, and it's up to you to speak up for my team. Coach Weaver didn't, and it was supposed to change. If you don't speak up for me and don't make sure I can operate under the same conditions as everyone else then I can't operate. All organizations on campus have a budget! We are the only group on campus including the drum line who don't have a budget, and it's frustrating. All I know is you haven't given me a key, and when I ask security to let us in, it's a hesitation, so I have no reason but to believe what Robert said.

1:45

**Greenwood**

And I thought we were better than that too

Can you meet at 1?

I have a class at 1 but I'll be free after that

So what other time?

2:30 or 3?

2:30

Ok

Sep 26, 2016, 3:36 PM

Walking over

Oct 3, 2016, 6:35 PM

Do you have an electronic copy of the procedures to email me? Also what did he say about the key?