# University of Arkansas

## Pine Bluff

Be it known that

### Patricia Walker

having completed the course of study as prescribed by the Faculty and Board of Trustees, and having complied with all other requirements of the University, is awarded the Degree of

### Bachelor of Science

In Testimony Whereof, the Board of Trustees, upon recommendation of the Faculty, has granted this diploma bearing the seal of the University. Dated at the University in Pine Bluff, Arkansas,

December 14, 2007.

Chairman of the Board of Trustees

President

Chancellor


EXHIBIT 1



# University of Arkansas at Little Rock

To all to whom these presents shall come

Greeting

Be it known that

## Patricia L. Walker

having completed the studies and fulfilled the requirements of the faculty for

the degree of

## Master of Arts

Professional and Technical Writing

has accordingly been admitted to that degree with all the rights, honors, and privileges thereunto appertaining.

In witness whereof, the seals of the University and the signatures of duly authorized officers are affixed to this diploma.

Given at Little Rock, in the State of Arkansas, this fifteenth day of December in the year of our Lord two thousand and eleven.

_Carl R. Johnson MD_
Chairman of the Board of Trustees
University of Arkansas

_D.R. Bobbitt_
President
University of Arkansas

_Joel E. Anderson_
Chancellor
University of Arkansas at Little Rock

# Patricia Walker-Swinton

Educator with 10 years experience teaching more than 100 students in a given semester, started coaching cheer and dance in 2012 along with advising student organizations, 10+ years of providing training, guidance, and building relationships with the community.

## Education

| | | |
|---|---|---|
| Jan 2018 - present | **Doctor of Education** Higher Education, EdD Student Concentration: Administration UA Little Rock | |
| Dec 2011 | **Master of Arts** Professional & Technical Writing Concentration: Technical Communication UA Little Rock | |
| Dec 2007 | **Bachelor of Science** Biology Concentration: Laboratory Research University of Arkansas at Pine Bluff | |

## Professional Experience

**Oct 2017 - May 2018** — **Department Chair**
*Philander Smith College, Department of Literacy Skills*

**Responsibilities**
- Advised students on course selections
- Recruited, interviewed, and recommended faculty and students for hire
- Branded the Department
- Provided administrative support to faculty
- Coordinated biweekly department meetings and workshops
- Hosted training sessions for literacy faculty to ensure proper skills alignment and teaching procedures
- Planned course schedules to offer for each semester
- Developed and submitted biweekly, semester, and school year reports
- Assisted with formulating campus-wide retention and strategic plans
- Actively participated in campus and community affairs
- Oversaw departmental budget
- Provided instructors with personalized professional development

**Accomplishments**
- Increased the pass rate within the remedial reading and writing courses via assessments & data analysis
- Removed the negative connotation from the developmental reading & writing courses via restructuring & policy recommendations
- Served as the Secretary for the Faculty Senate

**Jan 2015 - Oct 2017** — **Interim Division Chair**
*Philander Smith College, Division of General Education*

**Responsibilities**
- Served as a student advisor and mentor
- Researched and evaluated curricula, teaching procedures, and other education materials
- Provided administrative support to faculty and to the VP of Academic

## Contact Information

**Phone**
501.676.1719

**E-mail**
pswinton1908@icloud.com

**Website**
www.patriciaswinton.com

**LinkedIn**
https://www.linkedin.com/in/patricia-swinton-b8506a42

## Skills

8 years writing stage productions such as readers theaters, speeches, & mini plays

**Communication Skills**
●●●●● Advanced

Managed 30+ faculty
●●●●● Excellent

Advised & mentored 100+ students
●●●●● Experienced

7+ years planning, directing, advertising, and marketing promotional campaigns
●●●●● Experienced

7+ years presenting papers, speaking on panels, and being a representative at conferences
●●●●● Seasoned

7+ years editing, writing, & communicating
●●●●● Expert

7+ years branding, preparing sponsorship packages, reports, & press releases
●●●●● Experienced

1

designed to help high school seniors increase their scores in writing on the Compass, which is equivalent to the ACT. Ninety-five percent of students met the minimum or above average requirement in 2015. Sixty-two percent met the requirement in 2014.
* Spring 2014, designed a curriculum for the Teacher Education Department to help students pass the Praxis I and II writing exams.
* October 2013, hand selected by the Vice President of Academic Affairs to create the General Education Division so that the college could have a solid academic foundation.
* January 2012, outsourced by the college to correct thirty-eight violations on the website's main page frame making it compatible with the American Disabilities Act allowing the college to transition the website to a newer user friendly server.
* Since 2011, helped two students become published authors.
* Since 2011, Wrote and directed several readers theaters featuring domestic abuse survivor monologues.

| Jan 2011 - Jul 2011 | **Undergraduate Admissions Advisor** |
| | *UA Little Rock, Teacher Education Department* |

**Responsibilities**
* Advised 100% of the students within the Teacher Education Department
* Created and disseminated brochures for the Department
* Designed workshops on test taking skills, career goals, time management strategies, and taking the Praxis Exam

**Accomplishments**
* Prevented students from being misplaced in classes
* Increased retention rates for the Department of Education

| Aug 2009 - May 2011 | **Instructor** |
| | *UA Little Rock, Graduate Assistantship* |

**Responsibilities**
* Taught Composition I & II
* Taught students notetaking, study, and review skills
* Taught students the use of English and fluency with written English
* Taught the structure of the English language
* Showed students how several writers create their work
* Advised students on the proper way to write expressive, informative, analytical, argumentative, critical, and humorous essays
* Taught students the appropriate format and mechanics of an essay and research paper
* Taught students proper organization, style, and grammar usage

**Accomplishments**
* Created an online experience to the face-face classroom as a supplement that increased the attendance and participation of students from 85 percent to 95 percent
* Taught English students how to do electronic writing portfolios while keeping them on board with the trend of the university
* Wrote and directed several readers theaters featuring domestic abuse survivor monologues

4

## Professional Affiliations and Honors

| | |
|---|---|
| May 2015 | Exemplary Teacher of the Year, General Board of Higher Education |
| Oct 2013 | Member, Academy for Educational Studies |
| Feb 2012 | Member, National Association for Developmental Education (NADE) |
| Nov 2011 | Member, Phi Kappa Phi National Honor Society |
| Nov 2011 | Top 10 percent of graduating class for post baccalaureate degrees |

## Presentations

| | |
|---|---|
| Oct 2018 | Writing an Effective Essay. Professional Development Collaboration Session, Mills University Studies High School. Little Rock, AR. |
| Oct 2017 | Voices of Shame: A Domestic Abuse Readers Theater. National Domestic Violence Awareness Month. Philander Smith College. Little Rock, AR. |
| Oct 2016 | Voices of Shame: A Domestic Abuse Readers Theater. National Domestic Violence Awareness Month. Philander Smith College. Little Rock, AR. |
| Oct 2015 | Voices of Shame: A Domestic Abuse Readers Theater. National Domestic Violence Awareness Month. Philander Smith College. Little Rock, AR. |
| Oct 2014 | Voices of Shame: A Domestic Abuse Readers Theater. National Domestic Violence Awareness Month. Philander Smith College. Little Rock, AR. |
| Oct 2013 | "From Chaos to Order: An Empirical Approach to Preparing Quality Teachers," Critical Questions in Education Conference 2013, Session 12, Examining Language and Dialect. San Antonio, Texas. |
| Oct 2013 | Voices of Shame: A Domestic Abuse Readers Theater. National Domestic Violence Awareness Month. Philander Smith College. Little Rock, AR. |
| May 2013 | "Why is Domestic Abuse a Workplace Issue?" Little Rock Business Owners Meeting. Little Rock, AR. |
| Jan 2013 | "Hurting from the Inside Out," Real Women, Real Talk, Real Issues. Designing Women Ministries. Little Rock, AR. |
| Nov 2012 | "Overcoming Obstacles," BCD Treatment Center. Little Rock, AR. |
| Oct 2012 | Voices of Shame: A Domestic Abuse Readers Theater. National Domestic Violence Awareness Month. Philander Smith College. Little Rock, AR. |
| May 2012 | "The Emerging Adult and Academic Success: Connecting the Link Between the PSC Student, Synaptic Pruning, and Faculty and Staff," Statewide Retention Retreat. Philander Smith College. Little Rock, AR. |
| Mar 2012 | Voices of Shame: A Domestic Abuse Survival Strategies Presentation. Not Easily Broken Empowerment Conference. Sister Friends United, Inc. Little Rock, AR. |
| Mar 2012 | Voices of Shame: A Domestic Abuse Survival Strategies Theater. Philander Smith College. Little Rock, AR. |
| Oct 2011 | Voices of Shame: A Domestic Abuse Readers Theater. National Domestic Violence Awareness Month. Argenta Community Theater. North Little Rock, AR. |
| Jul 2010 | Voices of Shame: A Domestic Abuse Readers Theater. National Domestic Violence Awareness Month. Philander Smith College. Little Rock, AR. |





# Certificate of Appreciation

This certificate is awarded to

## Patricia Walker-Swinton

In recognition of Professional Development

Dec 2, 2013
Date

12/2/13
Date

PLAINTIFF'S EXHIBIT 3



# HIGHER EDUCATION & MINISTRY
General Board of Higher Education and Ministry

THE UNITED METHODIST CHURCH

CERTIFICATE OF APPRECIATION

## *Patricia Walker-Swinton*

**Exemplary Teacher Award**
Philander Smith College

2014-2015

_Roderick Smothers, President_
Philander Smith College

_Ken Yamada, Interim Associate General Secretary_
Division of Higher Education

PLAINTIFF'S EXHIBIT

THIS CERTIFICATE IS PRESENTED TO

# MS. PATRICIA SWINTON

FOR

# EXCELLENCE IN LEADERSHIP

IN

## FRESHMAN COLLOQUIUM
## 2014-2015

Philander Smith College
Office of Academic Affairs

*April 23, 2015*

*Dr. Hazel Ervin, VP*



Certificate of Appreciation

This certificate is awarded to

Patricia Walker-Swinton

In recognition of Professional Development

Fall, 2014



Certificate of Appreciation

This certificate is awarded to

Patricia Walker-Swinton

In recognition of Professional Development Spring 2014

# Philander Smith College

## Certificate of Achievement

THIS CERTIFICATE IS AWARDED TO

### Patricia Walker-Swinton

IN GRATEFUL APPRECIATION FOR 5 YEARS OF LOYAL AND DEDICATED SERVICE TO PHILANDER SMITH COLLEGE.

Thursday, April 27, 2017

*[signature]*
Dr. Roderick Smothers, PhD
President
Philander Smith College

*[signature]*
Mr. Chris Newton
Executive Director
Human Resources