IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**PATRICIA WALKER-SWINTON**                                                                       **PLAINTIFF**

v.                          Case No. 4:18-CV-886 (KGB)

**PHILANDER SMITH COLLEGE, AND
DR. RODERICK SMOTHERS, SR., PRESIDENT,
IN HIS INDIVIDIAL AND OFFICIAL CAPACITY,
AND DR. ZOLLIE STEVENSON, JR., VICE-PRESIDENT,
ACADEMIC AFFAIRS, IN HIS INDIVIDIAL AND
OFFICIAL CAPACITY**                                                                          **DEFENDANTS**

## MOTION FOR EXTENSION OF TIME TO FILE REPLY

Comes Now, Plaintiff, Patricia Walker-Swinton, by and through her attorney Teresa Bloodman, pursuant to Federal Rule of Civil Procedure 6 and hereby moves this Court for an order granting additional time to file a Reply to Defendant Philander Smith College's Response to Plaintiff's Motion to Unseal Documents and states:

1. On August 13, 2020, Plaintiff filed a Motion to Unseal Documents.  **(Dkt. 152-153)**

2.  On August 27, 2020, the Defendant filed a Response in Opposition to Plaintiff's Motion to Unseal Documents. **(Dkt. 157-158)**

3.  Plaintiffs' time to reply has not expired.

4.  Plaintiff's technical scanning glitches, in response to a separate

1

pending pleading - in this same matter – have caused delay in the completion of the reply herein. Plaintiff needs additional time to adequately reply to the defendant's response.

5. Defendant will not suffer prejudice if this extension is granted.

6. On July 31, 2020, the Court entered an order granting the Defendant's motion to stay deadlines in this case. **(Dkt. 142)**  Since that date, the Defendant has requested an extension to reply and additional motions have been filed.

7. This is "good cause for extension.

8. This motion is not made for the purpose of delay or other illegitimate purposes.

9. Pursuant to Local Rule 7, undersigned attempted contact with the defendants counsel prior to filing the request for extension.

10. This motion is in the best interest of justice and no party will be prejudiced if an extension is granted until September 10, 2020.

WHEREFORE, the Plaintiff prays that the motion for extension to file a reply be granted up to and including September 10, 2020, and for all other proper and just relief.

Respectfully submitted,

<u>Teresa Bloodman</u> #2005055
Attorney for Plaintiff
P.O. Box 13641
Maumelle, AR 72113
(870) 550-1940 Direct
<u>teresabloodman@yahoo.com</u>