| | |
|---|---|
| **EI 05964 1605 US** | **EXPRESS MAIL** — **Mailing Label** Label 11-B, March 2004 |
| | UNITED STATES POSTAL SERVICE® — **Post Office To Addressee** |

**ORIGIN (POSTAL SERVICE USE ONLY)**

- PO ZIP Code: 72202
- Postage: $26.35
- Date Accepted: 2 3 2020
- Scheduled Date of Delivery: 2 / 4
- Time Accepted: 12:54 PM
- Total Postage & Fees: $26.35

**FROM:** (PLEASE PRINT) PHONE 501 311-9999

Abtin Mehdizadegan
Cross, Gunter, Witherspoon
+ Galchus
500 President Clinton Ave #38
Little Rock, AR 72201

**FOR PICKUP OR TRACKING**
Visit www.usps.com
Call 1-800-222-1811
≡EMS≡

**CUSTOMER USE ONLY**

**TO:** (PLEASE PRINT) PHONE ( ) 501-570-8092

Teresa Bloodman
P.O. Box 13641
Maumelle, AR 72113





PLAINTIFF'S EXHIBIT