Philander Smith College Mail - Women's Basketball hame     https://mail.google.com/mail/u/0/?ui=2&ik=870ab08edb&view=pt&...



Walker-Swinton, Patricia <pwalker-swinton@philander.edu>

## Women's Basketball hame
4 messages

---

**Wallace, Terry** <twallace@philander.edu>     Thu, Nov 5, 2015 at 5:23 PM
To: Patricia Walker-Swinton <pwalker-swinton@philander.edu>
Cc: Thurlon Weaver <tweaver@philander.edu>

> Ms. Swinton,
> I am currently watching our Lady Panthers play against Jarvis. Where are our cheerleaders?

---

**pwalker-swinton@philander.edu** <pwalker-swinton@philander.edu>     Thu, Nov 5, 2015 at 10:16 PM
To: "Wallace, Terry" <twallace@philander.edu>
Cc: Thurlon Weaver <tweaver@philander.edu>
Bcc: dellison@philander.edu

> The cheerleaders could not make the game today. They've been practicing twice a day in preparation for homecoming and working on props. They attended both games on Tuesday even though they practiced early Tuesday morning and again after the game on Tuesday. They needed some rest so that they could remain productive in the classroom. They have early morning practice tomorrow, class, a parade and pep rally tomorrow afternoon, practice again, plus finish their props for Sat. We are making every attempt to attend all games; however, sometimes I have to take their well being into consideration too. I apologize.
>
> Best,
> P. Swinton
>
> Sent from my iPhone
>
> On Nov 5, 2015, at 5:23 PM, Wallace, Terry <twallace@philander.edu> wrote:
>
>> Ms. Swinton,
>> I am currently watching our Lady Panthers play against Jarvis. Where are our cheerleaders?

---

**Terry Wallace** <twallace@philander.edu>     Fri, Nov 6, 2015 at 8:57 AM
To: Patricia Walker-Swinton <pwalker-swinton@philander.edu>
Cc: Thurlon Weaver <tweaver@philander.edu>

> Ms. Swinton,
>
> Just to remind you what the primary purpose of having cheerleaders:
>
> Cheerleader as defined by Merriam-Webster
>
> *a person who is a member of a group (typically a group of young women) who shout out special songs or chants to encourage the team and entertain the crowd during a game in sports like American football and basketball*

1 of 3



PLAINTIFF'S EXHIBIT 2

:29 PM