# Faculty

## My Courses - Class List

Set Options

My Courses > Class List

Course: ENG 113 02

**Course Details 2017-2018 Spring Semester | Undergraduate | ENG 113 02 | Composition I**

| Faculty | Meets | Dates | Rooms |
|---|---|---|---|
| Walker-Swinton, Patricia L | MWF 9:00 AM-9:50 AM | 1/8/2018 - 5/4/2018 | MAIN/ RELIB/ DLC |

Export to Excel

**Class List 2017-2018 Spring Semester | Undergraduate | ENG 113 02 | Composition I (17 students)**

| FERPA Restrict | Student | Student ID | Status | Email | Advisors | Cross-listed Course | Credits | Major | Class | Division |
|---|---|---|---|---|---|---|---|---|---|---|
| | [redacted] | [redacted] | C - Current | | Dr. Jocelyn A. Moore | | 3.00 | Biology | Freshman | UG |
| | [redacted] | [redacted] | C - Current | | Mr. Kal Alexander Danie Carey | | 3.00 | Biology | Freshman | UG |
| | [redacted] | [redacted] | C - Current | | James E Johnson | | 3.00 | Physical Education | Freshman | UG |
| | [redacted] | 72137 | C - Current | | Dr. Daniel E Eglie | | 3.00 | Political Science | Sophomore | UG |
| | [redacted] | [redacted] | C - Current | | Dr. Jocelyn A. Moore | | 3.00 | Biology | Freshman | UG |
| | [redacted] | [redacted] | C - Current | | Ms. Teresa J Young | | 3.00 | English | Freshman | UG |
| | Hunter Mya Deshiree | 80868 | C - Current | | Carmen L. Hardin | | 3.00 | Criminal Justice | Freshman | UG |
| | Johnson Demonkea Demetria | 81025 | H - History | | Rosamaund C Allen | | 3.00 | Business Administration | Freshman | UG |
| | [redacted] | 85011 | C - Current | | Latonya Jackson | | 3.00 | Mathematics | Freshman | UG |
| | [redacted] | [redacted] | C - Current | | Angela M Sanders | | 3.00 | Social Work | Freshman | UG |
| | Levy Taylor De[redacted] | 85160 | H - History | | Carolyn Parham | | 3.00 | Social Work | Freshman | UG |
| | [redacted] | 81356 | H - History | | Rosamaund C. Allen | | 3.00 | Business Administration | Freshman | UG |
| | [redacted] | [redacted] | C - Current | | Dr. Bettye J Brown | | 3.00 | Psychology | Freshman | UG |
| | Mi[redacted], S[redacted] | 79452 | C - Current | | James E Johnson | | 3.00 | Physical Education | Freshman | UG |
| | [redacted] | [redacted] | C - Current | | Mr. Bruce L. James | | 3.00 | Business Administration | Freshman | UG |
| | [redacted] | [redacted] | C - Current | | Dr. Cynthia Burroughs | | 3.00 | Biology | Freshman | UG |
| | S[redacted] | 84701 | C - Current | | Ms. LaTisha Nicole Bell | | 3.00 | Psychology | Freshman | UG |

Email Selected Students



PLAINTIFF'S EXHIBIT 3

Present 4/9/18

# Faculty

## My Courses - Class List

Set Options

My Courses > Class List

Course: ENG 113 01

**Course Details** 2017-2018 Spring Semester | Undergraduate | ENG 113 01 | Composition I

| Faculty | Meets | Dates | Rooms |
|---|---|---|---|
| Walker-Swinton, Patricia L | MWF 10:00 AM-10:50 AM | 1/8/2018 - 5/4/2018 | MAIN/ RELB/ DLC |

Export to Excel

**Class List** 2017-2018 Spring Semester | Undergraduate | ENG 113 01 | Composition I (21 students)

| FERPA Restrict | Student | Student ID | Status | Email | Advisors | Cross-listed Course | Credits | Major | Class | Division |
|---|---|---|---|---|---|---|---|---|---|---|
| | B——, J—— D—— | 85163 | C - Current | | Dr. Lloyd Edward Harvey | | 3.00 | Elementary Education K-6 | Freshman | UG |
| | B——, K—— A—— | 83976 | C - Current | | Adria L Allen | | 3.00 | Physical Education | Freshman | UG |
| | [redacted] | [redacted] | C - Current | | Adria L Allen | | 3.00 | Physical Education | Freshman | UG |
| | [redacted] | [redacted] | C - Current | | James [redacted] | | 3.00 | Physical Education | Freshman | UG |
| | G——, S—— S—— | 82749 | C - Current | | Rosamaund C Allen | | 3.00 | Business Administration | Freshman | UG |
| | H——, L——, R—— | 82860 | C - Current | | Dr. Cynthia Burroughs | | 3.00 | Biology | Freshman | UG |
| | H——, T—— L—— | 82454 | C - Current | | Adria L Allen | | 3.00 | Physical Education | Freshman | UG |
| | H——, T—— D—— | 84868 | C - Current | | Mr. Kai Alexander Daniel Carey | | 3.00 | Biology | Freshman | UG |
| | J——, L—— | 79288 | C - Current | | Carolyn Parham | | 3.00 | Social Work | Freshman | UG |
| | L——, K—— D—— | 79000 | C - Current | | James E Johnson | | 3.00 | Physical Education | Sophomore | UG |
| | L——, A—— | 80612 | C - Current | | Angela M Sanders | | 3.00 | Social Work | Freshman | UG |
| | L——, D—— Q—— | 84907 | C - Current | | Dr. Cynthia Burroughs | | 3.00 | Biology | Freshman | UG |
| | M——, A—— N—— | 84782 | C - Current | | Carmen L Hardin | | 3.00 | Criminal Justice | Freshman | UG |
| | O——, D—— | 77227 | C - Current | | Rosamaund C Allen | | 3.00 | Business Administration | Sophomore | UG |
| | R——, K—— T—— | 80395 | C - Current | | Ms. LaTisha Nicole Bell | | 3.00 | Psychology | Freshman | UG |
| | S——, A—— S—— | 84653 | C - Current | | Rosamaund C Allen | | 3.00 | Business Administration | Freshman | UG |
| | S——, K—— C—— | 84908 | C - Current | | Angela M Sanders | | 3.00 | Social Work | Freshman | UG |
| | S——, J—— | 82152 | C - Current | | Adria L Allen | | 3.00 | Physical Education | Freshman | UG |

Handwritten annotations:
- "Present in 9:00 class on 4/9/18" (pointing to third student row)
- "Came and pulled Jaylyn out. Another student helped." (across middle rows)
- "(for 9:00) Present 4/9/1[8]" 

1 of 2

PSC CONFIDENTIAL BATES 000776

Class List 2017-2018 Spring Semester | Undergraduate | ENG 113 01 | Composition I (21 students)

| FERPA Restrict | Student | Student ID | Status | Email | Advisors | Cross-listed Course | Credits | Major | Class | Division |
|---|---|---|---|---|---|---|---|---|---|---|
|  | W████ ██ J███ W████ D | 74246 | C - Current | ████ | Dr. Chuantei Zhang ████ |  | 3.00 | Computer Science | Freshman | UG |
|  | W████ C████ J████ B | 79499 | C - Current | ████ | Ms. LaTisha Nicole Bell ████ |  | 3.00 | Psychology | Freshman | UG |
|  | W████ Q████ D████ B | 84994 | C - Current | ████ | Ms. LaTisha Nicole Bell ████ |  | 3.00 | Psychology | Freshman | UG |

Email Selected Students