STATE OF Arkansas
COUNTY OF Pulaski

**IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF ARKANSAS**

**PATRICIA WALKER-SWINTON** **PLAINTIFF**

**V.** **CASE NO. 4:18-CV-886 (KGB)**

**PHILANDER SMITH COLLEGE; AND DR. RODERICK SMOTHERS, SR., PRESIDENT, IN HIS INDIVIDUAL AND OFFICIAL CAPACITY; AND DR. ZOLLIE STEVENSON, JR., VICE-PRESIDENT, ACADEMIC AFFAIRS, IN HIS INDIVIDUAL AND OFFICIAL CAPACITY** **DEFENDANTS**

**AFFIDAVIT OF K[redacted] A[redacted]**

1. I am K[redacted] A[redacted].

2. I am at all times competent and of sound mind when making this sworn statement.

3. On April 9, 2018, I was a student in the Composition I class that was taught by Ms. Swinton at Philander Smith College when J[redacted] M[redacted] verbally attacked Ms. Swinton

4. On April 9, 2018, J[redacted] M[redacted], and his girlfriend T[redacted] were disrespectful to Ms. Swinton.

5. Ms. Swinton never called J[redacted] M[redacted] a retard.

6. J[redacted] M[redacted] took his cellular phone out during a class quiz. Ms. Swinton asked J[redacted] M[redacted] at least different 2 times to put his cell phone away, but J[redacted] did not comply.

7. Were all aware that we could not have a cellular phone out during testing.

8. After the classroom incident, prior to security Gaines coming back, I witnessed J[redacted] and T[redacted] outside the library plotting on what they were going to say about Ms. Swinton to keep from getting into trouble.

9. I found it to be very disrespectful how they had been treating Ms. Swinton because she was our teacher and a mother.

10. I told J[redacted] M[redacted] and Thalia they were going to get into trouble, and they said no they're not because they were going to fix it to make Ms. Swinton look bad.



11. I was in the library at the time and heard [redacted] M[redacted] cursing and threatening to physical harm Ms. Swinton.

12. I witnessed [redacted] M[redacted] calling Ms. Swinton a "bitch" and yelling he was going to "beat Ms. Swinton's ass."

13. I had first-hand knowledge about the April 9, 2018, classroom incident where J[redacted] M[redacted] attacked Ms. Swinton.

14. I was never questioned by the security officers, Chief Williams, Dr. Smothers, Dr, Stevenson, or Dr. Doman about the April 9, 2018, classroom incident when J[redacted] M[redacted] cursed and threatened Ms. Swinton,

Further, affiant sayeth not.

[signature]
Kendrian Arnold, Affiant

**NOTARY**

STATE OF Arkansas
COUNTY OF Pulaski

Affiant, Kendrian Arnold, being first duly sworn under oath, presents that she has read and subscribed to the above Affidavit and states that the information therein was provided by him and is true and correct.

SUBSCRIBED AND SWORN to before me this 21st day of May, 2020.

[signature]
Notary Public

My commission expires: 3-1-2027

NESHAJA NICHOLS
Notary Public-Arkansas
Pulaski County
My Commission Expires 03-01-2027
Commission # 12700133