


Dr Stevenson >

Ok

Apr 9, 2018, 8:00 PM

Sorry, I can't talk right now.

Apr 11, 2018, 9:28 AM

> Dr Stevenson I think the student who jumped in between J▓▓ M▓▓ and me to keep him from hitting me was D▓▓ M▓▓. I can picture her face and I'm trying to put the name with the face. Can you ask her since I'm not supposed to ask?

Yes. Also, I need to know J▓▓ class performance and grade at this point. I will more info later after some emails go out from Dr Doman

Ok

