**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**PATRICIA WALKER-SWINTON**                                                                 **PLAINTIFF**

**v.**                            **Case No. 4:18-cv-00886-KGB**

**PHILANDER SMITH COLLEGE,** *et al.*                                                        **DEFENDANTS**

**ORDER**

On September 15, 2020, counsel for defendant Philander Smith College communicated with the Court *via* electronic mail that portions of certain documents recently filed by plaintiff Patricia Walker-Swinton might contain protected student information. *See* Court's Ex. A. Specifically, defense counsel identified Dkt. Nos. 166-3, 166-4, and 166-5 as filings containing information that should possibly be under seal. *See id.*

The Court has reviewed these filings, the Protective Order, and FERPA. At this time, on its own motion and pending further argument from the parties, the Court directs the Clerk to place under seal Dkt. Nos. 166-3, 166-4, and 166-5. If any party objects to these docket entries remaining under seal or proposes redactions to protect under seal information in the filing but to permit the remaining portion of the filing to be unsealed, the party should file a written motion with the Court within ten days from the entry of this Order objecting to the under-seal filing.

It is so ordered this 28th day of January, 2021.

*[Signature: Kristine G. Baker]*

Kristine G. Baker
United States District Judge