## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**PATRICIA WALKER-SWINTON**                                                 **PLAINTIFF**

**v.**                            **Case No. 4:18-cv-00886-KGB**

**PHILANDER SMITH COLLEGE,** *et al.*                                **DEFENDANTS**

## **JUDGMENT**

Pursuant to the Order entered in this matter on this date and this Court's prior Orders (Dkt. Nos. 41, 61), it is considered, ordered, and adjudged that judgment is entered in favor of defendant Philander Smith College ("PSC") on plaintiff Patricia Walker-Swinton's claims under 42 U.S.C. § 2000e *et seq*. ("Title VII") and the Arkansas Civil Rights Act, Ark. Code Ann. §§ 16-123-101 *et seq*. ("ACRA") for gender discrimination based on Ms. Walker-Swinton's termination, gender discrimination based on hostile work environment, gender discrimination based on compensation, and retaliation. The Court dismisses those claims with prejudice; the relief requested is denied.

The Court dismisses without prejudice Ms. Walker-Swinton's claims against defendants PSC, Dr. Roderick Smothers, Sr., and Dr. Zollie Stevenson, Jr., under 42 U.S.C. §§ 1981 and 1983; her gender discrimination claims under Title VII and the ACRA against Dr. Smothers and Dr. Stevenson in their individual capacities; her retaliation claims under Title VII and the ACRA against Dr. Smothers and Dr. Stevenson in their individual capacities; her age discrimination claims against defendants under Title VII and the ACRA; her Title VII claims based upon her October 2017 demotion; and her Title VII claims arising from incidents that occurred prior to April 1, 2018.

The Court declines to exercise supplemental jurisdiction over Ms. Walker-Swinton's state law claims for breach of contract against PSC and dismisses those claims without prejudice. The relief requested is denied.

So adjudged this 31st day of March, 2021.

*Kristine G. Baker*
Kristine G. Baker
United States District Judge